

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA         3964-0
RAINA P.B. MEAD        7329-0
CHRISTOPHER T. CHUN    7951-0
CHENISE S. KANEMOTO    8155-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
MIKE MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>    Defendants. | CIVIL NO. CV03-00710BMK<br><br>DEFENDANTS LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, AND CITY AND COUNTY OF HONOLULU'S FIRST AMENDED JOINT FINAL NAMING OF WITNESS LIST; CERTIFICATE OF SERVICE<br><br>TRIAL: January 4, 2006 |

**DEFENDANTS LEE D. DONOHUE, LETHA DE CAIRES,
MIKE MIRANDA, AND CITY AND COUNTY OF HONOLULU'S
<u>FIRST AMENDED JOINT FINAL NAMING OF WITNESS LIST</u>**

Defendant MIKE MIRANDA, by and through his attorneys, Lyle S. Hosoda & Associates, LLC, hereby amends DEFENDANTS LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, AND CITY AND COUNTY OF HONOLULU'S JOINT FINAL NAMING OF WITNESS LIST as follows:

A.  **Expert Witnesses**

   None.

B.  **Non-Expert Witnesses**

   1.  Mansour Arekat
       c/o Eric Seitz, Esq.
       820 Mililani Street, Suite 714
       Honolulu, Hawaii 96813

       Witness is expected to testify regarding liability and damages. Approximate time, 60 minutes.

   2.  Lee D. Donohue
       Honolulu Police Department
       c/o Scott Dodd, Esq.
       Department of Corporation Counsel
       530 South King Street, Room 110
       Honolulu, Hawaii 96813

       Witness is expected to testify regarding liability and damages. Approximate time, 15 minutes.

   3.  Mike Miranda
       Honolulu Police Department
       c/o Lyle S. Hosoda, Esq.
       345 Queen Street, Suite 804
       Honolulu, Hawaii 96813

       Witness is expected to testify regarding liability and damages. Approximate time, 60 minutes.

   4.  Letha De Caires
       Honolulu Police Department
       c/o James Dandar, Esq.
       841 Bishop Street, Suite 801
       Honolulu, Hawaii 96813

       Witness is expected to testify regarding liability and damages. Approximate time, 60 minutes.

   5.  Raymond Ancheta
       Honolulu Police Department
       c/o Cary Tanaka, Esq.
       745 Fort Street, Suite 510
       Honolulu, Hawaii 96813

        Witness is expected to testify regarding liability and damages. Approximate time, 45 minutes.

    6.    Sausoo Ito
         Address unknown

        Witness is expected to testify regarding liability and damages. Approximate time 15 minutes.

    7.    Chris D'Allesio
         c/o Eric Seitz, Esq.
         820 Mililani Street, Suite 714
         Honolulu, Hawaii 96813

        Witness is expected to testify regarding liability and damages. Approximate time 60 minutes.

    8.    Sammie Dixon
         94-1049 Ponohana Way
         Waipahu, Hawaii 96797

        Witness is expected to testify regarding liability and damages. Approximate time 30 minutes.

    9.    David Engle
         1508B Keeaumoku Street, # 302
         Honolulu, Hawaii

        Witness is expected to testify regarding liability and damages. Approximate time 45 minutes.

    10.   Sharon Black
         c/o Scott Dodd, Esq.
         Department of Corporation Counsel
         530 South King Street, Room 110
         Honolulu, Hawaii 96813

        Witness is expected to testify regarding liability and damages. Approximate time 60 minutes.

    11.   Stephen Crist
         c/o Federal Bureau of Investigation
         P.O. Box 50164
         Honolulu, Hawaii 96850

        Witness is expected to testify regarding liability and damages. Approximate time 30 minutes.

12. John Kerr
    Honolulu Police Department
    c/o Scott Dodd, Esq.
    Department of Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Witness is expected to testify regarding liability and damages. Approximate time 15 minutes.

13. Marla Pangelinan
    752 Mahiai Street, #305
    Honolulu, Hawaii 96826

    Witness is expected to testify regarding liability and damages. Approximate time 60 minutes.

14. Hakim Quansafi
    c/o Eric Seitz, Esq.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Witness is expected to testify regarding liability and damages. Approximate time 15 minutes.

15. Mohammed Arekat
    c/o Eric Seitz, Esq.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Witness is expected to testify regarding liability and damages. Approximate time 45 minutes.

16. Thinh Nguyen, M.D.
    Address unknown.

    Witness is expected to testify regarding liability and damages. Approximate time 15 minutes.

17. Stan Miike
    c/o Eric Seitz, Esq.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Witness is expected to testify regarding liability and damages. Approximate time 15 minutes.

4

    18.    Armando Gomez
           1142 South King Street, #3004
           Honolulu, Hawaii 96797

           Witness is expected to testify regarding liability and damages. Approximate time 30 minutes.

    19.    Mahmoud Salameh
           702 Hoomalu Street
           Pearl City, Hawaii 96782

           Witness is expected to testify regarding liability and damages. Approximate time 30 minutes.

    20.    Bryant Natividad
           c/o Scott Dodd, Esq.
           Department of Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813

           Witness is expected to testify regarding liability and damages. Approximate time, 30 minutes.

    21.    Brian Valdez
           c/o Scott Dodd, Esq.
           Department of Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813

           Witness is expected to testify regarding liability and damages. Approximate time, 30 minutes.

    22.    Mike Tsuda
           c/o Scott Dodd, Esq.
           Department of Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813

           Witness is expected to testify regarding liability and damages. Approximate time, 30 minutes.

    23.    Troy Richards
           c/o Scott Dodd, Esq.
           Department of Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813

    Witness is expected to testify regarding liability and damages. Approximate time, 30 minutes.

  24. Augustine Agas
    c/o Scott Dodd, Esq.
    Department of Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Witness is expected to testify regarding liability and damages. Approximate time, 30 minutes.

  25. James Kimo Nahele
    Honolulu Police Department
    c/o Scott Dodd, Esq.
    Department of Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Witness is expected to testify regarding liability and damages. Approximate time, 30 minutes.

  In addition, Defendants reserve the right to name and/or call to testify expert and non-expert witnesses previously identified by the parties, subsequently named by the parties, and/or as may be appropriate for impeachment, rebuttal, or authentication purposes.

  DATED: Honolulu, Hawaii, December 21, 2005

        _____
        LYLE S. HOSODA
        CHRISTOPHER T. CHUN

        Attorneys for Defendant
        MIKE MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. DONOHUE, et al.,<br><br>Defendants. | CIVIL NO. CV03-00710BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy the foregoing document was served on the date noted below, by hand delivery, upon the following parties at their last known address as set forth below:

ERIC A. SEITZ, Esq.
LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiff


D SCOTT DODD, Esq.
530 S. King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendant
CITY AND COUNTY OF HONOLULU and
LEE D. DONOHUE

JAMES P. DANDAR, Esq.
JAY T. SUEMORI, Esq.
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
745 Fort Street, Suite 510
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:   Honolulu, Hawaii, December 21, 2005.

_____
LYLE S. HOSODA
RAINA P.B. MEAD
CHRISTOPHER T. CHUN
CHENISE S. KANEMOTO

Attorneys for Defendant
MIKE MIRANDA