CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 527-6837
Facsimile: 523-4583
Email address: ddodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 3 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710 BMK<br><br>DEFENDANTS CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S PROPOSED SPECIAL VOIR DIRE QUESTIONS<br><br><br><br><br><br>Trial: January 4, 2006 |

I:\Arekat\trial\voir dire

## DEFENDANTS CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S PROPOSED SPECIAL VOIR DIRE QUESTIONS

Pursuant to the Second Amended Rule 16 Scheduling Order, Defendants LEE D. DONAHUE and CITY AND COUNTY OF HONOLULU, by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, hereby submit their proposed special voir dire questions for the Court to voir dire the jury:

1. Have you or anyone in your family ever been arrested? Explain.

2. Have you or anyone in your family ever had a bad experience with police officers? Explain.

3. Do you have any strong feelings about the Honolulu Police Department? How about the City and County of Honolulu?

4. Have you ever witnessed a police officer making an arrest of a suspect?

5. Do any of you believe that a detention of a person by the police is automatically a violation of that person's constitutional or civil rights?

6. Do you believe that the police are ever justified in entering an individual's home or business?

7. Do you believe that police officers are justified in using reasonable force to effect a lawful arrest?

8.  Do any of you believe that it may be appropriate for police officers to enter an individual's home or place of business if the occupier of that home or place of business allows the police officers to enter?

9.  Do any of you believe that police officers may detain an individual for a reasonable period of time if it is necessary to protect the individual or others from harm?

10. Do any of you believe that, after the events of September 11, 2001, it was the responsibility of the police to investigate all individuals who were suspected of being affiliated with terrorism?

11. Do you think that the Plaintiff is entitled to recovery simply because he has brought a lawsuit?

12. Does the fact that a lawsuit has been brought cause you to believe that this case has merit?

13. If the evidence and the law are in favor of the Defendants, will you have any hesitation about rendering a verdict for the Defendants, even though it means that the Plaintiff may not recover any money?

//

//

//

//

14.	If the Court instructs you to apply a certain law to the facts you hear in this trial, will you be able to do that even though the result does not please you?

DATED: Honolulu, Hawaiʻi, December 23, 2005.

>	CARRIE K.S. OKINAGA
>	Corporation Counsel
>
>	By: _____
>	D SCOTT DODD
>	Deputy Corporation Counsel
>
>	Attorney for Defendants
>	CITY AND COUNTY OF HONOLULU
>	and LEE D. DONOHUE