CARRIE K.S. OKINAGA, 5958
Corporation Counsel

**ORIGINAL**

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:  527-6837
Facsimile:  523-4583
Email address: ddodd@honolulu.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2005

at __ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>        Plaintiff,<br><br>    vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>        Defendants. | CIVIL NO. CV03-00710 BMK<br><br>JOINT CONCISE STATEMENT OF THE CASE and CERTIFICATE OF SERVICE |

I:Arekat\

## JOINT CONCISE STATEMENT OF THE CASE

This lawsuit arises out of alleged violation of Fourth Amendment constitutional rights and claims of emotional distress. On December 15, 2003, Plaintiff Mansour Arekat, owner of a security company known as "A.P.I. Security,

Inc.", was detained by officers of the Honolulu Police Department at the Aloha Surf Hotel and transported to Queens Medical Center for a medical examination, where he was examined by physicians and psychiatrists.

After being detained at the Aloha Surf but prior to being transported to Queens Medical Center, the police officers transported Mr. Arekat to his office at A.P.I. Security to retrieve a number of firearms.

The Defendants deny Plaintiff's allegations.

DATED: Honolulu, Hawaii, December 23, 2005.

                CARRIE K.S. OKINAGA
                Corporation Counsel

By _____
      D. SCOTT DODD
      Deputy Corporation Counsel

      Attorney for Defendants
       CITY AND COUNTY OF
      HONOLULU and LEE D. DONOHUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly served by United States mail, postage prepaid to the following individuals at their last known addresses on December 23, 2005:

>ERIC A. SEITZ, ESQ.
>LAWRENCE I. KAWASAKI, ESQ.
>820 Mililani Street, Suite 714
>Honolulu, Hawai'i 96813
>Attorney for Plaintiff

LYLE S. HOSODA, ESQ.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Attorney for Defendant
MIKE MIRANDA

JAMES P. DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
Dandar Suemori
841 Bishop Street, Suite 801
Honolulu, Hawai'i 96813
Attorney for Defendant
LETHA DE CAIRES

CARY T. TANAKA, ESQ.
Suite 510, Fort Street
745 Fort Street
Honolulu, Hawai'i 96813
Attorney for Defendant
RAYMOND ANCHETA

DATED: Honolulu, Hawai'i, December 23, 2005.

       CARRIE K.S. OKINAGA
       Corporation Counsel

By: _____
   D SCOTT DODD
   Deputy Corporation Counsel

Attorney for Defendants
 CITY AND COUNTY OF HONOLULU
 and LEE D. DONOHUE