ORIGINAL

DANDAR ♦ SUEMORI
A Limited Liability Law Company

JAMES P. DANDAR - 1441
JAY T. SUEMORI – 3340
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel No.: (808) 532-1711

Attorneys for Defendant
LETHA DE CAIRES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at 12 o'clock and 25 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 HG/KSC<br><br>MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER THAN WHAT DAVID ENGLE HAD REPORTED TO DEFENDANTS PRIOR TO PLAINTIFF'S ARREST; CERTIFICATE OF SERVICE. |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FIRST MOTION
IN LIMINE TO BAR ALL TESTIMONY REGARDING PLAINTIFF'S
ALLEGED DRUG USE OTHER THAN WHAT DAVID ENGLE
HAD REPORTED TO DEFENDANTS PRIOR TO PLAINTIFF'S ARREST

I.  DISCUSSION.

Defendant LETHA DE CAIRES ("Defendant De Caires") does not object per se to Plaintiff Mansour Arekat's ("Plaintiff") First Motion In Limine with the following exceptions:

(1) Testimony of Sausoo Ito Regarding Communications with David Engle and employees of Arekat Pacific Security, Inc., dba API Security, Inc., and Receipt of Crack Pipe.

Communications between Sausoo Ito and David Engle and Mr. Ito and employees of API Security regarding Mr. Ito's receipt of the crack pipe owned by Plaintiff should be allowed, as such testimony is relevant to confirm and corroborate David Engle's testimony of Plaintiff's condition which he conveyed to Defendant De Caires and Sharon Black on December 15, 2003.

(2) Testimony of SSD Officers as to Their Observation of Plaintiff.

Similarly, testimony by the SSD Police Officers, including Defendant Mike Miranda ("Defendant Miranda"), who located and arrested Plaintiff on December 15, 2003 should be allowed as to their observations of Plaintiff and their conclusions based on their training as Police Officers. As this Court has established, "[t]he police must, however, have probable cause to take a person who is a threat to himself and others into custody." See Order Denying Defendants Ancheta, DeCaires, and Miranda's Motions for Summary Judgment filed December 1, 2005 at pp. 11-12, citing Maag v. Wessler, 960 F.2d 773, (9th Cir. 1991). Thus, in order for the Defendants to present a comprehensive and fair defense against the allegations against them, they should be allowed to testify, and/or have the SSD Police Officers testify, as to their observations of Plaintiff's behavior on December 15, 2003, which may include their perceptions of Plaintiff's prior drug use as manifested by Plaintiff's behavior on December 15, 2003.

Finally, Plaintiff's Motion does not seek to bar any testimony of communication between David Engle and the Defendants prior to Plaintiff's arrest, regarding any prior drug use by Plaintiff. As such, the Court's Order should incorporate language to expressly allow testimony in this regard.

II.     CONCLUSION.

Based upon the foregoing reasons and authorities, Defendant Letha De Caires respectfully requests that if this Honorable Court is inclined to grant Plaintiff's First Motion in Limine, that specific language be incorporated to allow:

1. Testimony of Sausoo Ito regarding communications with David Engle and employees of Arekat Pacific Security, Inc., dba API Security, Inc., and Mr. Ito's receipt of Plaintiff's crack pipe;

2. Testimony of the SSD Officers as to their observation of Plaintiff; and

3. Testimony of David Engle regarding prior drug use by Plaintiff.

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P. DANDAR
JAY T. SUEMORI
Attorneys for the Defendant
LETHA DE CAIRES

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., | ) ) ) ) ) ) | Civil No. CV03-00710 HG/KSC<br><br>CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on December 27, 2005 as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>D. SCOTT DODD, ESQ.<br>Deputy Corporation Counsel<br>530 S. King Street, Room 110<br>City and County of Honolulu<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants<br>CITY AND COUNTY OF HONOLULU<br>and LEE D. DONOHUE | (X) | ( ) |

| | | |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Topa Financial Ctr.,<br>Bishop Street Twr.,<br>700 Bishop Street., Ste. 2001<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>RAYMOND ANCHETA | ( X ) | ( ) |
| LYLE S. HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>MIKE MIRANDA | ( X ) | ( ) |
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>MANSOUR AREKAT | ( X ) | ( ) |

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
Attorneys for Defendant
LETHA DE CAIRES

2