ORIGINAL

DANDAR ♦ SUEMORI
A Limited Liability Law Company

JAMES P. DANDAR - 1441
JAY T. SUEMORI – 3340
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel No.: (808) 532-1711

Attorneys for Defendant
LETHA DE CAIRES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 HG/KSC<br><br>MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SECOND MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING ANY INDIRECT EVIDENCE ABOUT WHAT AGENTS OF THE FBI AND/OR THE STATE ATTORNEY GENERAL'S OFFICE HAD REPORTED TO DEFENDANT DECAIRES ABOUT PLAINTIFF; CERTIFICATE OF SERVICE |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SECOND MOTION
IN LIMINE TO BAR DEFENDANTS FROM PRESENTING ANY INDIRECT EVIDENCE
ABOUT WHAT AGENTS OF THE FBI AND/OR STATE ATTORNEY GENERAL'S OFFICE
HAD REPORTED TO DEFENDANT DECAIRES ABOUT PLAINTIFF

I. DISCUSSION.

"Hearsay is a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." Rule 801(c), Federal Rules of Evidence ("FRE"). Thus, a statement not being offered to prove the truth of the matter asserted is, by definition, not hearsay.

Plaintiff's Second Motion in Limine should be denied because evidence of the reports and/or statements provided to Defendant Letha De Caires ("Defendant De Caires") are not being offered "to prove the truth of the matter asserted." What they are being offered to show, is simply that Defendant De Caires received them and reasonably relied upon them, in part, in her investigation of Plaintiff. Whether or not the subject FBI and/or State Attorney General's reports are accurate is irrelevant. They are not being offered to prove the truth of the matter asserted and are therefore not hearsay.

II. CONCLUSION.

Based upon the foregoing reasons and authorities, Defendant Letha De Caires respectfully requests that this Honorable Court deny Plaintiff's Second Motion in Limine.

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P. DANDAR
JAY T. SUEMORI
Attorneys for the Defendant
LETHA DE CAIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 HG/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on December 27, 2005 as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>D. SCOTT DODD, ESQ.<br>Deputy Corporation Counsel<br>530 S. King Street, Room 110<br>City and County of Honolulu<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants<br>CITY AND COUNTY OF HONOLULU<br>and LEE D. DONOHUE | (X) | ( ) |

| | | |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Topa Financial Ctr.,<br>Bishop Street Twr.,<br>700 Bishop Street., Ste. 2001<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>RAYMOND ANCHETA | ( X ) | ( ) |
| LYLE S. HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>MIKE MIRANDA | ( X ) | ( ) |
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>MANSOUR AREKAT | ( X ) | ( ) |

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P DANDAR, ESQ.
JAY T SUEMORI, ESQ.
Attorneys for Defendant
LETHA DE CAIRES

2