ORIGINAL

DANDAR ♦ SUEMORI
A Limited Liability Law Company

JAMES P. DANDAR - 1441
JAY T. SUEMORI – 3340
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel No.: (808) 532-1711

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendant
LETHA DE CAIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 HG/KSC<br><br>MEMORANDUM IN OPPOSITION TO PLAINTIFF'S THIRD MOTION IN LIMINE TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE A SIGNED "EMERGENCY EXAMINATION: APPLICATION BY POLICE OFFICER PURSUANT TO HRS CHAPTER 334, AS AMENDED" FORM WITHOUT PROPER AUTHENTICATION; DECLARATION OF COUNSEL; EXHIBIT "A"; CERTIFICATE OF SERVICE.<br><br>HEARING:<br>Date: January 3, 2006<br>Time: 9:30 a.m.<br>Judge: Barry M. Kurren<br><br>Trial: January 4, 2006 |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S THIRD MOTION
IN LIMINE TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE A SIGNED
"EMERGENCY EXAMINATION: APPLICATION BY POLICE OFFICER PURSUANT TO
HRS CHAPTER 334, AS AMENDED" FORM WITHOU PROPER AUTHENTICATION

I.   DISCUSSION.

Plaintiff's Third Motion in Limine should be denied because it is moot. On December 22, 2005 Defense counsel and Plaintiff's counsel stipulated to allow Officer James Nahale to testify "at trial specifically for the purposes of identifying the MH1 document that he signed and as to his role in transporting Mr. Arekat to Queens Medical Center...." A copy of the confirming letter dated December 22, 2005, from Plaintiff's counsel to Scott Dodd, counsel for Defendant City & County of Honolulu is attached as Exhibit "A". Plaintiff's sole objection in his Third Motion is the introduction of the signed MH1 form "without prior and sufficient authentication." This argument has been removed with the stipulation involving Officer Nahale. Moreover, Sharon Black, who filled out the body of the MH1 will testify as to the remaining substance of the document.

II.   CONCLUSION.

Based upon the foregoing reasons and authorities, Defendant Letha De Caires respectfully requests that this Honorable Court deny Plaintiff's Third Motion in Limine.

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P. DANDAR
JAY T. SUEMORI
Attorneys for the Defendant
LETHA DE CAIRES

DANDAR ♦ SUEMORI
A Limited Liability Law Company

JAMES P. DANDAR - 1441
JAY T. SUEMORI – 3340
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel No.: (808) 532-1711

Attorneys for Defendant
LETHA DE CAIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 HG/KSC<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, JAY SUEMORI declare:

1. I am an attorney licensed to practice law in the State of Hawaii and one of the attorneys representing Defendant Letha De Caires in the above-captioned matter.

2. Attached hereto as Exhibit "A" is a true and accurate copy of the letter dated December 22, 2005 from Eric A. Seitz, attorney for Plaintiff Mansour Arekat, to D. Scott Dodd, Deputy Corporation Counsel and attorney for Defendants Lee D. Donohue and the City and County of Honolulu.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this 27th day of December, 2005, at Honolulu, Hawaii.

JAY T. SUEMORI, ESQ.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br> Defendants. | Civil No. CV03-00710 HG/KSC <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on December 27, 2005 as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| CARRIE K.S. OKINAGA, ESQ. <br> D. SCOTT DODD, ESQ. <br> Deputy Corporation Counsel <br> 530 S. King Street, Room 110 <br> City and County of Honolulu <br> Honolulu, Hawaii 96813 <br> Attorneys for Defendants <br> CITY AND COUNTY OF HONOLULU <br> and LEE D. DONOHUE | (X) | ( ) |

| | | |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Topa Financial Ctr.,<br>Bishop Street Twr.,<br>700 Bishop Street., Ste. 2001<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>RAYMOND ANCHETA | ( X ) | ( ) |
| LYLE S. HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>MIKE MIRANDA | ( X ) | ( ) |
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>MANSOUR AREKAT | ( X ) | ( ) |

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
Attorneys for Defendant
LETHA DE CAIRES

2