# Eric A. Seitz, Attorney At Law
### A LAW CORPORATION

Eric A. Seitz
Lawrence I. Kawasaki

December 22, 2005

D. Scott Dodd, Esquire
Deputy Corporation Counsel
City and County of Honolulu
530 So. King Street, Room 110
Honolulu, Hawaii 96813

Re: Mansour Arekat vs. Lee D. Donohue, et al
    Civil No. 03-00710 BMK

Dear Scott:

    This will confirm our telephone conversation today in which I expressed my concerns upon our receipt of the Defendants' Final Naming of Witnesses on which Officer James Nahale is named for the first time. As you know, Officer Nahale has never previously been named in any pretrial statements or lists of proposed witnesses and has not been deposed. You have represented that Officer Nahale will only be testifying at trial for the purposes of identifying the MH1 document that he signed and as to his role in transporting Mr. Arekat to Queens Medical Center, and he will not testify as to any of the alleged symptoms or conditions listed on the MH1 form.

    In reliance upon your representations I will not object to the belated naming of the witness or file a motion in limine with respect to his anticipated testimony. If you or any other counsel takes exception to the foregoing please advise me immediately.

Sincerely yours,

Eric A. Seitz

cc   Cary T. Tanaka, Esq.
      James P. Dandar, Esq.
      Lyle S. Hosoda, Esq.