ORIGINAL

DANDAR ♦ SUEMORI
A Limited Liability Law Company

JAMES P. DANDAR - 1441
JAY T. SUEMORI – 3340
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel No.: (808) 532-1711

Attorneys for Defendant
LETHA DE CAIRES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., ) ) ) ) ) ) | Civil No. CV03-00710 HG/KSC  BMK |
| Plaintiff, ) ) ) | MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FOURTH MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING EVIDENCE OF ANY PRIOR "BAD ACTS" COMMITTED BY PLAINTIFF; CERTIFICATE OF SERVICE. |
| vs. ) ) | |
| LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, ) ) ) ) ) | HEARING: Date:    January 3, 2006 Time:    9:30 a.m. Judge:   Barry M. Kurren |
| Defendants. ) ) ) ) ) | Trial:    January 4, 2006 |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FOURTH MOTION
IN LIMINE TO BAR DEFENDANTS FROM PRESENTING EVIDENCE OF ANY
"BAD ACTS" COMMITTED BY PLAINTIFF

I.    DISCUSSION.

Plaintiff's fourth and last motion in limine makes the vague and amorphous request that this Court prohibit the Defendants from referring to any "bad acts" of the Plaintiff. Plaintiff's Fourth Motion should be denied simply because it is too broad, ambiguous and vague to address by the Defendants, as well as the Court.  There is no possible way for a trier of law to determine, at this preliminary point in time prior to trial, which "bad acts" should or should not be allowed into evidence, as one "bad act" depending on the circumstances may be relevant and admissible in one context, while irrelevant in another.

The Plaintiff has failed in his Motion to submit with specificity the alleged "bad acts" he moves to exclude.  Without specific "bad acts" to address, Defendant De Caires must oppose this Motion.

The purpose of motions in limine is to focus on a specific issue, piece of evidence or testimony which should or should not be allowed into evidence at trial.  Plaintiff's reference to "bad acts" is too vague and broad a concept for the Court to address.  If a so-called "bad act" is referred to at trial, Plaintiff can object at that time.

II.    CONCLUSION.

Based upon the foregoing reasons and authorities, Defendant Letha De Caires respectfully requests that this Honorable Court deny Plaintiff's Fourth Motion in Limine.

DATED:  Honolulu, Hawaii, December 27, 2005.

_____
JAMES P. DANDAR
JAY T. SUEMORI
Attorneys for the Defendant
LETHA DE CAIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., | ) ) ) ) ) | Civil No. CV03-00710 HG/KSC |
| | ) ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon

counsel of record at their last known address on December 27, 2005 as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>D. SCOTT DODD, ESQ.<br>Deputy Corporation Counsel<br>530 S. King Street, Room 110<br>City and County of Honolulu<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants<br>CITY AND COUNTY OF HONOLULU<br>and LEE D. DONOHUE | (X) | ( ) |

CARY T. TANAKA,  ESQ.                          ( X )                    ( )
Topa Financial Ctr.,
Bishop Street Twr.,
700 Bishop Street., Ste. 2001
Honolulu, Hawaii 96813
Attorney for Defendant
RAYMOND ANCHETA

LYLE S. HOSODA, ESQ.                           ( X )                    ( )
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Attorney for Defendant
MIKE MIRANDA

ERIC A. SEITZ, ESQ.
LAWRENCE I. KAWASAKI, ESQ.                     ( X )                    ( )
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Attorney for Plaintiff
MANSOUR AREKAT

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
Attorneys for Defendant
LETHA DE CAIRES