ORIGINAL

CARY T. TANAKA          4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885

Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>    Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANT RAYMOND ANCHETA'S PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br>TRIAL DATE:  January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S PROPOSED SPECIAL VERDICT FORM

   Comes now Defendant RAYMOND ANCHETA, by his attorney, Cary T. Tanaka, and hereby submits Defendant Raymond Ancheta's Proposed Special Verdict form hereto attached.

DATED:  Honolulu, Hawaii, December 27, 2005.

                                                  _____
                                                  CARY T. TANAKA
                                                  Attorney for Defendant
                                                  RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>        Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>        Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANT RAYMOND ANCHETA'S PROPOSED SPECIAL VERDICT FORM |

<u>DEFENDANT RAYMOND ANCHETA'S PROPOSED SPECIAL VERDICT FORM</u>

A.   <u>ADVISORY QUESTIONS FOR THE JURY</u>

    1.  Given the information which was presented to Defendants Letha DeCaires, Michael Miranda and/or Raymond Ancheta, they properly requested the assistance of the Honolulu Police Department's Special Services Division to execute a MH-1 on Plaintiff Mansour Arekat?

        Letha DeCaires     Yes _____     No _____

        Michael Miranda    Yes _____     No _____

        Raymond Ancheta    Yes _____     No _____

(Go to Question No. 2.)

2.  Did Defendants Letha DeCaires, Michael Miranda, and/or Raymond Ancheta unlawfully enter and/or search the premises located at 2525 Date Street, Apartment #2202 on December 15, 2003?

| | | |
|---|---|---|
| Letha DeCaires | Yes ____ | No ____ |
| Michael Miranda | Yes ____ | No ____ |
| Raymond Ancheta | Yes ____ | No ____ |

(Go to Question No. 3.)

3.  Did Marla Pangelinan consent to the entry of Honolulu Police Department Special Services Division into the premises located at 2525 Date Street, Apartment #2202 on December 15, 2003?

[ ] Yes     [ ] No

(Go to Question No. 4.)

4.  Did Plaintiff Mansour Arekat agree to surrender his firearms which were located at his place of business, 1350 South King Street, to the Honolulu Police Department Special Services Division on December 15, 2003?

[ ] Yes     [ ] No

(Go to Question No. 5.)

5. Were the actions of Defendants Letha DeCaires, Michael Miranda, and/or Raymond Ancheta, reasonable in light of the facts and circumstances which were available to them on December 15, 2003?

| | | |
|---|---|---|
| Letha DeCaires | Yes ____ | No ____ |
| Michael Miranda | Yes ____ | No ____ |
| Raymond Ancheta | Yes ____ | No ____ |

(Go to Question No. 6.)

     6.  On December 15, 2003, did the City and County of Honolulu have an official policy which deprived Plaintiff's constitutional rights?

        [  ] Yes        [  ] No

(Go to Question No. 7.)


     7.  Did the City and County of Honolulu fail to provide adequate training to Defendants Letha DeCaires, Michael Miranda and/or Raymond Ancheta to properly handle the usual and recurring situations which they had to deal with?

        [  ] Yes        [  ] No

(If you answered "No" to Question No. 7, go to Question No. 9. If you answered "Yes" to Question No. 7, go to Question No. 8.)


     8.  Was the City and County of Honolulu deliberately indifferent to the need to train Defendants Letha DeCaires, Michael Miranda and/or Raymond Ancheta adequately?

        [  ] Yes        [  ] No

(If you answered "No" to Question No. 8, go to Question No. 10. If you answered "Yes" to Question No. 8, go to Question No. 9.)


     9.  Was Plaintiff deprived of his constitutional rights as a result of the City and County of Honolulu's failure to provide proper training to Letha DeCaires, Michael Miranda and/or Raymond Ancheta?

        [  ] Yes        [  ] No

(Go to Question No. 10)

B. <u>SPECIAL VERDICT QUESTIONS</u>:

**[Unlawful Detention]**

10. Has Plaintiff Mansour Arekat ("Plaintiff") established by a preponderance of the evidence that he was unlawfully detained by Defendants Letha DeCaires, Michael Miranda and/or Raymond Ancheta in violation of his constitutional rights?

| | | |
|---|---|---|
| Letha DeCaires | Yes _____ | No _____ |
| Michael Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

If you answered "Yes" to any of the Defendants, go to Question No. 11 and provide an answer with respect to that Defendant only. If you answered "No", go to Question No. 14.

11. Has Plaintiff Mansour Arekat established by a preponderance of the evidence that he suffered damages or injuries which were proximately caused by the alleged unlawful detention by Defendants Letha DeCaires, Michael Miranda, and/or Raymond Ancheta?

| | | |
|---|---|---|
| Letha DeCaires | Yes _____ | No _____ |
| Michael Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

If you answered "Yes" to any of the Defendants, go to Question No. 12 and provide an answer with respect to that Defendant only. If you answered "No" to Question No. 11, go to Question No. 14.

12. For this claim, what do you find to be the total amount of damages caused by Defendants Letha DeCaires, Michael Miranda or Raymond Ancheta?

General Damages:   $_____

- 4 -

13.  If you find that Plaintiff Mansour Arekat sustained no actual damages, but that his constitutional rights were violated, you may award nominal damages not to exceed one dollar.

