ORIGINAL

CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone: 536-8885

Attorney for Defendant
RAYMOND ANCHETA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at 12 o'clock and 48 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEE D. DONAHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>　　　　Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANT RAYMOND ANCHETA'S PROPOSED QUESTIONS FOR THE COURT TO VOIR DIRE THE JURY; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>TRIAL DATE: January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S PROPOSED
QUESTIONS FOR THE COURT TO VOIR DIRE THE JURY

Defendant RAYMOND ANCHETA, by his attorney, hereby submits his proposed questions for the Court to voir dire the jury:

　　1.  Have you or anyone in your family ever had a bad experience with police officers?  Explain.

2. Do any of you have any strong feelings about police officers which would prevent you from being fair and impartial in this case?

3. Do any of you believe that detaining an individual for less than a few hours is automatically a violation of that individual's constitutional and/or civil rights?

4. Do any of you believe that it may be appropriate for police officers to enter an individual's home or place of business if the occupier of that home or place of business allows the police officers to enter?

5. Do any of you believe that police officers may detain an individual for a reasonable period of time if it is necessary to protect the individual or others from harm?

6. Do any of you believe that, after the events of September 11, 2001, it was the responsibility of the police to investigate all individuals who were suspected of being affiliated with terrorism?

7. Do any of you believe that an individual is entitled to a recovery of damages simply because he brings a lawsuit?

8. Does the fact that the lawsuit was brought cause you to believe that the case has merit? Do you understand that anyone can bring a lawsuit for any reason?

9. If the evidence and the law are in favor of the Defendants, will you have any hesitation about rendering a

verdict for the Defendants, even though it means that the Plaintiff may not recover any money?

10. If the Court instructs you to apply a certain law to the facts you hear in this trial, will you be able to do that even though the result does not please you?

DATED: Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br>      Plaintiff, <br><br>   vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br>      Defendants. | CIVIL NO. 03-00710 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    D. SCOTT DODD, ESQ.
    Deputy Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendants
    LEE D. DONOHUE and
    CITY AND COUNTY OF HONOLULU

```
JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA
```

DATED:   Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA