ORIGINAL

CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885

Attorney for Defendant
RAYMOND ANCHETA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br>     Plaintiff, <br><br>     vs. <br><br> LEE D. DONAHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br>     Defendants. | CIVIL NO. 03-00710 BMK <br><br> DEFENDANT RAYMOND ANCHETA'S OBJECTIONS TO PLAINTIFF MANSOUR AREKAT'S PROPOSED EXHIBITS; CERTIFICATE OF SERVICE <br><br><br><br><br> TRIAL DATE:  January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S OBJECTIONS TO
PLAINTIFF MANSOUR AREKAT'S PROPOSED EXHIBITS

Defendant RAYMOND ANCHETA, by his attorney, Cary T. Tanaka, hereby submits the following objections to Plaintiff MANSOUR AREKAT's proposed exhibits:

| Plaintiff's Proposed Exhibit No. | | Objection |
|---|---|---|
| 1. | MH-1 Form (unsigned) | No objection. |
| 2. | Medical Record (12/16/03 | No objection as to authenticity. Objection as to foundation. |
| 3. | Diagram - A.P.I. Office | Objection as to foundation only. |
| 4. | Diagram - Arekat Residence | Objection as to foundation only. |
| 5. | Rap Sheet (David Engle) | Objection as to relevance. Objection pursuant to Rule 403 and Rule 404 of the Federal Rules of Evidence. |
| 6. | Employment Application (David Engle | Objection as to relevance. Objection pursuant to Rule 403 and Rule 404 of the Federal Rules of Evidence. Objection also as to privacy. |
| 7. | Petition for Temporary Restraining Order filed December 19, 2003 | No objection. |
| 8. | Food stamp application (David Engle) filed September 17, 2003 | Objection as to relevance. Objection pursuant to Rule 403 and Rule 404 of the Federal Rules of Evidence. |
| 9. | HPD Statement (David Engle) | No objection. |

| Plaintiff's Proposed Exhibit No. | | Objection |
|---|---|---|
| 10. | Temporary Restraining Order, filed September 30, 2005 | Objection as to relevance. Objection pursuant to Rule 403 of the Federal Rules of Evidence. No objection to court merely instructing jury that weapons were ordered to be returned to Plaintiff. |
| 11. | HPD Policy 4.22 | No objection. |
| 12. | HPD Special Services Division MOP No. 203 | No objection. |
| 13. | Statement, Queen's Medical Center | No objection as to authenticity. Objection as to foundation. |
| 14. | Hawaii Revised Statutes, Section 334-59(a)(1) | Objection, calls for a legal conclusion. Statutory section should be offered as a jury instruction. |
| 15. | Department of the Army letter | Objection. This exhibit was never produced in discovery. Concern as to whether letter is a form that is sent to all Reservists. Also objection pursuant to Rule 403 of the Federal Rules of Evidence. |

DATED: Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>        Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>        Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    D. SCOTT DODD, ESQ.
    Deputy Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendants
    LEE D. DONOHUE and
    CITY AND COUNTY OF HONOLULU

    JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA

DATED:   Honolulu, Hawaii, December 27, 2005.

                                                                                      _____
                                                                                       CARY T. TANAKA
                                                                                       Attorney for Defendant
                                                                                       RAYMOND ANCHETA