ORIGINAL

CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone: 536-8885

Attorney for Defendant
RAYMOND ANCHETA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at ___ o'clock and ___ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>    Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER THAN WHAT DAVID ENGLE TOLD DEFENDANTS PRIOR TO PLAINTIFF'S ARREST FILED ON DECEMBER 20, 2005; DECLARATION OF CARY T. TANAKA; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>DATE: JANUARY 3, 2006<br>TIME: 9:30 A.M.<br>JUDGE: BARRY M. KURREN<br><br>TRIAL DATE: January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF's FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER THAN WHAT DAVID ENGLE TOLD DEFENDANTS PRIOR TO PLAINTIFF'S ARREST FILED ON DECEMBER 20, 2005

Plaintiff moves this Honorable Court, in limine, for an order precluding Defendants from eliciting any evidence and/or testimony of alleged drug use by Plaintiff without any foundation showing that such information was reported to the police prior to

his arrest. For the reasons stated below, Plaintiffs' motion should be denied.

David Engle testified that he retrieved drug paraphernalia from Arekat's apartment. This information was forwarded to police. To confirm Mr. Engle's statement, witness Sausoo Ito will also testify that, as an employee of Arekat, he accepted the pipe found by Mr. Engle at Plaintiff's residence. The testimony of any witness who confirms the information provided to the police with regard to issues surrounding the MH-1 is relevant and probative.

Moreover, Plaintiff himself has admitted that he has consumed illegal substances in the past:

> Q: Have you ever smoked crack?
>
> A: Not that I remember.
>
> Q: Have you ever ingested or consumed any kind of illegal or illicit drug?
>
> A: When?
>
> Q: Let's say since you owned API. * * *
>
> A: I don't know, there might have been occasions.

Deposition of Mansour Arekat conducted on June 21, 2005 at page 186 and attached as Exhibit "A."

Information which was obtained by Mr. Engle and forwarded to the police will be introduced at trial as pertaining to the issuance of the MH-1. Moreover, evidence which supports or

confirms the credibility of Mr. Engle's testimony should also be deemed probative.

With regard to Plaintiff's past drug use, although admitted to by Plaintiff, this evidence will be offered for the limited purpose of impeachment should Plaintiff deny ever utilizing illicit and/or illegal substances.

DATED:  Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>  Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>  Defendants. | CIVIL NO. 03-00710 BMK<br><br>DECLARATION OF CARY T. TANAKA |

### DECLARATION OF CARY T. TANAKA

I, CARY T. TANAKA, do hereby declare as follows:

1. I am an attorney licensed to practice law in all courts in the State of Hawaii and the attorney representing Defendant RAYMOND ANCHETA in the above-captioned case.

2. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

3. Attached hereto as Exhibit "A" is a true and correct copy of page 186 of the Deposition of Mansour Arekat, taken on June 21, 2005.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

DATED:   Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br> Defendants. | CIVIL NO. 03-00710 BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly delivered to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    D. SCOTT DODD, ESQ.
    Deputy Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendants
    LEE D. DONOHUE and
    CITY AND COUNTY OF HONOLULU

```
JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA
```

DATED:    Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA