```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3

 4   MANSOUR AREKAT,            ) CIVIL NO. CV03-000710 BMK
     Individually and in his    )
 5   Capacity as chief          )
     Operating officer and      )
 6   Owner of Arekat Pacific    )
     Security, Inc., a Hawaii   )
 7   Corporation dba A.P.I.     )  Volume I
     Security, Inc.,            )
 8                              )
                 Plaintiff,     )
 9                              )
              vs.               )
10                              )
     LEE D. DONOHUE, LETHA      )
11   DE CAIRES, MIKE MIRANDA,   )
     RAYMOND ANCHETA, CITY      )
12   AND COUNTY OF HONOLULU,    )
     And JOHN DOES 1-23,        )
13                              )
                 Defendants.    )
14   _____)

15

16              DEPOSITION OF MANSOUR AREKAT

17        Taken on behalf of Defendant, CITY AND COUNTY

18   OF HONOLULU, at the Offices of Corporation Counsel, 530

19   S. King Street, Room 110, Honolulu, Hawaii, commencing

20   at 9:05 a.m., on Tuesday, June 21, 2005, pursuant to

21   Hawaii Rules of Civil Procedure.

22

23   REPORTED BY: CAROL E.M. SUGIYAMA, C.S.R. #295
                 Notary Public, State of Hawaii
24

25                       EXHIBIT A
```

**EXHIBIT A**

1  there?
2      A   According to his statements.
3      Q   Oh, I see what you are saying is that when you
4  left your apartment on that second occasion that he was
5  posted there, there were no crack pipes in your unit?
6      A   Not that I'm aware of, no.
7      Q   Okay.  He may have brought crack pipes to your
8  unit, and in fact, may have given one to the supervisor?
9      A   I don't know.  It's possible.
10     Q   Have you ever smoked crack?
11     A   Not that I remember, no.
12     Q   Have you ever ingested or consumed any kind of
13 illegal or illicit drug?
14     A   When?
15     Q   Let's say since you owned API.  We all do
16 thing as youths, even President Clinton.
17     A   I don't know, there might have been occasions.
18     Q   But there would be no reason for a crack pipe
19 to be in your house?
20     A   No.
21     Q   He mentioned that there were two model
22 airplanes at 2525 Date Street, models of commercial
23 airliners.
24         Did you hear that testimony?
25     A   Yes.