ORIGINAL

CARY T. TANAKA         4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone: 536-8885

Attorney for Defendant
RAYMOND ANCHETA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at _____ o'clock and _4:58_ min. _P_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br>         Plaintiff, <br><br>    vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br>         Defendants. | CIVIL NO. 03-00710 BMK <br><br> DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SECOND MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING ANY INDIRECT EVIDENCE ABOUT WHAT AGENTS OF THE FBI AND/OR THE STATE ATTORNEY GENERAL'S OFFICE REPORTED TO DEFENDANT DECAIRES ABOUT PLAINTIFF FILED ON DECEMBER 20, 2005; CERTIFICATE OF SERVICE <br><br> DATE:   JANUARY 3, 2006 <br> TIME:   9:30 A.M. <br> JUDGE:  BARRY M. KURREN <br><br> TRIAL DATE:  January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S SECOND MOTION IN LIMINE TO BAR DEFENDANTS FROM
PRESENTING ANY INDIRECT EVIDENCE ABOUT WHAT AGENTS OF THE
FBI AND/OR THE STATE ATTORNEY GENERAL'S OFFICE REPORTED TO
DEFENDANT DECAIRES ABOUT PLAINTIFF FILED ON DECEMBER 20, 2005

   Plaintiff moves this Honorable Court, in limine, in an

attempt to limit and/or preclude any evidence about what agents

of the FBI and/or State Attorney General's office reported to

Defendant Letha DeCaires regarding Plaintiff. In arguing his position, Plaintiff states that any evidence which is presented by someone other than the person who made such report or statement is hearsay and therefore should not be allowed as evidence.

Rule 401 of the Federal Rules of Evidence states the following in pertinent part:

> 'Relevant evidence' means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.

Fed. R. Evid. 401.

Plaintiff argues that any reference to reports or statements would be impermissible hearsay and therefore should be prohibited. While it is true that any references to declarations made by the FBI or State officials would in fact be subject to the rules of hearsay, a blanket prohibition as to the investigation of Plaintiff by these agencies would be inappropriate and prejudicial.

It is clear that the FBI and State officials were in fact investigating Plaintiff to determine whether or not he was at all associated with any form of terrorism, etc. Moreover, the evidence has made clear the fact that Defendant DeCaires was in contact with the FBI when Plaintiff was detained for purposes of executing the MH-1.

- 2 -

The prior investigation of Plaintiff, as well as the impressions of said investigation, are certainly relevant with respect to the ongoing investigation of Defendant DeCaires. Although the actual declarations of the individuals involved in said investigations may in fact be subject to hearsay objections, the impressions of Defendant DeCaires, based on her own investigation of Plaintiff, as well as the joint investigation of the Honolulu Police Department, FBI and State Attorney General's office, are in fact relevant to her conclusions and impressions as they relate to this case.

Plaintiff further sets forth that allowing said evidence to be made available at trial would be prejudicial as Plaintiff was not given an opportunity to conduct cross-examination regarding the witnesses from the other agencies. Although Plaintiff makes this argument, the record is void of any attempts on the part of Plaintiff to secure such information prior to trial. Moreover, at the minimum, Plaintiff could have inquired into Defendant DeCaires' impressions and conclusions during pre-trial discovery.

It is undisputed that Plaintiff was made aware of the ongoing investigation well in advance of the trial. He thus had ample opportunity to obtain information at least from Defendant DeCaires as to her understanding of the ongoing investigation.

It is inappropriate to now preclude evidence regarding the subject investigation, especially since it may be tangentially relevant to the issuance of the MH-1 herein.

To prohibit the impressions of an active participant of the investigation would give rise to a blanket preclusion of relevant evidence and would result in extreme prejudice herein.

For the above-referenced reasons, Defendant Raymond Ancheta respectfully requests that Plaintiff's Second Motion in Limine be denied.

DATED: Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>　　　　Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individuals at their last known addresses on December 27, 2005:

　　ERIC A. SEITZ, ESQ.
　　820 Mililani Street, Suite 714
　　Honolulu, Hawaii 96813

　　Attorney for Plaintiff

　　D. SCOTT DODD, ESQ.
　　Deputy Corporation Counsel
　　530 South King Street, Room 110
　　Honolulu, Hawaii 96813

　　Attorney for Defendants
　　LEE D. DONOHUE and
　　CITY AND COUNTY OF HONOLULU

JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA

DATED:   Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA