ORIGINAL

CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885

Attorney for Defendant
RAYMOND ANCHETA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at _____ o'clock and _____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br>               Plaintiff,<br><br>   vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>               Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S THIRD MOTION IN LIMINE TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE A SIGNED "EMERGENCY EXAMINATION: APPLICATION BY POLICE OFFICER PURSUANT TO HRS CHAPTER 334, AS AMENDED" FORM WITHOUT PROPER AUTHENTICATION FILED ON DECEMBER 20, 2005; CERTIFICATE OF SERVICE<br><br>DATE:    JANUARY 3, 2006<br>TIME:    9:30 A.M.<br>JUDGE:   BARRY M. KURREN<br><br>TRIAL DATE:  January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN
OPPOSITION TO PLAINTIFF'S THIRD MOTION IN LIMINE
TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE A
SIGNED "EMERGENCY EXAMINATION:  APPLICATION BY POLICE
OFFICER PURSUANT TO HRS CHAPTER 334, AS AMENDED" FORM
WITHOUT PROPER AUTHENTICATION FILED ON DECEMBER 20, 2005

Plaintiff moves this Honorable Court, in limine, for an

order precluding Defendants from introducing a form entitled

"Emergency Examination: Application by Police Officer Pursuant to

HRS Chapter 334, as Amended" without properly providing a witness to authenticate his or her endorsement of the subject documentation.

In setting forth his argument, Plaintiff assumes that there will be no witnesses available to authenticate part, if not all, of the writings on the form. This is incorrect. Witnesses who prepared the subject document will be available at trial to authenticate and/or discuss the actual writings on the document.

Rule 401 of the Federal Rules of Evidence states the following in pertinent part:

> 'Relevant evidence' means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.

Fed. R. Evid. 401.

An order granting this motion should not be issued at this time. Should the defense fail to produce appropriate witnesses to authenticate the documents in question, Plaintiff may once again renew his objection and this Honorable Court may address the issue at that time.

For the above-referenced reasons, Defendant RAYMOND ANCHETA respectfully requests that Plaintiff's Third Motion in Limine be denied.

DATED:   Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MANSOUR AREKAT, individually )    CIVIL NO. 03-00710 BMK
and in his capacity as chief )
operating officer and owners )    CERTIFICATE OF SERVICE
of Arekat Pacific Security,  )
Inc., a Hawaii corporation   )
dba A.P.I. Security, Inc.,   )
                             )
            Plaintiff,       )
                             )
      vs.                    )
                             )
LEE D. DONOHUE, LETHA DE     )
CAIRES, MIKE MIRANDA, RAYMOND )
ANCHETA, CITY AND COUNTY OF  )
HONOLULU, and JOHN DOES      )
1-25,                        )
                             )
            Defendants.      )
_____)

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the within was hand

delivered to the following individuals at their last known

addresses on December 27, 2005:

          ERIC A. SEITZ, ESQ.
          820 Mililani Street, Suite 714
          Honolulu, Hawaii 96813

          Attorney for Plaintiff

          D. SCOTT DODD, ESQ.
          Deputy Corporation Counsel
          530 South King Street, Room 110
          Honolulu, Hawaii 96813

          Attorney for Defendants
          LEE D. DONOHUE and
          CITY AND COUNTY OF HONOLULU

JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA


DATED:    Honolulu, Hawaii, December 27, 2005.


_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA