```
CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885

Attorney for Defendant
RAYMOND ANCHETA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br>　　　　Defendants. | CIVIL NO. 03-00710 BMK <br><br> DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FOURTH MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING EVIDENCE OF ANY PRIOR "BAD ACTS" COMMITTED BY PLAINTIFF FILED ON DECEMBER 20, 2005; CERTIFICATE OF SERVICE <br><br> DATE:　　JANUARY 3, 2006 <br> TIME:　　9:30 A.M. <br> JUDGE:　　BARRY M. KURREN <br><br> TRIAL DATE:　January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S FOURTH MOTION IN LIMINE TO BAR
DEFENDANTS FROM PRESENTING EVIDENCE OF ANY PRIOR
"BAD ACTS" COMMITTED BY PLAINTIFF FILED ON DECEMBER 20, 2005

　　Plaintiff Mansour Arekat ("Plaintiff") moves this Honorable Court, in limine, for an order precluding Defendants from introducing evidence of any prior "bad acts" which have no

probative value and should be deemed inadmissible in the trial of this case.

Rule 401 of the Federal Rules of Evidence states the following in pertinent part:

> 'Relevant evidence' means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.

Fed. R. Evid. 401.

Plaintiff argues that evidence of prior bad acts is not relevant to any issue of consequence in the trial of this case and therefore should be excluded as having no probative value.

Rule 404(b) of the Federal Rules of Evidence states:

> (b) Other crimes, wrongs, or acts.  Evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith.  It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge. . . .

Fed. R. Evid. 404(b) (emphasis supplied).

It is true that generally, evidence of other bad acts are inadmissible to prove that an individual acted in conformity therewith.  In the instant case, Plaintiff's emotional condition was at issue.  In particular, at issue was whether Plaintiff was in fact overly aggressive and threatening towards individuals at work, etc.

Although it is not the intent of the defense to refer to this incident as a means of introducing character evidence of Plaintiff, it is the intent of the defense to utilize the testimony of Armando Gomez to rebut any statements made at the time of trial regarding Plaintiff's emotional condition and/or the fact that he has never displayed anger or emotional instability to other employees aside from David Engle. If the trial goes forward without any testimony or evidence regarding Plaintiff's emotional instability, then the evidence will not be presented herein.

Given the limited scope in which the above-referenced evidence is to be used, Defendant Raymond Ancheta respectfully requests that this court deny Plaintiff's Fourth Motion in Limine at this time.

DATED: Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    D. SCOTT DODD, ESQ.
    Deputy Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendants
    LEE D. DONOHUE and
    CITY AND COUNTY OF HONOLULU

```
JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA
```

DATED:   Honolulu, Hawaii, December 27, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA