ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
CHRISTOPHER T. CHUN   7951-0
CHENISE S. KANEMOTO   8155-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
MIKE MIRANDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at ____ o'clock and ____ m ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | CIVIL NO. CV03-00710BMK <br><br> DEFENDANT MIKE MIRANDA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER THAN WHAT DAVID ENGLE TOLD DEFENDANTS PRIOR TO PLAINTIFF'S ARREST; CERTIFICATE OF SERVICE <br><br> HEARING <br> Date:    January 3, 2006 <br> Time:    9:30 a.m. <br> Judge:   Hon. Barry M. Kurren <br><br> TRIAL:   January 4, 2006 |

**DEFENDANT MIKE MIRANDA'S MEMORANDUM IN
OPPOSITION TO PLAINTIFF'S FIRST MOTION IN LIMINE TO BAR
ALL TESTIMONY REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER
THAN WHAT DAVID ENGLE TOLD DEFENDANTS PRIOR TO PLAINTIFF'S ARREST**

Plaintiff's Motion in limine for an order precluding

Defendants from eliciting any testimony of alleged drug use by

Plaintiff ("Motion") should be denied.  Plaintiff has claimed

that such testimony: (1) lacks relevance; and (2) will somehow misdirect the jury from the issues of this case. However, testimony concerning Plaintiff's admitted drug use is relevant to the central issues of this case.

Based upon Plaintiff's own Motion, Plaintiff's admitted drug use is relevant to the issue as to whether a mental health one ("MH-1") was proper in this case. The "determination *** is based on the information the officer had within his knowledge at the time of the arrest." *See* Plaintiff's First Motion in Limine, dated December 20, 2005.

In this case, the knowledge that the officers had at the relevant time, includes their general observations of Plaintiff's behavior on the date of the incident. The testimony of the observations of the police officers that had contact with the Plaintiff, including any testimony that they believed Plaintiff was exhibiting unusual behaviors associated with drug use should not be limited in any way, because these observations are relevant as to the issuance of a MH-1. Plaintiff's Motion, if granted, would preclude such relevant testimony.

Furthermore, precluding any evidence of Plaintiff's alleged drug use would prejudice the Defendant's ability to defend this case. Plaintiff has made it known that he will attack the credibility of David Engle's testimony. Therefore, the testimony of any witness who substantiates and corroborates

the information provided to the police with regard to issues surrounding the MH-1 is also relevant.

It is also imperative that Defendants have the ability to contradict the credibility of Plaintiff's own testimony at trial, through the use of his own prior sworn statements. To prevent Defendants from doing so would prejudice their defense. Based upon the foregoing, Plaintiff's Motion should be denied.

DATED: Honolulu, Hawaii, December 27, 2005.

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MANSOUR AREKAT, Individually ) CIVIL NO. CV03-00710BMK
and in his capacity as chief )
operating officer and owner of ) CERTIFICATE OF SERVICE
Arekat Pacific Security, Inc., )
a Hawaii corporation dba )
A.P.I. Security, Inc., )
                                )
            Plaintiff, )
                                )
        v. )
                                )
LEE D. DONOHUE, et al., )
                                )
            Defendants. )
_____ )

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy the

foregoing document was served on the date noted below, upon the

following parties at their last known address as follows:

        ERIC A. SEITZ, Esq.
        LAWRENCE I. KAWASAKI, ESQ.
        820 Mililani Street, Suite 714
        Honolulu, Hawaii 96813

        Attorneys for Plaintiff


        D SCOTT DODD, Esq.
        530 S. King Street, Room 110
        Honolulu, Hawaii 96813

        Attorney for Defendant
        CITY AND COUNTY OF HONOLULU and
        LEE D. DONOHUE


        JAMES P. DANDAR, Esq.
        JAY T. SUEMORI, Esq.
        841 Bishop Street, Suite 801
        Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
700 Bishop Street, Suite 2001
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:    Honolulu, Hawaii, December 27, 2005.


_____
LYLE S.   HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA

2