ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA          3964-0
RAINA P.B. MEAD         7329-0
CHRISTOPHER T. CHUN     7951-0
CHENISE S. KANEMOTO     8155-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
MIKE MIRANDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at 2 o'clock and ___ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710BMK<br><br>DEFENDANT MIKE MIRANDA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SECOND MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING ANY INDIRECT EVIDENCE ABOUT WHAT AGENTS OF THE FBI AND/OR THE STATE ATTORNEY GENERAL'S OFFICE REPORTED TO DEFENDANT DE CAIRES ABOUT PLAINTIFF; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:   January 3, 2006<br>Time:   9:30 a.m.<br>Judge:  Hon. Barry M. Kurren<br><br>TRIAL:  January 4, 2006 |

**DEFENDANT MIKE MIRANDA'S MEMORANDUM IN
OPPOSITION TO PLAINTIFF'S SECOND MOTION IN LIMINE TO
BAR DEFENDANTS FROM PRESENTING ANY INDIRECT EVIDENCE
ABOUT WHAT AGENTS OF THE FBI AND/OR THE STATE ATTORNEY
<u>GENERAL'S OFFICE REPORTED TO DEFENDANT DE CAIRES ABOUT PLAINTIFF</u>**

Plaintiff's Motion in limine for an order precluding Defendants from presenting any indirect evidence about what agents of the FBI and/or the State Attorney General's Office reported to Defendant De Caires about Plaintiff ("Motion") should be denied. Plaintiff has claimed that such testimony is inadmissible hearsay. However, this testimony is not being offered to prove the truth of the matter asserted, and therefore it is not hearsay.

A statement not being offered to prove the truth of the matter asserted is not hearsay. See United States v. Lujan, 936 F.2d 406 (9th Cir. 1991). The testimony that Plaintiff is seeking to preclude through his Motion is not hearsay. These statements will be offered to show that Defendants reasonably relied upon them, in determining whether or not to issue a mental health one. Based upon Plaintiff's First Motion in Limine, this testimony is relevant. Such evidence goes to show, "the information the officer had within his knowledge at the time of the arrest." See Plaintiff's First Motion in Limine, dated December 20, 2005. Because, these statements will be offered to show the information available to the officers on the date of the incident and are not being offered to prove the truth of the matter asserted, they are not hearsay and are admissible.

Plaintiff further states that allowing this evidence would be prejudicial, as Plaintiff was not given an opportunity

to conduct cross-examination regarding the witnesses from the other agencies. Notwithstanding the fact that there is no record of any attempts by Plaintiff to secure such information prior to trial, Plaintiff will be able to question Defendants regarding this issue at trial.

Precluding such evidence would prejudice Defendants' ability to adequately defend this case, and therefore Plaintiff's Motion should be denied.

DATED: Honolulu, Hawaii, December 27, 2005.

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>       Plaintiff,<br><br>       v.<br><br>LEE D. DONOHUE, et al.,<br><br>       Defendants. | CIVIL NO. CV03-00710BMK<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy the foregoing document was served on the date noted below, upon the following parties at their last known address as follows:

    ERIC A. SEITZ, Esq.
    LAWRENCE I. KAWASAKI, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff

    D SCOTT DODD, Esq.
    530 S. King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU and
    LEE D. DONOHUE

    JAMES P. DANDAR, Esq.
    JAY T. SUEMORI, Esq.
    841 Bishop Street, Suite 801
    Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
700 Bishop Street, Suite 2001
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:     Honolulu, Hawaii, December 27, 2005.

_____
LYLE S.  HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA