ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA            3964-0
RAINA P.B. MEAD           7329-0
CHRISTOPHER T. CHUN       7951-0
CHENISE S. KANEMOTO       8155-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
MIKE MIRANDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710BMK<br><br>DEFENDANT MIKE MIRANDA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S THIRD MOTION IN LIMINE TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE A SIGNED "EMERGENCY EXAMINATION: APPLICATION BY POLICE OFFICER PURSUANT TO HRS CHAPTER 334, AS AMENDED" FORM WITHOUT PROPER AUTHENTICATION; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:    January 3, 2006<br>Time:    9:30 a.m.<br>Judge:   Hon. Barry M. Kurren<br><br>TRIAL:   January 4, 2006 |

**DEFENDANT MIKE MIRANDA'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S THIRD MOTION IN LIMINE TO BAR DEFENDANTS
FROM INTRODUCING INTO EVIDENCE A SIGNED "EMERGENCY
EXAMINATION: APPLICATION BY POLICE OFFICER PURSUANT TO
<u>HRS CHAPTER 334, AS AMENDED" FORM WITHOUT PROPER AUTHENTICATION</u>**

Plaintiff's Motion in limine for an order precluding Defendants from introducing into evidence a signed emergency examination: application by police officer pursuant to HRS Chapter 334, as amended form without proper authentication should be denied. Witness(es), who prepared the subject document will be available at trial to authenticate and/or discuss the actual writings on the document.

Defendants have named and intend to produce at trial such witness(es).

DATED: Honolulu, Hawaii, December 27, 2005.

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>      Plaintiff,<br><br>    v.<br><br>LEE D. DONOHUE, et al.,<br><br>      Defendants. | CIVIL NO. CV03-00710BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy the foregoing document was served on the date noted below, upon the following parties at their last known address as follows:

    ERIC A. SEITZ, Esq.
    LAWRENCE I. KAWASAKI, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff


    D SCOTT DODD, Esq.
    530 S. King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU and
    LEE D. DONOHUE

    JAMES P. DANDAR, Esq.
    JAY T. SUEMORI, Esq.
    841 Bishop Street, Suite 801
    Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
700 Bishop Street, Suite 2001
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:   Honolulu, Hawaii, December 27, 2005.


_____
LYLE S.   HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA