ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA          3964-0
RAINA P.B. MEAD         7329-0
CHRISTOPHER T. CHUN     7951-0
CHENISE S. KANEMOTO     8155-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
MIKE MIRANDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710BMK<br><br>DEFENDANT MIKE MIRANDA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FOURTH MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING EVIDENCE OF ANY PRIOR "BAD ACTS" COMMITTED BY PLAINTIFF; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:   January 3, 2006<br>Time:   9:30 a.m.<br>Judge:  Hon. Barry M. Kurren<br><br>TRIAL:  January 4, 2006 |

**DEFENDANT MIKE MIRANDA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FOURTH MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING EVIDENCE OF ANY PRIOR "BAD ACTS" COMMITTED BY PLAINTIFF**

Plaintiff's Motion in limine for an order precluding

Defendants from presenting evidence of any prior bad acts

committed by Plaintiff ("Motion") should be denied. Plaintiff's prior acts are relevant to the central issues of this case.

In this case, evidence of Plaintiff's prior bad acts will not be offered to show that Plaintiff acted in conformity therewith. However, prior acts will be used to show the beliefs that Defendants were operating under on the date of the incident.

Based upon Plaintiff's own Motion, the beliefs that Defendants were operating under and Plaintiff's prior acts are relevant to the issue as to whether a mental health one ("MH-1") was proper in this case. The "determination *** is based on the information the officer had within his knowledge at the time of the arrest." See Plaintiff's First Motion in Limine, dated December 20, 2005.

In this case, the testimony concerning the knowledge that the officers had should not be limited in any way, because Plaintiff's prior acts contributed to forming considerations that the officers used to determine whether or not to the issue a MH-1. Plaintiff's Motion, if granted, would preclude such relevant testimony.

Furthermore, precluding any evidence of Plaintiff's prior bad acts would prejudice the Defendant's ability to defend this case. Plaintiff has made it known that he will attack the credibility of David Engle's testimony. The testimony of any witness, who substantiates and corroborates the information



provided to the police with regard to issues surrounding the MH-1 is relevant and probative.  Plaintiff's Motion should therefore be dismissed.

  DATED: Honolulu, Hawaii, December 27, 2005.

          */s/ Christopher Todd Chun*
          _____
          LYLE S. HOSODA
          CHRISTOPHER T. CHUN

          Attorneys for Defendant
          MIKE MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LEE D. DONOHUE, et al., <br><br> Defendants. | CIVIL NO. CV03-00710BMK <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy the foregoing document was served on the date noted below, upon the following parties at their last known address as follows:

ERIC A. SEITZ, Esq.
LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorneys for Plaintiff

D SCOTT DODD, Esq.
530 S. King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendant
CITY AND COUNTY OF HONOLULU and
LEE D. DONOHUE

JAMES P. DANDAR, Esq.
JAY T. SUEMORI, Esq.
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
700 Bishop Street, Suite 2001
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:    Honolulu, Hawaii, December 27, 2005.


_____
LYLE S.  HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA