ORIGINAL

DANDAR ♦ SUEMORI
A Limited Liability Law Company

JAMES P. DANDAR - 1441
JAY T. SUEMORI – 3340
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel No.: (808) 532-1711

Attorneys for Defendant
LETHA DE CAIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation da A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br> Defendants. | Civil No. CV03-00710 ~~HG/KSC~~ BMK <br><br> DEFENDANT LETHA DE CAIRES' PROPOSED JURY INSTRUCTIONS; EXHIBIT "A"; CERTIFICATE OF SERVICE <br><br> Trial <br> Date: January 4, 2006 <br> Time: 9:00 a.m. <br> Judge: Barry M. Kurren |

# DEFENDANT LETHA DE CAIRES' PROPOSED JURY INSTRUCTIONS

Comes now Defendant LETHA DE CAIRES (hereinafter Defendant "De Caires"), by and through her attorneys, Dandar ♦ Suemori and hereby submits/offers the following model and special jury instruction. Defendant De Caires joins in the model and special instructions filed, submitted and/or offered by the other Defendants to this litigation.

This submission is made pursuant to L. R. 51.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

NINTH CIRCUIT MODEL CIVIL JURY INSTRUCTIONS:

1.1, 1.2, 1.6, 1.7, 1.8, 1.9, 1.10, 1.11, 1.12, 1.13.

2.1, 2.2, 2.4, 2.6,

3.1, 3.2, 3.3, 3.11.

4.1, 4.3, 4.4, 4.5, 4.6.

5.1, 5.2, 5.3.

7.1, 7.2, 7.3, 7.5.

11.1, 11.2, 11.3, 11.5, 11.7

DEFENDANT DE CARIES SPECIAL JURY INSTRUCTIONS:

THE HAWAII STANDARD CIVIL JURY INSTRUCTIONS:

3.6

5.1, 5.2, 5.3

6.2, 6.4

7.1

8.1, 8.2, 8.3, 8.5, 8.7, 8.9, 8.11, 8.12, 8.13, 8.14, 8.15, 8.16, 8.17, and 8.18

Copies of the Hawaii Standard Civil Jury Instructions identified and submitted/offered by the Defendant De Caires are attached hereto as Exhibit "A".

Dated: Honolulu, Hawaii _December 27, 2005_

JAMES P. DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
Attorneys for Defendant
Letha DeCaires

Defendant De Caries Proposed Jury Instructions
Arekat v. Donohue et al., Civil No.: CV 03-00710

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 HG/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on December 27, 2005 as follows:

| | Hand Delivery | U.S. Mail |
|---|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>D. SCOTT DODD, ESQ.<br>Deputy Corporation Counsel<br>530 S. King Street, Room 110<br>City and County of Honolulu<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants<br>CITY AND COUNTY OF HONOLULU<br>and LEE D. DONOHUE | (X) | ( ) |

| | | |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Topa Financial Ctr.,<br>Bishop Street Twr.,<br>700 Bishop Street., Ste. 2001<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>RAYMOND ANCHETA | ( X ) | ( ) |
| LYLE S. HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>MIKE MIRANDA | ( X ) | ( ) |
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>MANSOUR AREKAT | ( X ) | ( ) |

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
Attorneys for Defendant
LETHA DE CAIRES

2