ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

**DANDAR ♦ SUEMORI**
A Limited Liability Law Company

JAMES P. DANDAR - 1441
JAY T. SUEMORI – 3340
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel No.: (808) 532-1711

Attorneys for Defendant
LETHA DE CAIRES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation da A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 ~~HG/KSC~~ BMK<br><br>DEFENDANT LETHA DE CAIRES' PROPOSED GENERAL VOIR DIRE QUESTIONS; CERTICATE OF SERVICE |

# DEFENDANT LETHA DE CAIRES' PROPOSED VOIR DIRE QUESTIONS

Comes now Defendant LETHA DE CAIRES (hereinafter Defendant "De Caires"), by and through her attorneys, Dandar ♦ Suemori and hereby submits the following proposed general voir dire questions for the Court to ask the jury panel, as to the specific voir dire questions, it is the understanding of counsel that the Court has granted the parties approximately 15 minutes to question the panel:.

1. The jury as the trier of the facts is required to resolve factual disputes between the parties. Do you have any problems or concerns resolving these disputes based upon the evidence and testimony presented throughout the trial?

2. The Court as the trier of the law will instruct you in the law that you the jurors must use in your deliberations. Do you have any problems or concerns about applying the law as instructed throughout your deliberations whether you agree with the statement of the law or not?

3. The evidence that you shall consider throughout your deliberations will be the testimony presented by the witnesses called and the exhibits received into evidence by the Court. Arguments or counsel, questions of counsel and statements of counsel are not evidence and should not be considered by you during your deliberations. Do any of you have a problem or concern with only considering the evidence during your deliberations and disregarding the arguments, questions and statements of counsel?

4. Since the Plaintiff has the burden of proving each and every element of his case, he will be allowed to present his evidence first, thereafter the Defendants will be allowed to present their evidence. In order to be fair and impartial to all of the parties, can each of you promise to keep an open mind and not decide any of the issues involved in this trial until after all of the evidence is presented.

5. Have you or a family member or a friend ever been involved in an incident with a police officer or a law enforcement officer in which it has been alleged that the police officer or law enforcement officer did not tell the truth. {IF ANY AFFIRMATIVE RESPONSE THEN} Can you set aside your feelings from that incident and decide this case solely upon the evidence presented.

6. Can you be fair and impartial to each party?

7. Can you leave any biases or prejudices that may effect your ability to decide this case fairly and impartially outside the courtroom?

8. However in asking you to leave any biases or prejudices outside you are not being asked to leave your life experiences outside. In fact these life experiences may assist you in deciding resolving this case including the factual disputes.

9. Will you be able to listen to and follow the instructions of the Court.

Dated: Honolulu, Hawaii _December 27, 2005_

_/s/_

JAMES P. DANDAR, ESQ.
JAY T. SUEMORI, ESQ.

Attorneys for Defendant
Letha DeCaires

Defendant DeCaires' Proposed General Voir dire Questions
Arekat v. Donohue et al., Civil No.: CV 03-00710

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. CV03-00710 HG/KSC <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on December 27, 2005 as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| CARRIE K.S. OKINAGA, ESQ. <br> D. SCOTT DODD, ESQ. <br> Deputy Corporation Counsel <br> 530 S. King Street, Room 110 <br> City and County of Honolulu <br> Honolulu, Hawaii 96813 <br> Attorneys for Defendants <br> CITY AND COUNTY OF HONOLULU <br> and LEE D. DONOHUE | (X) | ( ) |

| | | |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Topa Financial Ctr.,<br>Bishop Street Twr.,<br>700 Bishop Street., Ste. 2001<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>RAYMOND ANCHETA | ( X ) | ( ) |
| LYLE S. HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>MIKE MIRANDA | ( X ) | ( ) |
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>MANSOUR AREKAT | ( X ) | ( ) |

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
Attorneys for Defendant
LETHA DE CAIRES

2