ORIGINAL

DANDAR ♦ SUEMORI
A Limited Liability Law Partnership

JAMES P. DANDAR        1441-0
JAY T. SUEMORI         3340-0
Davies Pacific Center
Suite 801
841 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 532-1711
Facsimile No. (808) 532-1705
E-mail address: JPDandar@AOL.com

Attorneys for the Defendant
Letha De Caires

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU POLICE DEPARTMENT;<br>LEE DONOHUE, Chief of<br>Police; LETHA DE CAIRES, his<br>MIKE MIRANDA, CITY AND COUNTY<br>OF HONOLULU, RAYMOND ANCHETA<br>and JOHN DOES 1-25<br><br>Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANT DE CAIRES' PROPOSED<br>SPECIAL VERDICT FORM;<br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>TRIAL<br>DATE: January 4, 2006<br>TIME: 9:00 a.m.<br>Judge: Barry M. Kurren |

### DEFENDANT DE CAIRES' PROPOSED SPECIAL VERDICT FORM

Comes now the Defendant Letha DeCaires by and through her counsel DANDAR ♦ SUEMORI and submits her proposed special verdict form pursuant to the scheduling order dated April 19, 2005 as amended by the Honorable Barry M. Kurren.

Dated December 27, 2005

JAMES P. DANDAR
JAY T. SUEMORI
Attorneys for the Defendant
LETHA DE CAIRES

DANDAR ♦ SUEMORI
A Limited Liability Law Partnership

JAMES P. DANDAR        1441-0
JAY T. SUEMORI         3340-0
Davies Pacific Center
Suite 801
841 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 532-1711
Facsimile No. (808) 532-1705
E-mail address: JPDandar@AOL.com

Attorneys for the Defendant
Letha De Caires

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT STATE OF HAWAII

| | |
|---|---|
| MONSOUR AREKAT ) | CIVIL NO. 02-00648 ACK/LEK |
| ) | |
| Plaintiff, ) | DEFENDANT DE CAIRES' PROPOSED |
| ) | SPECIAL VERDICT FORM |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU; ) | |
| HONOLULU POLICE DEPARTMENT; ) | |
| LEE DONOHUE, Chief of ) | |
| Police; LETHA DE CAIRES, his ) | |
| MIKE MIRANDA, CITY AND COUNTY ) | |
| OF HONOLULU, RAYMOND ANCHETA ) | |
| and JOHN DOES 1-25 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | TRIAL |
| ) | DATE:  January 4, 2006 |
| ) | TIME:  9:00 a.m. |
| ) | Judge: Barry M. Kurren |
| ) | |
| ) | |

## **DEFENDANT DE CAIRES' PROPOSED SPECIAL VERDICT FORM**

The jury must answer all of the questions on this form, unless directed otherwise. To understand what issues are being submitted to you, you may wish to read over the entire special verdict before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. Each answer requires the unanimous agreement of all jurors. If you do not understand any question or if you wish to communicate with the Court on any other subject, you must do so in writing through the bailiff. After you have answered the required questions, the foreperson shall sign and date the Special Verdict Form and notify the Court.

1. Did Plaintiff establish by a preponderance of the evidence that Defendant(s) unlawfully detained him.

   | | | |
   |---|---|---|
   | Letha De Caires | Yes _____ | No _____ |
   | Mike Miranda | Yes _____ | No _____ |
   | Raymond Ancheta | Yes _____ | No _____ |

   If you answered **Yes** to any one Defendant, proceed to question number two. If you answered **No** to the Defendants, proceed to question number three.

2. Did Plaintiff establish by a preponderance of the

evidence that Defendant(s) detention was a legal cause of Plaintiff's injuries?  For each Defendant for whom you answered yes to question number one, answer yes or no below.

| | | |
|---|---|---|
| Letha De Caires | Yes _____ | No _____ |
| Mike Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

Proceed to question number three.

3. Did Plaintiff establish by a preponderance of the evidence that the Defendant(s) conduct violated his constitutional right and constituted an unlawful search and seizure.

| | | |
|---|---|---|
| Letha De Caires | Yes _____ | No _____ |
| Mike Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

If you answered **Yes** to any one Defendant, proceed to question number four.  If you answered **No** to all Defendants, proceed to question number five.

4. Did Plaintiff establish by a preponderance of the

evidence that Defendant(s) conduct was the legal cause of his injuries? For each Defendant for whom you answered yes to question number three, answer yes or no below.

| | | |
|---|---|---|
| Letha De Caires | Yes _____ | No _____ |
| Mike Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

Proceed to question number five.

5. Did plaintiff establish by "clear and convincing" evidence prove that the conduct of the Defendant (s) was negligent? For each Defendant answer Yes or No below.

| | | |
|---|---|---|
| Letha De Caires | Yes _____ | No _____ |
| Mike Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

If you answered **Yes** to any one Defendant, proceed to question number six. If you answered **No** to question five as well as to question three and question one proceed to the end date and sign this and call the Bailiff.

6.  Did the Plaintiff by clear and convincing evidence prove that the Defendant(s) was a legal cause of his injuries? Answer yes or no after the name of each Defendant listed below.

| | | |
|---|---|---|
| Letha De Caires | Yes _____ | No _____ |
| Mike Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

Proceed to question number seven.

7. Did Defendant (s) establish by a preponderance of the evidence that the Plaintiff was comparatively negligent?

                Yes _____   No

If you answered **Yes**, proceed to question number eight.
If you answered **No**, proceed to question number nine.

8. Did Defendant (s) establish by a preponderance of the evidence that Plaintiff's negligence was a legal cause of his injuries?

                Yes _____   No

Proceed to question number nine.

9. Did the Defendant(s) establish by a preponderance of the evidence that Defendant(s) are entitled to the affirmative defense of "qualified immunity"? Answer yes or no after the name of each Defendant listed below.

| Defendant | | |
|---|---|---|
| Letha De Caires | Yes _____ | No _____ |
| Mike Miranda | Yes _____ | No _____ |
| Raymond Ancheta | Yes _____ | No _____ |

Proceed to question number 10.

10. Without consideration of the Plaintiff's comparative negligence, what are his damages?

       Special Damages      $ _____

       General Damages      _____

       Total      $ _____

If you answered Yes to any one Defendant, proceed to question number eleven. If you answered No to both Defendants, proceed to question number fourteen.

11. Did the Plaintiff prove by clear and convincing evidence that the conduct of the Defendant(s) was "willful" and "malicious"? As to each Defendant listed below answer either Yes or No.

| Defendant | Yes | No |
|---|---|---|
| Letha De Caires | ____ | ____ |
| Mike Miranda | ____ | ____ |
| Raymond Ancheta | ____ | ____ |

If you answered Yes, proceed to question number twelve. If you answered No, proceed to question number fourteen.

12. If you awarded nominal, special or general damages to Plaintiff against Letha DeCaires you may but are not required to award punitive damages against Detective De Caires if you have found by clear and convincing evidence that she willfully and maliciously harmed the Plaintiff. If you did not award nominal, special or general damages against Detective De Caires put a "0" in the blank below.

    $ _____

    Proceed to question number thirteen.

13. If you awarded nominal, special or general damages to the Plaintiff against Mike Miranda you may, but are not required to, award punitive damages against Officer Miranda if you have found by clear and convincing evidence that he willfully and maliciously harmed the Plaintiff. If you did not award nominal, special or general damages against Officer Miranda, put a "0" in the blank below.

    $ _____

    Proceed to question number fourteen.

14. If you awarded nominal, special or general damages to Plaintiff against Captain Raymond Ancheta you may, but are not required to, award punitive damages against Captain Ancheta if you have found by clear and convincing evidence that he willfully and maliciously harmed the Plaintiff. If you did not award nominal, special or general damages against Captain Ancheta, put "0" in the blank below.

$ _____

Proceed to question fifteen.

15. What percentage of negligence, which was a legal cause of Plaintiff=s injuries, do you attribute to each of the following parties:

    (Note: The total of the three numbers must add up to 100%)

    | | |
    |---|---|
    | Plaintiff Monsour Arekat | _____ % |
    | Defendant Letha DeCaires | _____ % |
    | Defendant Mike Miranda | _____ % |
    | Defendant Raymond Ancheta | _____ % |
    | = | 100 % |

    Have the foreperson sign and date this special verdict form and contact the bailiff.

DATED: Honolulu, Hawaii, _____.

Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MONSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., | ) ) ) ) ) ) | Civil No. CV03-00710 HG/KSC<br><br>CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY COUNTY OF HONOLULU, and JOHN DOES 1-25, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on December 27, 2005 as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>D. SCOTT DODD, ESQ.<br>Deputy Corporation Counsel<br>530 S. King Street, Room 110<br>City and County of Honolulu<br>Honolulu, Hawaii 96813<br>Attorneys for Defendants<br>CITY AND COUNTY OF HONOLULU<br>and LEE D. DONOHUE | (X) | ( ) |

| | | |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Topa Financial Ctr.,<br>Bishop Street Twr.,<br>700 Bishop Street., Ste. 2001<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>RAYMOND ANCHETA | ( X ) | ( ) |
| LYLE S. HOSODA, ESQ.<br>345 Queen Street, Suite 804<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>MIKE MIRANDA | ( X ) | ( ) |
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>MANSOUR AREKAT | ( X ) | ( ) |

DATED: Honolulu, Hawaii, December 27, 2005.

JAMES P DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
Attorneys for Defendant
LETHA DE CAIRES

2