CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:  527-6837
Facsimile:  523-4583
Email address:  ddodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at 4 o'clock and 54 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

MANSOUR AREKAT, Individually
and in his capacity as chief operating
officer and owner of Arekat Pacific
Security, Inc., a Hawaii corporation dba
A.P.I. Security, Inc.,

    Plaintiff,

vs.

LEE D. DONOHUE, LETHA DE
CAIRES, MIKE MIRANDA,
RAYMOND ANCHETA, CITY AND
COUNTY OF HONOLULU, and
JOHN DOES 1-23,

    Defendants.

) CIVIL NO. CV03-00710 BMK
)
) DEFENDANTS CITY AND COUNTY
) OF HONOLULU AND LEE D.
) DONOHUE'S OPPOSITION TO
) PLAINTIFF'S FIRST MOTION IN
) LIMINE TO BAR ALL TESTIMONY
) REGARDING PLAINTIFF'S
) ALLEGED DRUG USE OTHER
) THAN WHAT DAVID ENGLE HAD
) REPORTED TO DEFENDANTS
) PRIOR TO PLAINTIFF'S ARREST
) FILED DECEMBER 20, 2005;
) DECLARATION OF D. SCOTT
) DODD; EXHIBITS "A" AND "B";
) CERTIFICATE OF SERVICE
)
)
)

        Date:        January 3, 2006
        Time:        9:30 a.m.
        Judge:       Barry M. Kurren

        Trial Date:   January 4, 2006

**DEFENDANTS CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S OPPOSITION TO PLAINTIFF'S FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER THAN WHAT DAVID ENGLE HAD REPORTED TO DEFENDANTS PRIOR TO PLAINTIFF'S ARREST FILED DECEMBER 20, 2005**

Come Now Defendants LEE D. DONOHUE and CITY AND COUNTY OF HONOLULU (hereinafter referred to as "City Defendants"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, and file this memorandum in opposition to Plaintiff's first motion, in limine, to bar all testimony regarding Plaintiff's alleged drug use other than what David Engle told Defendants prior to Plaintiff's arrest filed on December 20, 2005. For the reasons stated herein, the City Defendants request that Plaintiff's first motion in limine be denied.

The City Defendants request that the Court permit David Engle to testify about any of Plaintiff's drug use that he is aware of, and that any statements regarding Plaintiff's drug use which David Engle made to Federal agents, to personnel of the Hawaii State Attorney General's Office, or to HPD psychologist Sharon Black. Engle's direct statements to Defendants, specifically Letha De

Caires, were corroborated by statements made by Engle to other persons, which were then transmitted to Defendant De Caires. The City Defendants assert that any evidence regarding Plaintiff's alleged drug use upon which the MH-1 was based should be admissible. Additionally, the City Defendants seek to further corroborate David Engle's testimony with the testimony of former A.P.I. Security, Inc. field supervisor Sausoo Ito, who confirmed in his deposition that David Engle handed him what appeared to be a crack pipe, which Engle claimed to have located in Plaintiff's apartment. See, Deposition of Sausoo Saina Ito conducted on October 11, 2005, at pages 8-10, attached hereto as Exhibit "A".

Additionally, in his deposition Plaintiff so much as admitted that he has used illicit or illegal substances in the past:

> Q: Have you ever smoked crack?
>
> A: Not that I remember.
>
> Q: Have you ever ingested or consumed any kind of illegal or illicit drug?
>
> A: When?
>
> Q: Let's say since you owned API.  * * *
>
> A: I don't know, there might have been occasions.

See, Deposition of Mansour Arekat conducted on June 21, 2005 at page 186, attached hereto as Exhibit "B".

With regard to Plaintiff's drug use, although admitted to by Plaintiff, this evidence will be offered for the limited purpose of impeachment should Plaintiff deny ever utilizing illicit and/or illegal substances.

DATED: Honolulu, Hawai'i, December 27, 2005.

                CARRIE K.S. OKINAGA
                Corporation Counsel

By: _____
                D SCOTT DODD
                Deputy Corporation Counsel

                Attorney for Defendants
                CITY AND COUNTY OF HONOLULU
                and LEE D. DONOHUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | CIVIL NO. CV03-00710 BMK <br><br> DECLARATION OF D. SCOTT DODD |

## DECLARATION OF D. SCOTT DODD

I, D. SCOTT DODD, do hereby declare as follows:

1. I am an attorney in good standing licensed to practice law in all the Courts of the State of Hawaii.

2. I am a Deputy Corporation Counsel for the City and County of Honolulu and represent the City in this case.

3. Attached hereto as Exhibit "A" is a true and correct copy of certain pages of the Deposition of Sausoo Saina Ito, taken on October 11, 2005.

-2-

4. Attached hereto as Exhibit "B" is a true and correct copy of certain pages of the Deposition of Mansour Arekat, taken on June 21, 2005.

I, D. SCOTT DODD, DO HEREBY DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT

_____
D. SCOTT DODD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly served by hand-delivery to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    LAWRENCE I. KAWASAKI, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawai'i 96813
    Attorney for Plaintiff

LYLE S. HOSODA, ESQ.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Attorney for Defendant
MIKE MIRANDA

JAMES P. DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
Dandar Suemori
841 Bishop Street, Suite 801
Honolulu, Hawai'i 96813
Attorney for Defendant
LETHA DE CAIRES

CARY T. TANAKA, ESQ.
Suite 510, Fort Street
745 Fort Street
Honolulu, Hawai'i 96813
Attorney for Defendant
RAYMOND ANCHETA

DATED: Honolulu, Hawai'i, December 27, 2005.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By: _____
        D SCOTT DODD
        Deputy Corporation Counsel

        Attorney for Defendants
         CITY AND COUNTY OF HONOLULU
        and LEE D. DONOHUE