## SHEET 1 PAGE 1

```
                                                    1
         IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF HAWAII


MANSOUR AREKAT,                    )  CIVIL NO. CV03-00710 BMK
Individually and in his            )
capacity as chief operating)
officer and owner of               )
Arekat Pacific Security,           )
Inc., a Hawaii corporation )
dba A.P.I. Security, Inc.,         )
                                   )
           Plaintiff,              )
                                   )
      vs.                          )
                                   )
LEE D. DONOHUE, LETHA DE           )
CAIRES, MIKE MIRANDA,              )
RAYMOND ANCHETA, CITY AND          )
COUNTY OF HONOLULU, and            )
JOHN DOES 1-23,                    )
                                   )
           Defendants.             )

         DEPOSITION OF SAUSOO SAINA ITO

  Taken on behalf of Defendants at the offices of

  the Department of the Corporation Counsel, City

  and County of Honolulu, Honolulu Hale (City Hall),

  530 South King Street, Room 110, Honolulu, Hawaii,

  commencing at 10:00 a.m., on Tuesday, October 11,

  2005, pursuant to Federal Rules of Civil Procedure.

  BEFORE:  PHYLLIS K. KUSHINER, CSR NO. 147
           Notary Public, State of Hawaii
  HONOLULU  REPORTING  SERVICES
           1000 Bishop Street, Suite 401
                Honolulu, Hawaii 96813

           PHONE (808) 524-6288
```

## PAGE 2

```
                                                    2
APPEARANCES:

For Plaintiff:         ERIC A. SEITZ, ESQ.
                       820 Mililani Street, Suite 714
                       Honolulu, Hawaii 96813



For Defendants         D. SCOTT DODD, ESQ.
City and County        Deputy Corporation Counsel
of Honolulu and        City and County of Honolulu
Lee D. Donohue:        Honolulu Hale, Room 110
                       530 South King Street
                       Honolulu, Hawaii 96813


For Defendant          LYLE S. HOSODA, ESQ. and
Mike Miranda:          CHRISTOPHER T. CHUN, ESQ.
                       Lyle S. Hosoda & Associates, LLC
                       345 Queen Street, Suite 804
                       Honolulu, Hawaii 96813



For Defendant          JAMES P. DANDAR, ESQ.
Letha De Caires:       Dandar Suemori
                       Suite 801
                       Davies Pacific Center
                       841 Bishop Street
                       Honolulu, Hawaii 96813


For Defendant          TOBIN M. HIRASHIMA, ESQ.
Raymond Ancheta:       Law Offices of Cary T. Tanaka
                       Suite 2001
                       Bishop Street Tower
                       700 Bishop Street
                       Honolulu, Hawaii 96813
```

## PAGE 3

```
                                                    3
                    I N D E X

EXAMINATION BY:                                  PAGE

Mr. Hosoda                                         4

Mr. Dandar                                        27

Mr. Hirashima                                     70

Mr. Dodd                                          79

Mr. Chun                                          85

Mr. Seitz                                         86




FURTHER EXAMINATION BY:

Mr. Dandar                                        83











EXHIBITS MARKED FOR IDENTIFICATION:

None
```

## PAGE 4

```
                                                    4
 1       (The Reporter's Disclosure Statement was
 2   made available to all counsel prior to the
 3   commencement of the following proceedings.)
 4              SAUSOO SAINA ITO,
 5   called as a witness on behalf of the Defendants,
 6   having been first duly sworn, was examined and
 7   testified as follows:
 8                EXAMINATION
 9   BY MR. HOSODA:
10   Q.   Would you please state your full name
11   record?
12   A.   My full name, first name is Sausoo,
13   S-a-u-s-o-o, middle initial Saina, S-a-i-n-a.
14   Last name is Ito, I-t-o.
15   Q.   Mr. Ito, do you know a man named David
16   Engle?
17   A.   Yes.
18   Q.   How long have you known him?
19   A.   Probably like less than a month.
20   Q.   You have known him only less than a month;
21   is that true?
22   A.   Yes.
23   Q.   Didn't you know him back when he was
24   working at A.P.I.?
25   A.   That's what I'm talking about because when
```

### SHEET 2   PAGE 5

```
 1   I was working with the A.P.I., then the only time
 2   I met him, when he was at Mr. Mansour's place. So
 3   I didn't, I didn't get to know him that long. At
 4   work, I only see him coming in and go out, yeah.
 5   Q.   So you didn't really have -- did you have
 6   any discussions with him?
 7   A.   No.
 8   Q.   Now you said you saw him at Mansour's
 9   place; is that right?
10   A.   Yes.
11   Q.   Do you remember what day that was?
12   A.   To be honest, I don't remember the day.
13   Q.   How was it that you saw him that day?
14   A.   I was working as a field supervisor. I was
15   on the road.
16   Q.   Did he call you?
17   A.   He called me.
18   Q.   Did he call you on the radio?
19   A.   He called me on the phone because then the
20   field supervisors carry the mobile phone and the
21   radio, so he called me on the phone.
22   Q.   What did he say?
23   A.   He said to come over at Mr. Mansour's place
24   and to see what is going on over there.
25   Q.   Did he say anything else during that call?
```

### PAGE 6

```
 1   A.   No.
 2   Q.   Did you go straight there?
 3   A.   I went straight over there.
 4   Q.   Had you ever been to Mansour's place before
 5   that?
 6   A.   No. That was the first time.
 7   Q.   And did you go up to his place?
 8   A.   Yes.
 9   Q.   Was Mr. Arekat inside the apartment?
10   A.   No.
11   Q.   Where was he?
12   A.   I don't know where he was at.
13   Q.   Did you go into Mansour's place?
14   A.   Yes.
15   Q.   When you went inside, was Mr. Engle in
16   there?
17   A.   Yes. He is the one who assist me in Mr.
18   Mansour's place.
19   Q.   Why was Mr. Engle there?
20   A.   I was -- I don't know why he was there.
21   But I didn't, I don't even know what --
22         MR. SEITZ:  Objection then to a further
23   answer because he says he doesn't know.
24         MR. HOSODA:  Well, you shouldn't cut him
25   off like that, counsel.
```

### PAGE 7

```
 1         MR. SEITZ:  I could have objected to the
 2   question because there was no foundation. Now
 3   it is clear there is no foundation so I'm going
 4   to object at this point.
 5         MR. HOSODA:  But you are not supposed to
 6   cut off people from talking, sir.
 7         MR. SEITZ:  He is answering a question,
 8   and there is no foundation. I'm entitled to
 9   object at that point.
10         MR. HOSODA:  Well, you are not entitled
11   to cut people off.
12         MR. DANDAR:  Okay. He can answer.
13   Q.   (By Mr. Hosoda)  Now what did you see when
14   you went into the apartment?
15   A.   I seen some stuff laying around.
16   Q.   Please tell me what you saw.
17   A.   It is like an apartment where a single boy
18   lives in, you know, clothes on the couch, just
19   like a normal -- and the bullets.
20   Q.   Bullets?
21   A.   Yeah.
22   Q.   You saw bullet casings lying around?
23   A.   No, it was under the couch.
24   Q.   So you saw from a distance there were
25   bullets?
```

### PAGE 8

```
 1   A.   No, it was right up there on the couch.
 2   And I was looking at it, and it was on the couch.
 3   Q.   How long did you stay in the apartment?
 4   A.   Less than two minutes.
 5   Q.   Did Mr. Engle point out the bullets to you?
 6   A.   Yes.
 7   Q.   What else did he point to show you?
 8   A.   Then he give me a pipe. I don't know what
 9   kind of pipe. I have no -- he gave me a pipe so I
10   took that away from him.
11   Q.   What kind of pipe was it?
12         MR. SEITZ:  He said he didn't know,
13   counsel.
14         THE WITNESS:  This, I don't know what
15   kind of pipe. But this is from Engle's mouth
16   what he say it is a crack pipe so I assumed
17   that is what he said.
18   Q.   (By Mr. Hosoda)  Do you know what crack is?
19   A.   No, I don't. I haven't seen any crack in
20   my life.
21   Q.   Do you know what crystal meth is?
22   A.   Yes, sir, I know. I hear on the news a
23   lot.
24   Q.   Have you had any training on crystal meth
25   at all?
```

SHEET 3  PAGE 9

**Page 9**

1  A.  No.
2  Q.  Do you know anybody who has used crystal
3  meth that you have observed?
4  A.  No.
5  Q.  Do you know what the signs are of somebody
6  who smokes crack or crystal meth?
7  A.  It is not normal.
8  Q.  But do you know how someone looks when they
9  smoke crack or crystal meth?
10  A.  No.
11  Q.  You have no experience with anybody --
12  A.  I have no experience.
13  Q.  -- that's taken crystal meth or crack?
14  A.  Uh-huh.
15  Q.  Can you describe the pipe that you got?
16  A.  It is kind of long, about, about two inch,
17  about this long, kind of thin, clear, made of
18  glass.
19  Q.  It was made of glass?
20  A.  Yes.
21  Q.  Was there anything in the pipe?
22  A.  Some white stuff in the pipe.
23  Q.  What did you do with that pipe?
24  A.  I gave it to the other field supervisor.
25  Q.  Who was that?

**Page 10**

1  A.  Mark Hamlin.
2  Q.  Where did you give it to him?
3  A.  When we -- when I arrived to the office so
4  then I gave it to him.  And then I went back to
5  the, back to the office because that was
6  downstairs, the parking.
7  Q.  Now you were saying that Mr. Engle handed
8  you the pipe and said words that came out of his
9  mouth.  What did he tell you?
10  A.  He said That is a crack pipe."
11  Q.  Did he say anything else?
12  A.  No.
13  Q.  Did he say whose crack pipe it was?
14  A.  No, he didn't say.  All he said, it is a
15  crack pipe.
16  Q.  Why is it that -- did Mr. Engle tell you
17  why it was that he was asking you to come pick him
18  up?
19  A.  No, I don't go there to pick him up, yeah.
20  I went over there because he call me and he wants
21  me to see Mr. Mansour's place.
22  Q.  Why did he want you to see Mr. Mansour's
23  place?
24  A.  That I don't know, be honest with you.
25  Q.  Did he point anything else out to you

**Page 11**

1  besides the bullets in the house?
2  A.  No, he didn't point anything else.  But I
3  was just -- when I walk in, I look around the
4  room.  There is things laying around, and then
5  when I walk close to the couch, he point the
6  bullets.  And then he gave me the pipe.  He says a
7  crack pipe.  Then I walk out.  I left the room.
8  Q.  Had Mr. Engle ever told you to your face
9  any lies?
10  A.  I don't remember, yeah.
11  Q.  Do you believe that -- had Mr. Engle ever
12  done or said anything to you that would make you
13  think that he would be lying or not telling the
14  truth?
15  A.  No.
16  Q.  So as far as you know, he was a truthful
17  man at the time that he told you to come over to
18  Mansour's place; is that right?
19  A.  I don't remember everything that he said.
20  That is why it's kind of -- I cannot recall, yeah.
21  Q.  At the time that he asked you to come over
22  though, you had no reason to doubt him, right?
23  A.  No.
24  Q.  He told us that when he was there, there
25  were all these pieces of duct tape covering small

**Page 12**

1  holes all over the wall.  Did you see that?
2  A.  I couldn't say because the place was -- the
3  light wasn't on, yeah.  It was, it is kind of dark
4  in there.
5  Q.  So did you see any tape at all?
6  A.  No, I didn't see it.
7  Q.  Did you see any holes in the wall at all?
8  A.  I didn't see it, too.
9  Q.  Did Mr. Arekat tell you that when he first
10  got there -- I'm sorry.  Did Mr. Engle tell you
11  that when he first got there that Mr. Arekat was
12  there?
13  A.  No.  I don't remember.
14  Q.  Did he tell you that Mr. Arekat had a
15  firearm or a gun that he was carrying and waving
16  around?
17  A.  That I remember, he said that, yeah.
18  Q.  Did Mr. Engle tell you that he was in fear
19  because Mr. Arekat was waving the gun around?
20  A.  Yeah, he said that, too.
21  Q.  Did he say that Mr. Arekat was saying that
22  he was worried that people were watching him?
23  A.  Yeah, he said that, too.
24  Q.  Did he say who was watching him?
25  A.  I don't know.