1

```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII


MANSOUR AREKAT,             ) CIVIL NO. CV03-000710 BMK
Individually and in his     )
capacity as chief           )
operating officer and       )
owner of Arekat Pacific     )
Security, Inc., a Hawaii    )
Corporation dba A.P.I.      )  Volume I
Security, Inc.,             )
                            )
          Plaintiff,        )
                            )
     vs.                    )
                            )
LEE D. DONOHUE, LETHA       )
DE CAIRES, MIKE MIRANDA,    )
RAYMOND ANCHETA, CITY       )
AND COUNTY OF HONOLULU,     )
And JOHN DOES 1-23,         )
                            )
          Defendants.       )
_____)


                 DEPOSITION OF MANSOUR AREKAT


     Taken on behalf of Defendant, CITY AND COUNTY

OF HONOLULU, at the Offices of Corporation Counsel, 530

S. King Street, Room 110, Honolulu, Hawaii, commencing

at 9:05 a.m., on Tuesday, June 21, 2005, pursuant to

Hawaii Rules of Civil Procedure.


REPORTED BY: CAROL E.M. SUGIYAMA, C.S.R. #295
             Notary Public, State of Hawaii
```

HONOLULU REPORTING SERVICES (808)524-6288

EXHIBIT B

185

```
 1  purchase, the 2611 Ala Wai?
 2      A   I don't remember exactly but --
 3      Q   You indicated it was sometime in 2004, I think
 4  March or April?
 5      A   Yes, it was March or April but most likely
 6  March, I don't know. But it was a long time between the
 7  time that I bought until I moved in there because we had
 8  to do the same thing and fix everything up.
 9      Q   What was the date that the closing occurred,
10  in other words, when is it that your ownership of the
11  Ala Wai unit occurred?
12      A   I have to look up the date. It was sometime
13  in March. If you want the exact dates, I have to look
14  at the bank papers.
15      Q   So in November and December of 2003, the only
16  residence that you owned was the 2525 Date Street
17  residence?
18      A   That's correct.
19      Q   And Mr. Engle went on to testify that he found
20  crack pipes in your residence at 2525 Date Street; is
21  that correct?
22      A   I heard him allege that, yes.
23      Q   Were there crack pipes?
24      A   Not before Engle got there, no.
25      Q   Were there crack pipes there after Engle got
```

186

```
 1  there?
 2      A   According to his statements.
 3      Q   Oh, I see what you are saying is that when you
 4  left your apartment on that second occasion that he was
 5  posted there, there were no crack pipes in your unit?
 6      A   Not that I'm aware of, no.
 7      Q   Okay. He may have brought crack pipes to your
 8  unit, and in fact, may have given one to the supervisor?
 9      A   I don't know. It's possible.
10      Q   Have you ever smoked crack?
11      A   Not that I remember, no.
12      Q   Have you ever ingested or consumed any kind of
13  illegal or illicit drug?
14      A   When?
15      Q   Let's say since you owned API. We all do
16  thing as youths, even President Clinton.
17      A   I don't know, there might have been occasions.
18      Q   But there would be no reason for a crack pipe
19  to be in your house?
20      A   No.
21      Q   He mentioned that there were two model
22  airplanes at 2525 Date Street, models of commercial
23  airliners.
24          Did you hear that testimony?
25      A   Yes.
```

187

```
 1      Q   Is that true?
 2      A   I have about 40 models of airplanes in my
 3  house.
 4      Q   Are these models that you built?
 5      A   Most of them were gifts, one of my good
 6  friends, she is a flight attendant for United Airlines,
 7  so she frequently brings me planes from her travels.
 8      Q   What is her name?
 9      A   Marian.
10      Q   What is her last name?
11      A   Chang.
12      Q   Does she still fly for United Airlines?
13      A   Yes.
14      Q   Is she based in Honolulu?
15      A   No, she's based out of San Francisco.
16      Q   Does she maintain a residence in Honolulu?
17      A   No.
18      Q   Her residence, as far as you know, is in San
19  Francisco?
20      A   That's correct. But I have been collecting
21  these planes since I was ten years old. I have almost
22  every country airlines. It's a collection that I
23  started.
24      Q   Are all of the models of commercial airliners?
25  In other words, you have might like a Lufthansa, Air
```

188

```
 1  Italia, things like that?
 2      A   All of those, I have. I also have F-16's and
 3  14's, a shuttle. Anything with wings pretty much.
 4      Q   Do you still maintain these models?
 5      A   Yes.
 6      Q   So you transferred them or you moved them from
 7  2525 to your present location?
 8      A   Yes. And they are out on display.
 9      Q   When you return to your apartment on that
10  second occasion that Mr. Engle was posted, was there
11  another security guard other than Mr. Engle there?
12      A   I don't remember.
13      Q   Do you recall his testimony that he called the
14  supervisor and asked for a relief security guard, that
15  one came with the supervisor and was posted outside of
16  your apartment?
17      A   I heard him say that, yes.
18      Q   But you don't have any recollection of that?
19      A   I wasn't there during that time.
20      Q   Did you come back the following morning or
21  sometime that evening?
22      A   I don't remember when I came back.
23      Q   But when you came back, you have no
24  recollection of a security guard there?
25      A   It might have or might not have, I don't
```