

CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   527-6837
Facsimile:   523-4583
Email address:  ddodd@honolulu.gov

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at 4 o'clock and 15 min. PM
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

MANSOUR AREKAT, Individually
and in his capacity as chief operating
officer and owner of Arekat Pacific
Security, Inc., a Hawaii corporation dba
A.P.I. Security, Inc.,

      Plaintiff,

    vs.

LEE D. DONOHUE, LETHA DE
CAIRES, MIKE MIRANDA,
RAYMOND ANCHETA, CITY AND
COUNTY OF HONOLULU, and
JOHN DOES 1-23,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV03-00710 BMK

DEFENDANT CITY AND COUNTY
OF HONOLULU AND LEE D.
DONOHUE'S OPPOSITION TO
PLAINTIFF'S THIRD MOTION IN
LIMINE TO BAR DEFENDANTS
FROM INTRODUCING INTO
EVIDENCE A SIGNED
"EMERGENCY EXAMINATION:
APPLICATION BY POLICE
OFFICER PURSUANT TO HRS
CHAPTER 334, AS AMENDED"
FORM WITHOUT PROPER
AUTHENTICATION FILED
DECEMBER 20, 2005;
DECLARATION OF D. SCOTT
DODD; EXHIBITS "A" AND "B";

CERTIFICATE OF SERVICE

Date:        January 3, 2006
Time:        9:30 a.m.
Judge:       Barry M. Kurren
Trial Date:  January 4, 2006

DEFENDANT CITY AND COUNTY OF HONOLULU AND LEE D.
DONOHUE'S OPPOSITION TO PLAINTIFF'S THIRD MOTION IN LIMINE
TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE A
SIGNED "EMERGENCY EXAMINATION: APPLICATION BY POLICE
OFFICER PURSUANT TO HRS CHAPTER 334, AS AMENDED" FORM
<u>WITHOUT PROPER AUTHENTICATION FILED DECEMBER 20, 2005</u>

Comes Now Defendants LEE D. DONOHUE and CITY AND COUNTY

OF HONOLULU (hereinafter referred to as "City Defendants"), by and through

their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and D. Scott Dodd,

Deputy Corporation Counsel, and file this memorandum in opposition to Plaintiff's

third motion, <u>in limine</u>, to bar defendants from introducing a signed "Emergency

Examination: Application by Police Officer Pursuant to HRS Chapter 334, as

amended" form without proper authentication, filed on December 20, 2005.  For

the reasons stated herein, the City Defendants request that Plaintiff's third motion

<u>in limine</u> be denied.

I.      <u>ARGUMENT</u>

Plaintiff argues that Defendants have produced in discovery both a signed

and unsigned "Emergency Examination: Application by Police Officer Pursuant to

HRS Chapter 334, as Amended" form (the "MH-1" form) and that Defendants

have never identified or produced the person who signed the form. However, on July 14, 2005, Defendant City and County of Honolulu (the "City") served its response to Plaintiff's First Request for Production of Documents. Included with this production was document number HPD-00140, a copy of which is attached hereto as Exhibit "A". HPD-00140 clearly shows that the document was signed by (police officer) "J. Nahale, Badge & ID Numbers 2834." Contrary to Plaintiff's assertion, Defendants had indeed identified the person who signed the MH-1 form. Defendants would have produced Officer Nahale for deposition had Plaintiff requested it.

Additionally, implicit in Plaintiff's argument is that there would be no witnesses available at trial to authenticate part, if not all, of the writings on the MH-1. However, Defendants are prepared to introduce the person who filled in all parts of the MH-1 form (other than the signature) to authenticate the document. As to the MH-1 form itself, Mr. Nahale would simply authenticate his signature.

Finally, on December 22, 2005, counsel for Defendants City and Lee D. Dohohue and Plaintiff's counsel stipulated to allow Officer James Nahale to testify "at trial specifically for the purposes of identifying the MH-1 document that he signed and as to his role in transporting Mr. Arekat to Queen's Medical Center...." A copy of that letter is attached hereto as Exhibit "B".

II.    <u>CONCLUSION</u>

For the above-referenced reasons, Defendants City and County of Honolulu and Lee D. Donohue respectfully request that Plaintiff's Third Motion in Limine be denied.

DATED:  Honolulu, Hawai'i, December 27, 2005.

CARRIE K.S. OKINAGA
Corporation Counsel

By: _____
D SCOTT DODD
Deputy Corporation Counsel

Attorney for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | ) CIVIL NO. CV03-00710 BMK<br>)<br>) DECLARATION OF D. SCOTT<br>) DODD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF D. SCOTT DODD

I, D. SCOTT DODD, do hereby declare as follows:

1.     I am an attorney in good standing licensed to practice law in all the Courts of the State of Hawaii.

2.     I am a Deputy Corporation Counsel for the City and County of Honolulu and represent the City in this case.

3.    Attached hereto as Exhibit "A" is a true and correct copy of document number HPD-00140, included in the City's Response to Plaintiff's First Request for Production of Documents, served on July 14, 2005.

4.    Attached hereto as Exhibit "B" is a true and correct copy of correspondence from Plaintiff's counsel to the undersigned dated December 22, 2005 confirming the agreement that Officer James Nahale will only be testifying at trial for the purposes of identifying the MH-1 document that he signed and to his role in transporting Mr. Arekat to Queens Medical Center, and he will not testify as to any of the alleged symptoms or conditions listed on the MH1 form.

I, D. SCOTT DODD, DO HEREBY DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT

D. SCOTT DODD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

MANSOUR AREKAT, Individually ) CIVIL NO. CV03-00710 BMK
and in his capacity as chief operating )
officer and owner of Arekat Pacific ) CERTIFICATE OF SERVICE
Security, Inc., a Hawaii corporation dba )
A.P.I. Security, Inc., )
                               )
         Plaintiff, )
                               )
      vs. )
                               )
LEE D. DONOHUE, LETHA DE )
CAIRES, MIKE MIRANDA, )
RAYMOND ANCHETA, CITY AND )
COUNTY OF HONOLULU, and )
JOHN DOES 1-23, )
                               )
         Defendants. )
_____ )

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the within was duly served by hand-delivery

to the following individuals at their last known addresses on December 27, 2005:

              ERIC A. SEITZ, ESQ.
              LAWRENCE I. KAWASAKI, ESQ.
              820 Mililani Street, Suite 714
              Honolulu, Hawai'i 96813
              Attorney for Plaintiff

LYLE S. HOSODA, ESQ.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Attorney for Defendant
MIKE MIRANDA

JAMES P. DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
Dandar Suemori
841 Bishop Street, Suite 801
Honolulu, Hawai'i 96813
Attorney for Defendant
LETHA DE CAIRES

CARY T. TANAKA, ESQ.
Suite 510, Fort Street
745 Fort Street
Honolulu, Hawai'i 96813
Attorney for Defendant
RAYMOND ANCHETA

DATED:  Honolulu, Hawai'i, December 27, 2005.

CARRIE K.S. OKINAGA
Corporation Counsel

By:  _____
D SCOTT DODD
Deputy Corporation Counsel

Attorney for Defendants
 CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE