c/o 19u

STATE OF HAWAII
DEPARTMENT OF HEALTH

EMERGENCY EXAMINATION: APPLICATION BY POLICE OFFICER
PURSUANT TO HRS CHAPTER 334, AS AMENDED

To Administrator: _Queens_    Police Report No.: _03-501788_

_Queens_    Date/Time/Day: _12/15/03_
(Name of Facility)

The undersigned police officer hereby applies for the examination, observation and diagnosis of:

_Arikat, Mansour, Said_    _____    _9-17-65_    _M_    _947-4347_
(Name of Person)   (Social Security No.)  (Age) (Date of Birth)  (Sex)  (Telephone)

_2525 Date St #2202_    _Hon_    _HI_    ____
(Number)   (Street)    (City)   (State) (Zip Code)

If Minor: ____
(Name of Parent or Guardian)    (Age) (Date of Birth)    (Sex)   (Telephone)

____
(Number)   (Street)    (City)    (State) (Zip Code)

Spouse, Relative or Friend: ____
(Name)    (Relationship)    (Telephone)

____
(Number)   (Street)    (City)    (State) (Zip Code)

The above-named person was taken into custody for the following reasons (Describe the circumstances): _Male is very paranoid, delusional, believes people about to kill him, has weapons, has been making bullets, shoved & pushed his worker, has Airplane models that hit the Trade towers_

Check all the items that apply:
1. There is probable cause to believe that the above-named person was committing the offense due to apparent:
   (X) Mental Illness    (X) Substance Abuse;
   and further, the above-named person appears to be immediately and substantially dangerous to:
   (X) Self    (X) Other Persons.
2. The above named-person was:
   ( ) Threatening Suicide    ( ) Attempting Suicide.

As observed and reported by witnesses and/or police officer of the following actions, behavior and attempts or threats: _"SAME"_

Please Notify Police:
1. Prior to the release of the patient, following emergency examination; or
2. The time, date and Doctor admitting the Patient.

Signed: _T. Naywee_    _2134_    ____
(Police Officer)    (Badge & ID Numbers)    (Telephone)

____
Name of Police Officer (Please Print)

MH-1(R10-95)

EXHIBIT A    HPD-00140