

CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:  527-6837
Facsimile:  523-4583
Email address:  ddodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

MANSOUR AREKAT, Individually
and in his capacity as chief operating
officer and owner of Arekat Pacific
Security, Inc., a Hawaii corporation dba
A.P.I. Security, Inc.,

            Plaintiff,

      vs.

LEE D. DONOHUE, LETHA DE
CAIRES, MIKE MIRANDA,
RAYMOND ANCHETA, CITY AND
COUNTY OF HONOLULU, and
JOHN DOES 1-23,

            Defendants.

) CIVIL NO. CV03-00710 BMK
)
)
) DEFENDANT CITY AND COUNTY
) OF HONOLULU AND LEE D.
) DONOHUE'S OPPOSITION TO
) PLAINTIFF'S FOURTH MOTION IN
) LIMINE TO BAR DEFENDANTS
) FROM PRESENTING EVIDENCE OF
) ANY PRIOR "BAD ACTS"
) COMMITTED BY PLAINTIFF FILED
) DECEMBER 20, 2005; CERTIFICATE
) OF SERVICE
)
) Date:     January 3, 2006
) Time:     9:30 a.m.
) Judge:    Barry M. Kurren
) Trial Date:  January 4, 2006
)

I:\Arekat\trial\opp to MIL #4 bad acts

DEFENDANT CITY AND COUNTY OF HONOLULU AND LEE D.
DONOHUE'S OPPOSITION TO PLAINTIFF'S FOURTH MOTION IN LIMINE
TO BAR DEFENDANTS FROM PRESENTING EVIDENCE OF ANY PRIOR
"BAD ACTS" COMMITTED BY PLAINTIFF FILED DECEMBER 20, 2005

Comes Now Defendants LEE D. DONOHUE and CITY AND COUNTY

OF HONOLULU (hereinafter referred to as "City Defendants"), by and through

their attorneys, Carrie K.S. Okinaga, Corporation Counsel, and D. Scott Dodd,

Deputy Corporation Counsel, and file this memorandum in opposition to Plaintiff's

fourth motion, in limine, to bar defendants from presenting evidence of any prior

"bad acts" committed by Plaintiff, filed on December 20, 2005. For the reasons

stated herein, the City Defendants request that Plaintiff's fourth motion in limine

be denied.

I.      ARGUMENT

Plaintiff argues that evidence of prior bad acts is not relevant to any issue of

consequence in the trial of this case and therefore should be excluded as having no

probative value.

Rule 404(b) of the Federal Rules of Evidence provides:

(b)  Other crimes, wrongs, or acts.  Evidence of other crimes, wrongs, or acts
is not admissible to prove the character of a person in order to show action in
conformity therewith.  It may, however, be admissible for other purposes, such as
proof of motive, opportunity, intent, preparation, plan, knowledge....
Fed. R. Evid. 404(b).

One of the central issues in this case was Plaintiff's mental condition

previous to and up to the time he was picked up and brought to Queen's Medical

Center for a mental health examination.  It is anticipated that Plaintiff will attempt to discredit defense witness David Engle, a former security guard employed by A.P.I. Security, Inc.  To the extent that Plaintiff attempts to discredit Mr. Engle by claiming that it was Mr. Engle, and not Plaintiff, who suffered from a mental condition, Defendants must be permitted to rebut Plaintiff's denials of Mr. Engle's testimony with evidence that Plaintiff has acted in the past in the same manner as his conduct and actions vis a vis Mr. Engle.  Specifically, if Plaintiff testifies that he has never displayed anger or emotional instability to other A.P.I. employees other than David Engle, Defendants should be allowed to rebut these claims with the testimony of persons who have seen Plaintiff display anger or emotional instability.

II.    <u>CONCLUSION</u>

For the above-referenced reasons, Defendants City and County of Honolulu and Lee D. Donohue respectfully request that Plaintiff's Fourth Motion in Limine be denied.

DATED:  Honolulu, Hawai'i, December 27, 2005.

CARRIE K.S. OKINAGA
Corporation Counsel

By:    _____
D SCOTT DODD
Deputy Corporation Counsel
Attorney for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

MANSOUR AREKAT, Individually ) CIVIL NO. CV03-00710 BMK
and in his capacity as chief operating )
officer and owner of Arekat Pacific ) CERTIFICATE OF SERVICE
Security, Inc., a Hawaii corporation dba )
A.P.I. Security, Inc., )
                                         )
            Plaintiff, )
                                         )
    vs. )
                                         )
LEE D. DONOHUE, LETHA DE )
CAIRES, MIKE MIRANDA, )
RAYMOND ANCHETA, CITY AND )
COUNTY OF HONOLULU, and )
JOHN DOES 1-23, )
                                         )
            Defendants. )
_____ )


CERTIFICATE OF SERVICE


    I hereby certify that a copy of the within was duly served by hand-delivery

to the following individuals at their last known addresses on December 27, 2005:

        ERIC A. SEITZ, ESQ.
        LAWRENCE I. KAWASAKI, ESQ.
        820 Mililani Street, Suite 714
        Honolulu, Hawai'i  96813
        Attorney for Plaintiff

LYLE S. HOSODA, ESQ.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Attorney for Defendant
MIKE MIRANDA

JAMES P. DANDAR, ESQ.
JAY T. SUEMORI, ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
Dandar Suemori
841 Bishop Street, Suite 801
Honolulu, Hawai'i  96813
Attorney for Defendant
LETHA DE CAIRES

CARY T. TANAKA, ESQ.
Suite 510, Fort Street
745 Fort Street
Honolulu, Hawai'i 96813
Attorney for Defendant
RAYMOND ANCHETA

DATED:  Honolulu, Hawai'i, December 27, 2005.

CARRIE K.S. OKINAGA
Corporation Counsel

By:  _____
            D SCOTT DODD
            Deputy Corporation Counsel

Attorney for Defendants
 CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE