CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 527-6837
Facsimile: 523-4583
Email address: ddodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at 4 o'clock and 15 min. PM
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | CIVIL NO. CV03-00710 BMK <br><br> DEFENDANT CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE <br><br><br> Date:        January 3, 2006 <br> Time:       9:30 a.m. <br> Judge:     Barry M. Kurren <br> Trial Date: January 4, 2006 |

## DEFENDANTS CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S PROPOSED SPECIAL VERDICT FORM

Comes now Defendants CITY AND COUNTY OF HONOLULU and LEE D. DONOHUE, by and through their attorneys, Carrie S.K. Okinaga, Corporation Counsel and D. Scott Dodd, Deputy Corporation Counsel, and hereby submit their Special Verdict form hereto attached.

DATED: Honolulu, Hawai'i, December 27, 2005.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By: _____
        D SCOTT DODD
        Deputy Corporation Counsel

        Attorney for Defendants
        CITY AND COUNTY OF HONOLULU
        and LEE D. DONOHUE

# DEFENDANTS CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S PROPOSED SPECIAL VERDICT FORM

A. ADVISORY QUESTIONS FOR THE JURY

1. Given the information, which was presented, to Defendants Letha De Caires, Michael Miranda and/or Raymond Ancheta Letha De Caires, they properly requested the assistance of the Honolulu Police Department's Special Services Division to execute a MH-1 on Plaintiff Mansour Arekat?

      Letha De Caires    [ ] Yes    [ ] No

      Michael Miranda    [ ] Yes    [ ] No

      Raymond Ancheta    [ ] Yes    [ ] No

(Go to question 2)

2. Did Plaintiff Mansour Arekat agree to surrender his firearms, which were located at his place of business, 1350 S. King Street, to the Honolulu Police Department Special Services Division on December 15, 2003?

      [ ] Yes    [ ] No

(Go to question 3)

3. Were the actions of Defendants Letha De Caires, Michael Miranda, and/or Raymond Ancheta, reasonable in light of the facts and circumstances, which were available to them on December 15, 2003?

      Letha De Caires    [ ] Yes    [ ] No

      Michael Miranda    [ ] Yes    [ ] No

      Raymond Ancheta    [ ] Yes    [ ] No

(Go to question 4)

4.     On December 15, 2003, did the City and County of Honolulu have an official policy, which deprived Plaintiff's constitutional rights?

       [ ] Yes      [ ] No

(Go to Question No. 5)

5.     Did the City and County of Honolulu fail to provide adequate training to Defendants Letha De Caires, Michael Miranda and/or Raymond Ancheta to properly handle the usual and recurring situations, which they had to deal with?

       [ ] Yes      [ ] No

(If you answered no to question 5, go to question 6. If you answered yes to question 5, go to question 8)

6.     Was the City and County of Honolulu deliberately indifferent to the need to train Defendants Letha De Caires, Michael Miranda and/or Raymond Ancheta adequately?

       [ ] Yes      [ ] No

(If you answered no to question 6, go to question 8. If you answered yes to question 6, go to question 7)

7.     Was Plaintiff deprived of his constitutional rights as a result of the City and County of Honolulu's failure to provide proper training to Letha De Caires, Michael Miranda and/or Raymond Ancheta?

       [ ] Yes      [ ] No

(Go to Question No. 8)

4

B. <u>SPECIAL VERDICT QUESTIONS</u>:

**[Unlawful Detention]**

8. Has Plaintiff Mansour Arekat ("Plaintiff") established by a preponderance of the evidence that he was unlawfully detained by Officers Letha De Caires, Michael Miranda and/or Raymond Ancheta in violation of his constitutional rights?

| | | |
|---|---|---|
| Letha De Caires | Yes ____ | No ____ |
| Michael Miranda | Yes ____ | No ____ |
| Raymond Ancheta | Yes ____ | No ____ |

If you answered yes to any of the Defendants, go to question 9 and provide an answer with respect to that Defendant only. If you answered no, go to question 12.

9. Has Plaintiff Mansour Arekat established by a preponderance of the evidence that the alleged unlawful detention by Officers Letha De Caires, Michael Miranda, and/or Raymond Ancheta was the legal cause of his damages or injuries?

| | | |
|---|---|---|
| Letha De Caires | Yes ____ | No ____ |
| Michael Miranda | Yes ____ | No ____ |
| Raymond Ancheta | Yes ____ | No ____ |

If you answered yes to any of the Defendants, go to question 10 and provide an answer with respect to that Defendant only. If you answered no to question 9, go to question 12.

10. For this claim, what do you find to be the total amount of damages caused by Defendants Letha De Caires, Michael Miranda or Raymond Ancheta?

General Damages: $_____

11. If you find that Plaintiff Mansour Arekat sustained no actual damages, but that his constitutional rights were violated you may award nominal damages not to exceed one dollar.

Nominal Damages:    $_____

(Go to Question 12)

**[Unlawful Search & Seizure]**

12. Has Plaintiff Mansour Arekat established by a preponderance of the evidence that Defendants Letha De Caires, Michael Miranda and/or Raymond Ancheta intentionally committed acts that violated Plaintiff's constitutional right not to be subjected to unlawful searches and/or seizures?

| | | |
|---|---|---|
| Letha De Caires | Yes ____ | No ____ |
| Michael Miranda | Yes ____ | No ____ |
| Raymond Ancheta | Yes ____ | No ____ |

(If you answered yes to question 12, go to question 13. If you answered no to question 12, go to question 16)

6

13. Has Plaintiff Mansour Arekat established by a preponderance of the evidence that he suffered damages or injuries which were proximately caused by the alleged unlawful search(s) and/or seizure(s) by Officers Letha De Caires, Michael Miranda, and/or Raymond Ancheta?

  Letha De Caires          Yes \_\_\_\_     No \_\_\_\_

  Michael Miranda         Yes \_\_\_\_     No \_\_\_\_

  Raymond Ancheta         Yes \_\_\_\_     No \_\_\_\_

(If you answered yes to question 13, go to question 14. If you answered no to question 13, go to question 16)

14. For this claim, do you find to be the total amount of damages caused by Officers Letha De Caires, Michael Miranda, and/or Raymond Ancheta?

  General Damages: $_____

15. If you find that Plaintiff Mansour Arekat sustained no actual damages, but that his constitutional rights were violated you may award nominal damages not to exceed one dollar.

  Nominal Damages:  $_____

**[Negligence]**

16. Did Plaintiff Mansour Arekat show by a preponderance of the evidence that the conduct of Officers Letha De Caires, Michael Miranda, Raymond Ancheta and/or the City and County of Honolulu was negligent?

| | | |
|---|---|---|
| Letha De Caires | Yes ____ | No ____ |
| Michael Miranda | Yes ____ | No ____ |
| Raymond Ancheta | Yes ____ | No ____ |
| City | Yes ____ | No ____ |

(If you answered yes to question 16, go to question 17. If you answered no to question 16, date and sign this Special Verdict Form at the bottom and return the same to the Bailiff)

17. Has Plaintiff Mansour Arekat established, by a preponderance of the evidence that the conduct of Officers Letha De Caires, Michael Miranda, Raymond Ancheta and/or the City and County of Honolulu was or were a legal cause of damages to Plaintiff?

| | | |
|---|---|---|
| Letha De Caires | Yes ____ | No ____ |
| Michael Miranda | Yes ____ | No ____ |
| Raymond Ancheta | Yes ____ | No ____ |
| City | Yes ____ | No ____ |

(If you answered yes to question 17, go to question 18. If you answered no to question 17, date and sign this Special Verdict Form at the bottom and return the same to the Bailiff)

18. For this claim, what if any, are the damages caused by Officers Letha De Caires, Michael Miranda, Raymond Ancheta or the City and County of Honolulu?

  Special Damages:      $_____

  General Damages:      $_____

19. Was Plaintiff Mansour Arekat negligent?

    Yes ____    No ____

(If you answered yes to question 19, go to question 20. If you answered no to question 19, go to question 22)

20. Was Plaintiff Mansour Arekat's conduct a legal cause of his damages?

    Yes ____    No ____

(If you answered yes to question 20, go to question 21. If you answered no to question 20, go to question 22)

21. What is the respective percentage of negligence for each of the following parties who you have found to be a legal cause of the damages suffered by Plaintiff.

  Letha De Caires  _____

  Michael Miranda  _____

  Raymond Ancheta  _____

  City  _____

  Mansour Arekat  _____

    TOTAL =   100%

**[Punitive Damages - Letha De Caires]**

22.   Did you find that Plaintiff Mansour Arekat proved by clear and convincing evidence that he is entitled to punitive damages against Officer Letha De Caires?

                            Yes _____                  No _____

(If your answer to Question 22 is "yes," go on to Question 23. If your answer to Question 22 is "no," go to Question 24)

23.   State the amount of punitive damages, if any, that you award to Plaintiff Mansour Arekat and against Defendant Letha De Caires:

                Punitive Damages:      $_____

(Go to question 24)

**[Punitive Damages - Michael Miranda]**

24.   Did you find that Plaintiff Mansour Arekat proved by clear and convincing evidence that he is entitled to punitive damages against Officer Michael Miranda?

                            Yes _____                  No _____

(If your answer to Question 24 is "yes," go on to Question 25. If your answer to Question 24 is "no," go to Question 26)

25.   State the amount of punitive damages, if any, that you award to Plaintiff Mansour Arekat and against Defendant Michael Miranda:

                Punitive Damages:      $_____

(Go to question 26)

**[Punitive Damages - Raymond Ancheta]**

  26. Did you find that Plaintiff Mansour Arekat proved by clear and convincing evidence that he is entitled to punitive damages against Officer Raymond Ancheta?

       Yes \_\_\_\_      No \_\_\_\_

(If your answer to Question 26 is "yes," go on to Question 27.  If you answered no to question 26, date and sign this Special Verdict Form at the bottom and return the same to the Bailiff)

  27. State the amount of punitive damages, if any, that you award to Plaintiff Mansour Arekat and against Defendant Raymond Ancheta:

    Punitive Damages:  $_____

 (Date and sign the form where indicated below and return the same to the Bailiff.)

  DATED:  Honolulu, Hawaii, _____.

              _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly served by hand-delivery to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    LAWRENCE I. KAWASAKI, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawai'i 96813
    Attorney for Plaintiff

LYLE S. HOSODA, ESQ.
Lyle S. Hosoda & Associates, LLC
345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Attorney for Defendant
MIKE MIRANDA

JAMES P. DANDAR. ESQ.
JAY T. SUEMORI, ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
Dandar Suemori
841 Bishop Street, Suite 801
Honolulu, Hawai'i 96813
Attorney for Defendant
LETHA DE CAIRES

CARY T. TANAKA, ESQ.
Suite 510, Fort Street
745 Fort Street
Honolulu, Hawai'i 96813
Attorney for Defendant
RAYMOND ANCHETA

DATED: Honolulu, Hawai'i, December 27, 2005.

CARRIE K.S. OKINAGA
Corporation Counsel

By: 
D SCOTT DODD
Deputy Corporation Counsel

Attorney for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE