ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| RAINA P.B. MEAD | 7329-0 |
| CHRISTOPHER T. CHUN | 7951-0 |
| CHENISE S. KANEMOTO | 8155-0 |

345 Queen Street, Suite 804
Honolulu, Hawaii  96813
Telephone No.: (808) 524-3700
Facsimile No.: (808) 524-3838
E-mail Address: lsh@hosodalaw.com

Attorneys for Defendant
MICHAEL MIRANDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at 5 o'clock and 27 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>       Plaintiff,<br><br>    v.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>       Defendants. | CIVIL NO. CV03-00710 BMK<br><br>**DEFENDANT MICHAEL MIRANDA'S: (1) REQUESTED PROPOSED JURY INSTRUCTIONS; AND (2) JOINDER TO DEFENDANT RAYMOND ANCHETA'S REQUESTED COURT INSTRUCTIONS AND PROPOSED JURY INSTRUCTIONS; CERTIFICATE OF SERVICE**<br><br>Trial:     January 4, 2006 |

**DEFENDANT MICHAEL MIRANDA'S: (1) REQUESTED PROPOSED JURY INSTRUCTIONS; AND (2) JOINDER TO DEFENDANT RAYMOND ANCHETA'S REQUESTED COURT INSTRUCTIONS AND PROPOSED JURY INSTRUCTIONS**

Defendant MICHAEL MIRANDA ("Defendant Miranda"), by and through his attorneys, LYLE S. HOSODA & ASSOCIATES, LLC, hereby: (1) submits his REQUESTED PROPOSED JURY INSTRUCTIONS, attached

hereto; and (2) joins Defendant RAYMOND ANCHETA'S REQUESTED COURT INSTRUCTIONS AND PROPOSED JURY INSTRUCTIONS.

DATED: Honolulu, Hawaii, December 27, 2005

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MICHAEL MIRANDA

DEFENDANT MIKE MIRANDA'S PROPOSED JURY INSTRUCTION NO. 1

A search has not violated the constitutional rights of an individual unless: (1) the defendant manifested a subjective expectation of privacy in the area; and (2) society would recognize that expectation as objectively reasonable.

Smith v. Maryland, 442 U.S. 735, 99 S.Ct. 2577, 61 L.Ed.2d 220 (1979).

DEFENDANT MIKE MIRANDA'S PROPOSED JURY INSTRUCTION NO. 2

Fourth Amendment rights are personal and cannot be asserted vicariously.

The analysis focuses on whether defendant had his own Fourth Amendment rights violated by the challenged search and seizure.

U.S. v. Arango, 912 F.2d 441 (10th Cir. 1990).

U.S. v. Abreu, 935 F.2d 1130 (10th Cir. 1991).

DEFENDANT MIKE MIRANDA'S PROPOSED JURY INSTRUCTION NO. 3


Permission to search a residence may be given by a third party possessing common authority over or other sufficient relationship to the premises sought to be inspected.

U.S. v. Matlock, 415 U.S. 164, 94 S.Ct. 988, 39 L.Ed.2d 242 (1974)

DEFENDANT MIKE MIRANDA'S PROPOSED JURY INSTRUCTION NO. 4

Under the principle of qualified or conditional privilege, the injured party must demonstrate by clear and convincing proof that non-judicial government officials, when acting in the performance of their public duty were stirred by malice and not by an otherwise proper purpose.

Towse v. State, 64 Haw. 624, 647 P.2d 696 (1982).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE; LETHA DE CAIRES; MICHAEL MIRANDA; and CITY AND COUNTY OF HONOLULU,<br><br>Defendants. | CIVIL NO. CV03-00710 HG/KSC<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following parties on the date noted below, via Hand Delivery and/or U.S. mail at their last known address as follows:

    ERIC A. SEITZ, ESQ.
    LAWRENCE I. KAWASAKI, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff
    MANSOUR AREKAT


    D SCOTT DODD, Esq.
    530 S. King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU and
    LEE D. DONOHUE

JAMES P. DANDAR, Esq.
JAY T. SUEMORI, Esq.
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
745 Fort Street, Suite 510
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:  Honolulu, Hawaii, December 27, 2005

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MICHAEL MIRANDA