LYLE S. HOSODA & ASSOCIATES, LLC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| RAINA P.B. MEAD | 7329-0 |
| CHRISTOPHER T. CHUN | 7951-0 |
| CHENISE S. KANEMOTO | 8155-0 |

345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone No.: (808) 524-3700
Facsimile No.: (808) 524-3838
E-mail Address: lsh@hosodalaw.com

Attorneys for Defendant
MICHAEL MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710 BMK<br><br>DEFENDANT MICHAEL MIRANDA'S JOINDER TO DEFENDANT RAYMOND ANCHETA'S OBJECTIONS TO PLAINTIFF MANSOUR AREKAT'S PROPOSED EXHIBITS; CERTIFICATE OF SERVICE<br><br>Trial:   January 4, 2006 |

**DEFENDANT MICHAEL MIRANDA'S JOINDER
TO DEFENDANT RAYMOND ANCHETA'S OBJECTIONS
TO PLAINTIFF MANSOUR AREKAT'S PROPOSED EXHIBITS**

Defendant MICHAEL MIRANDA ("Defendant Miranda"), by and through his attorneys, LYLE S. HOSODA & ASSOCIATES, LLC, hereby

joins Defendant Raymond Ancheta's Objections to Plaintiff Mansour Arekat's proposed Exhibits.

DATED: Honolulu, Hawaii, December 27, 2005

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MICHAEL MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE; LETHA DE CAIRES; MICHAEL MIRANDA; and CITY AND COUNTY OF HONOLULU,<br><br>Defendants. | CIVIL NO. CV03-00710 HG/KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following parties on the date noted below, via Hand Delivery and/or U.S. mail at their last known address as follows:

ERIC A. SEITZ, ESQ.
LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorneys for Plaintiff
MANSOUR AREKAT


D SCOTT DODD, Esq.
530 S. King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendant
CITY AND COUNTY OF HONOLULU and
LEE D. DONOHUE

JAMES P. DANDAR, Esq.
JAY T. SUEMORI, Esq.
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
745 Fort Street, Suite 510
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:  Honolulu, Hawaii, December 27, 2005

                     _____
                     LYLE S. HOSODA
                     CHRISTOPHER T. CHUN

                     Attorneys for Defendant
                     MICHAEL MIRANDA