ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA         3964-0
RAINA P.B. MEAD        7329-0
CHRISTOPHER T. CHUN    7951-0
CHENISE S. KANEMOTO    8155-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
MIKE MIRANDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at 5 o'clock and 27 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | CIVIL NO. CV03-00710BMK <br><br> DEFENDANT MIKE MIRANDA'S PROPOSED VOIR DIRE QUESTIONS; CERTIFICATE OF SERVICE <br><br> TRIAL: January 4, 2006 |

**DEFENDANT MIKE MIRANDA'S PROPOSED VOIR DIRE QUESTIONS**

Defendant MIKE MIRANDA, by and through his attorneys, Lyle S. Hosoda & Associates, LLC, hereby submits his Proposed Voir Dire Questions pursuant to the Second Amended Rule 16

Scheduling Order and as further amended orally by the Court, as follows:

1. Have you ever had any negative experiences with police officers or the police department?

2. Have you ever had any positive experiences with police officers or the police department?

3. Do you believe that police officers should be held personally liable for their actions performed within the course and scope of their duties?

4. Do you believe that police officers should be held personally liable for their actions when they are performing orders pursuant to superior officers?

5. Do you believe that police officers must be free to exercise their best judgment in the line of duty?

6. Would you agree, that unless a police officer acts outside the course and scope of his duties of his/her employment, that he/she should not be held personally liable for his actions conducted in the line of duty?

7. Have you ever been arrested before?

8. Have you ever been detained by a law enforcement official before?

9. Have you ever served our country in the armed forces?

10. Have you ever had to observe or evaluate another person and make a decision as to whether or not to take action so that the person would not hurt himself/herself or others?

11. Were you, any family members, and/or close friends interred in concentration camps during World War II?

12. Did you lose any family members, and/or close friends during the 9/11 terrorism attacks?

13. Do you believe that you, any family members, and/or close friends were ever wrongfully or improperly detained by police officers and/or other governmental official?

14. Do you believe that you, any family members, and/or close friends ever had any of their civil rights violated by a police officer or any other government official?

15. Do you believe that if an individual is acting in a manner which makes it appear that he/she will hurt himself/herself or others, that the police are allowed to detain him?

16. Do you believe that during times of war police officers and other armed forces need to be more alert to suspicious behavior?

17. Do you recall the incident involving Byron Uesugi and shooting of several employees at the Xerox company that occurred in 1999?

18. Do you believe that the aforementioned "Xerox" incident could have been avoided?

19. Are you aware that the use of illegal drugs may cause irrational behavior including paranoia and violence?

20. Are you familiar with the actions and behaviors of a person who is under the influence of crack cocaine or crystal meth?

21. Do you believe that you could tell if someone was using or is under the influence of crack cocaine or crystal meth?

22. Do you believe that being suspicious of a person because of their ethnic or racial background when our country is at war is improper?

DATED: Honolulu, Hawaii, December 27, 2005.



_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. DONOHUE, et al.,<br><br>Defendants. | CIVIL NO. CV03-00710BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy the foregoing document was served on the date noted below, upon the following parties at their last known address as follows:

ERIC A. SEITZ, Esq.
LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorneys for Plaintiff


D SCOTT DODD, Esq.
530 S. King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendant
CITY AND COUNTY OF HONOLULU and
LEE D. DONOHUE


JAMES P. DANDAR, Esq.
JAY T. SUEMORI, Esq.
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES


CARY T. TANAKA, Esq.
745 Fort Street, Suite 510
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:    Honolulu, Hawaii, December 27, 2005.

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA

2