CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 527-6837
Facsimile: 523-4583
Email address: ddodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 8 2005

ORIGINAL at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710 BMK<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANTS CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S PROPOSED SPECIAL VOIR DIRE QUESTIONS filed December 23, 2005]<br><br>Date: January 3, 2006<br>Time: 9:30 a.m.<br>Judge: Barry M. Kurren<br>Trial Date: January 4, 2006 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the following:

**DEFENDANTS CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S PROPOSED SPECIAL VOIR DIRE QUESTIONS filed December 23, 2005**

was duly served by hand-delivery to the following individuals at their last known addresses on December 27, 2005:

    ERIC A. SEITZ, ESQ.
    LAWRENCE I. KAWASAKI, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawai'i 96813
    Attorney for Plaintiff

    LYLE S. HOSODA, ESQ.
    Lyle S. Hosoda & Associates, LLC
    345 Queen Street, Suite 804
    Honolulu, Hawai'i 96813
    Attorney for Defendant
    MIKE MIRANDA

    JAMES P. DANDAR, ESQ.
    JAY T. SUEMORI, ESQ.
    JOHN KOA HOLIONA, ESQ.
    RENEE M. FURUTA, ESQ.
    Dandar Suemori
    841 Bishop Street, Suite 801
    Honolulu, Hawai'i 96813
    Attorney for Defendant
    LETHA DE CAIRES

CARY T. TANAKA, ESQ.
Suite 510, Fort Street
745 Fort Street
Honolulu, Hawai'i 96813
Attorney for Defendant
RAYMOND ANCHETA

DATED: Honolulu, Hawai'i, December 27, 2005.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By: _____
        D SCOTT DODD
        Deputy Corporation Counsel

        Attorney for Defendants
        CITY AND COUNTY OF HONOLULU
        and LEE D. DONOHUE