ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 12 o'clock and 12 min P M
SUE BEITIA, CLERK

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
820 Mililani Street
Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief executive officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | CIVIL NO. 03-00710 BMK<br><br>PLAINTIFF'S FIRST SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS; CERTIFICATE OF SERVICE<br><br><br>TRIAL: January 4, 2006 |

PLAINTIFF'S FIRST SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS

Plaintiff submits the following supplemental proposed jury instructions based on this Court's current "General Federal Jury Instructions in Civil Cases" to replace Plaintiff's prior proposed instructions based on an earlier version of the Court's instructions.

Plaintiff proposes that this Court's instructions Nos. 1.1, 1.2, 1.4, 1.5, 2.1, 2.2, 3.1, 3.2, 4.1, 4.3, 4.4, 4.5, 4.6, 5.1, 5.2, 5.3, 5.4, 6.1, 6.2, 7.1, 8.2, 8.4, 8.5, 8.8, 8.9, 8.11 and 9.1 be presented to the jury.

DATED:   Honolulu, Hawaii, _____January 3, 2006_____.

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff
MANSOUR AREKAT

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of Plaintiff's Motion to Strike Defendants' Naming of Experts was duly served this date by hand-delivery to the following at the addresses listed below:

> CARRIE K.S. OKINAGA, ESQ.
> D. SCOTT DODD, ESQ.
> Corporation Counsel
> 530 S. King Street
> Room 110
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants
> Lee D. Donohue and
> City and County of Honolulu
>
>
> JAMES P. DANDAR, ESQ.
> JAY T. SUEMORI ESQ.
> JOHN KOA HOLIONA, ESQ.
> RENEE M. FURUTA, ESQ.
> 801 Davies Pacific Center
> 841 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
> Letha De Caires
>
>
> LYLE S. HOSODA, ESQ.
> RAINA P.B. MEAD, ESQ.
> CHRISTOPHER T. CHUN, ESQ.
> 345 Queen Street
> Suite 804
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
> Mike Miranda
>
>
> CARY TANAKA, ESQ.
> Topa Financial Center
> Fort Street Tower
> 745 Bishop Street, Suite 510
> Honolulu, Hawaii 96813

/

          Attorney for Defendant
          Raymond Ancheta

DATED:  Honolulu, Hawaii,   January 3, 2006  .

                                  _____
                                  ERIC A. SEITZ