# ORIGINAL

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ         1412
LAWRENCE I. KAWASAKI  5820
820 Mililani Street
Suite 714
Honolulu, Hawaii  96813
Telephone: (808) 533-7434

Attorneys for Plaintiff
MANSOUR AREKAT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 12 o'clock and 1 min.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | CIVIL NO. 03-00710  BMK <br><br> PLAINTIFF'S DESIGNATIONS OF ORAL DEPOSITION OF SAMMIE L. DIXON; EXHIBIT A; CERTIFICATE OF SERVICE <br><br><br><br><br><br><br><br> (Trial: January 4, 2006) |

PLAINTIFF'S DESIGNATIONS OF ORAL
DEPOSITION OF SAMMIE L. DIXON

Plaintiff Mansour Arekat hereby designates the following portions of the oral deposition of Sammie L. Dixon, taken on April 13, 2005 (Exhibit A attached hereto), to be read

to the jury in the trial of the above entitled matter:

| Page | Lines |
|------|-------|
| 4    | 11-17 |
| 6    | 11-25 |
| 7    | 1-25  |
| 8    | 1-25  |
| 9    | 6-25  |
| 10   | 1-25  |
| 11   | 1-13  |
| 16   | 15-25 |
| 17   | 1-9   |
| 41   | 25    |
| 42   | 1-25  |
| 43   | 1-7   |
| 114  | 3-25  |
| 115  | 1-10  |
| 122  | 7-9   |
| 124  | 14-25 |
| 125  | 1-9   |
| 128  | 2-16  |

Deposition Exhibit #1

DATED:  Honolulu, Hawaii, January 3, 2006.

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff

-2-

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date by hand delivery to each of the following at the addresses listed below:

>JAMES P. DANDAR, ESQUIRE
>JAY T. SUEMORI, ESQUIRE
>Dandar Suemori
>Davies Pacific Center
>841 Bishop St., Suite 801
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant
>Leitha De Caires
>
>
>LYLE S. HOSODA, ESQUIRE
>345 Queen St., Suite 804
>Honolulu, Hawaii 96813
>
>Attorney for Defendant
>Mike Miranda
>
>
>CARY T. TANAKA, ESQUIRE
>Topa Financial Center
>745 Fort Street, Suite 510
>Honolulu, Hawaii 96813
>
>Attorney for Defendant
>Raymond Ancheta
>
>
>D. SCOTT DODD, ESQUIRE
>Deputy Corporation Counsel
>City and County of Honolulu
>530 So. King St., Room 110
>Honolulu, Hawaii 96813
>
>Attorney for Defendant
>City and County of Honolulu

DATED: Honolulu, Hawaii, January 3, 2006.

_____
ERIC A. SEITZ