# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
1/3/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00710BMK

CASE NAME:        Arekat v. Donohue

ATTYS FOR PLA:    Eric A. Seitz, Lawrence I. Kawasaki

ATTYS FOR DEFT:   D. Scott Dodd, Lyle S. Hosoda, Christopher T. Chun, James P. Dandar, Jay T. Suemori, Cary T. Tanaka

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:   C6F

DATE:     1/3/2006                 TIME:       9:30 - 10:05

COURT ACTION:  EP:  Plaintiff's First Motion in Limine to Bar all Testimony Regarding Plaintiff's Alleged Drug Use Other Than What David Engle Told Defendants Prior to Plaintiff's Arrest - GRANTED in part and DENIED in part.

Plaintiff's Second Motion in Limine to Bar Defendants from Presenting any Indirect Evidence about What Agents of the FBI and/or the State Attorney General's Office Reported to Defendant Decaires about Plaintiff - DENIED.

Plaintiff's Third Motion in Limine to Bar Defendants From Introducing into Evidence a Signed "Emergency Examination: Application by Police Officer Pursuant to HRS Chapter 334, as Amended" Form Without Proper Authentication - withdrawn per Seitz.

Plaintiff's Fourth Motion in Limine to Bar Defendants from Presenting Evidence of any Prior "Bad Acts" Committed by Plaintiff - GRANTED in part and DENIED in part.

Defendant Letha De Caires', City and County of Honolulu's, and Lee D. Donohue's Motion in Limine No. 1 Re:  Excluding Any Testimony Regarding Negligent Infliction of Emotional Distress - DENIED.

Defendant's Letha De Caires', City and County of Honolulu's, and Lee D. Donohue's Motion in Limine No. 2 Re: Excluding Any Testimony Regarding Intentional Infliction of Emotional Distress - DENIED.

Defendant's Mike Miranda, City and County of Honolulu, and Lee D. Donohue's Motion in Limine No. 1 to Exclude Claims Arising From the Incident at 2525 Date Street, Apt. 2202 - DENIED.

Defendant City and County of Honolulu's Motion in Limine to Preclude Testimony About the Settlement Agreement Between Marla Pangelinan, Sincer Paul and Loleen Ligor and the City and County of Honolulu - GRANTED in part and DENIED in part.

Seitz to prepare orders for plaintiff's motions and Dodd to prepare orders for defendants' motions.

Submitted by Richlyn Young, Courtroom Manager