# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/4/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00710BMK |
| CASE NAME: | Mansour Arekat v. Lee D. Donohue, et al. |
| ATTYS FOR PLA: | Eric A. Seitz, Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | S. Scott Dodd, Lyle S. Hosoda, Christopher T. Chun, James P. Dandar, Jay T. Suemori, Cary T. Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Steve Platt |
| DATE: | 1/4/2006 | TIME: | 8:55 - |

COURT ACTION:  EP: Jury Selection/1st Day Jury Trial -
8: 55 a.m. hearing held out of presence of jury.
Defendants' oral M/Reconsideration of C&C's M/Limine to Preclude Testimony of Marla Pangelinan - on advisement.

Jury Selection:
9:35 a.m. 53 jurors sworn.
11:50 a.m. 7 jurors selected.

Opening Statements.

Further trial set for 1-5-06 @ 9 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager