ORIGINAL

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                1412
LAWRENCE I. KAWASAKI         5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i  96813
Telephone:  (808) 533-7434
Facsimile:  (808) 545-3608

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 9 o'clock and 20 min. _ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief executive officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>        Plaintiff,<br><br>    vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>        Defendants. | CIVIL  NO. 03-00710 BMK<br><br><br><br>PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE<br><br><br><br><br><br>TRIAL:  January 4, 2006 |

PLAINTIFF'S PROPOSED
<u>SPECIAL VERDICT FORM</u>

Plaintiff MANSOUR AREKAT, by his attorney, Eric A. Seitz, hereby submits his proposed special verdict form as follows:

<u>SPECIAL VERDICT FORM</u>

You must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. <u>Each</u> answer requires the agreement of all jurors. If you do not understand any question, or if you wish to communicate with the court on any subject, you must do so in writing through the Bailiff.

Question No. 1

Do you find from a preponderance of the evidence that Officer Mike Miranda has <u>failed</u> to show that he entered and searched Apartment #2202, 2525 Date Street on December 13, 2003 with the clear consent of any of the occupants?

\_\_\_\_\_        \_\_\_\_\_
 YES           NO

Proceed to Question No. 2.

Question No. 2
=====

Do you find from a preponderance of the evidence that Officer Mike Miranda had sufficient information to form a reasonable belief that Mansour Arekat was imminently dangerous to himself or others, or was gravely ill, or obviously disabled when he arrested Mansour Arekat at the Aloha Surf Hotel on December 13, 2003 for an emergency mental health examination?

_____      _____
  YES         NO

Proceed to Question No. 3.

<u>Question No. 3</u>

Do you find from a preponderance of the evidence that Officer Letha DeCaires directed Officer Mike Miranda to arrest Mansour Arekat on December 13, 2003 for an emergency mental health examination?

_____   _____
  YES      NO

<u>Question No. 4</u>

Do you find from a preponderance of the evidence that Officer Letha DeCaires had sufficient information to form a reasonable belief that Mansour Arekat was imminently dangerous to himself or others, or was gravely ill, or obviously disabled when she directed Officer Miranda to arrest and detain Mansour Arekat on December 13, 2003 for an emergency mental health examination?

_____      _____
  YES         NO

Proceed to Question No. 5.

Question No. 5

Do you find from a preponderance of the evidence that Plaintiff's arrest on December 13, 2003 <u>was</u> in compliance with the requirements of H.R.S. Section 334-59(a)(1)?

_____       _____
 YES           NO

Proceed to Question No. 6.

<u>Question No. 6</u>

Do you find from a preponderance of the evidence that Mansour Arekat clearly consented to being transported to the office of A.P.I. Security, Inc. after his arrest on December 13, 2003 at the Aloha Surf Hotel?

\_\_\_\_      \_\_\_\_
 YES         NO

Proceed to Question No. 7.

Question No. 7

Do you find from a preponderance of the evidence that Mansour Arekat clearly consented to the entry into his office and seizure of his firearms on December 13, 2003?

_____        _____
  YES           NO

Proceed to Question No. 8.

<u>Question No. 8</u>

Do you find from a preponderance of the evidence that Captain Raymond Ancheta directed Officer Mike Miranda to arrest Mansour Arekat on December 13, 2003 for an emergency mental health examination?

_____   _____
 YES      NO

Question No. 9

Do you find from a preponderance of the evidence that Captain Raymond Ancheta had sufficient information to form a reasonable belief that Mansour Arekat was imminently dangerous to himself or others, or was gravely ill, or obviously disabled when he directed Officer Miranda to arrest and detain Mansour Arekat on December 13, 2003 for an emergency mental health examination?

_____         _____
  YES                NO

If you answered "YES" to Questions Nos. 1, 2, 3, 4, 5, 6, 7 and 8, sign the form and advise the Bailiff that you have reached a verdict. If you answered "NO" to Questions Nos. 1, 2, 3 and 4, 5, 6, 7, or 8 and 9 proceed to Question No. 10.

## Question No. 10

Do you find from a preponderance of the evidence that Defendants' negligently caused Mansour Arekat to suffer extreme emotional distress? Answer "YES" or "NO" as to each named defendant.

Letha DeCaires    _____    _____
                   YES        NO

Mike Miranda      _____    _____
                   YES        NO

Raymond Ancheta   _____    _____
                   YES        NO

Proceed to Question No. 11.

Question No. 11

What amount of money do you find would fairly and reasonably compensate Mansour Arekat for the special damages he suffered as a result of Defendants' unlawful conduct?  Answer in dollars and cents.

Answer: _____

Proceed to Question No. 12.

Question No. 12

What amount of money to you find would fairly and reasonably compensate Mansour Arekat for the general damages he suffered as a result of Defendants' unlawful conduct on December 13, 2003?  Answer in dollars and cents.

Answer: _____


Proceed to Question No. 13.

Question No. 13

Do you find by clear and convincing evidence that punitive damages should be awarded against the following Defendants?

    Officer Letha DeCaires:   YES \_\_\_    NO \_\_\_

    Officer Mike Miranda:    YES \_\_\_    NO \_\_\_

    Officer Raymond Ancheta: YES \_\_\_    NO \_\_\_

If you answered "YES" as to any of the Defendants listed above, then proceed to Question No. 14  If you answered "NO" as to all of the Defendants listed above, sign the form and advise the Bailiff that you have reached a verdict.

<u>Question No. 14</u>

What amount of money do you award as punitive damages? Answer in dollars and cents as to each named defendant.

    Letha DeCaires      _____

    Mike Miranda       _____

    Raymond Ancheta    _____

The foreman should sign and date this document on behalf of the jury and call the Bailiff.

    DATED: Honolulu, Hawaii, _____.

_____
FOREPERSON

DATED:   Honolulu, Hawaii,   January 3, 2006           .

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff

16

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date by U.S. Mail, first-class, postage pre-paid to the following at the addresses listed below:

> CARRIE K.S. OKINAGA, ESQ.
> D. SCOTT DODD, ESQ.
> Corporation Counsel
> 530 S. King Street
> Room 110
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants
> Lee D. Donohue and
> City and County of Honolulu
>
>
> JAMES P. DANDAR, ESQ.
> JAY T. SUEMORI ESQ.
> JOHN KOA HOLIONA, ESQ.
> RENEE M. FURUTA, ESQ.
> 801 Davies Pacific Center
> 841 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
> Letha De Caires
>
>
> LYLE S. HOSODA, ESQ.
> RAINA P.B. MEAD, ESQ.
> 345 Queen Street
> Suite 804
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
> Mike Miranda
>
>
> CARY TANAKA, ESQ.
> Topa Financial Center
> Fort Street Tower
> 745 Bishop Street, Suite 510
> Honolulu, Hawaii 96813

/
/

```
              Attorney for Defendant
              Raymond Ancheta

DATED:   Honolulu, Hawaii,  January 3, 2006         .
```

                                      /s/ Eric A. Seitz
                                      _____
                                      ERIC A. SEITZ