    Nominal Damages:   $ _____

**[Unlawful Search & Seizure]**

14.  Has Plaintiff Mansour Arekat established by a preponderance of the evidence that Defendants Letha DeCaires, Michael Miranda and/or Raymond Ancheta intentionally committed acts that violated Plaintiff's constitutional right not to be subjected to unlawful searches and/or seizures?

| | | |
|---|---|---|
| Letha DeCaires | Yes \_\_\_\_ | No \_\_\_\_ |
| Michael Miranda | Yes \_\_\_\_ | No \_\_\_\_ |
| Raymond Ancheta | Yes \_\_\_\_ | No \_\_\_\_ |

If you answered "Yes" to Question No. 14, go to Question No. 15.  If you answered "No" to Question No. 15, go to Question No. 18.

15. Has Plaintiff Mansour Arekat established by a preponderance of the evidence that he suffered damages or injuries which were proximately caused by the alleged unlawful searches and/or seizures by Defendants Letha DeCaires, Michael Miranda, and/or Raymond Ancheta?

| | | |
|---|---|---|
| Letha DeCaires | Yes \_\_\_\_ | No \_\_\_\_ |
| Michael Miranda | Yes \_\_\_\_ | No \_\_\_\_ |
| Raymond Ancheta | Yes \_\_\_\_ | No \_\_\_\_ |

If you answered "Yes" to Question No. 15, go to Question No. 16.  If you answered "No" to Question No. 15, go to Question No. 18.

16. For this claim, what do you find to be the total amount of damages caused by Defendants Letha DeCaires, Michael Miranda, and/or Raymond Ancheta?

    General Damages:    $_____

17. If you find that Plaintiff Mansour Arekat sustained no actual damages, but that his constitutional rights were violated, you may award nominal damages not to exceed one dollar.

    Nominal Damages:    $_____

18. Did Plaintiff Mansour Arekat show by clear and convincing evidence that the conduct of Defendants Letha DeCaires, Michael Miranda, Raymond Ancheta and/or the City and County of Honolulu was negligent?

| | | |
|---|---|---|
| Letha DeCaires | Yes \_\_\_\_ | No \_\_\_\_ |
| Michael Miranda | Yes \_\_\_\_ | No \_\_\_\_ |
| Raymond Ancheta | Yes \_\_\_\_ | No \_\_\_\_ |
| City | Yes \_\_\_\_ | No \_\_\_\_ |

If you answered "Yes" to Question No. 18, go to Question No. 19. If you answered "No" to Question No. 18, date and sign this Special Verdict Form at the bottom and return the same to the Bailiff.

- 6 -

19. Has Plaintiff Mansour Arekat established, by clear and convincing evidence that the conduct of Defendants Letha DeCaires, Michael Miranda, Raymond Ancheta and/or the City and County of Honolulu was a legal cause of damages to Plaintiff?

    Letha DeCaires    Yes _____    No _____

    Michael Miranda    Yes _____    No _____

    Raymond Ancheta    Yes _____    No _____

    City    Yes _____    No _____

If you answered "Yes" to Question No. 19, go to Question No. 20. If you answered "No" to Question No. 19, date and sign this Special Verdict Form at the bottom and return the same to the Bailiff.

20. For this claim, what do you find to be the total amount of damages caused by Defendants Letha DeCaires, Michael Miranda, Raymond Ancheta or the City and County of Honolulu?

    General Damages:    $_____

21. Did the conduct of Plaintiff Mansour Arekat give rise to negligence on his part?

    Yes _____    No _____

If you answered "Yes" to Question No. 21, go to Question No. 22. If you answered "No" to Question No. 21, go to Question No. 24.

22. Was the conduct of Plaintiff Mansour Arekat a legal cause of his damages?

    Yes _____    No _____

If you answered "Yes" to Question No. 22, go to Question No. 23. If you answered "No" to Question No. 22, go to Question No. 24.

- 7 -

23. What is the respective percentage of negligence for each of the following parties who you have found to be a legal cause of the damages suffered by Plaintiff.

| | |
|---|---|
| Letha DeCaires | _____ |
| Michael Miranda | _____ |
| Raymond Ancheta | _____ |
| City | _____ |
| Mansour Arekat | _____ |
| TOTAL = | 100% |

**[Punitive Damages - Letha DeCaires]**

24. If you awarded general or nominal damages to Plaintiff Mansour Arekat against Defendant Letha DeCaires, you may, but are not required to award Punitive Damages against Defendant Letha DeCaires if you find by clear and convincing evidence that she wilfully and maliciously harmed Plaintiff. If you did not award general or nominal damages against Defendant Letha DeCaires, you must put the number "0" in the blank below.

Punitive Damages:   $_____

(Go to Question No. 25.)

**[Punitive Damages - Michael Miranda]**

25. If you awarded general or nominal damages to Plaintiff Mansour Arekat against Defendant Michael Miranda, you may, but are not required to award Punitive Damages against Defendant Michael Miranda if you find by clear and convincing evidence that he wilfully and maliciously harmed Plaintiff. If you did not award general or nominal damages against Defendant Michael Miranda, you must put the number "0" in the blank below.

Punitive Damages:   $_____

(Go to Question No. 26.)

**[Punitive Damages - Raymond Ancheta]**

26.  If you awarded general or nominal damages to Plaintiff Mansour Arekat against Defendant Raymond Ancheta, you may, but are not required to award Punitive Damages against Defendant Raymond Ancheta if you find by clear and convincing evidence that he wilfully and maliciously harmed Plaintiff.  If you did not award general or nominal damages against Defendant Raymond Ancheta, you must put the number "0" in the blank below.

Punitive Damages:   $ _____

(Date and sign the form where indicated below and return the same to the Bailiff.)

DATED:  Honolulu, Hawaii, _____.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    D. SCOTT DODD, ESQ.
    Deputy Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendants
    LEE D. DONOHUE and
    CITY AND COUNTY OF HONOLULU

```
JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA
```

DATED:    Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA