Page 90

1  see the security counter?
2    A. I'm not sure. I'm just -- I'm telling
3  you what I focused on was the area where I was
4  standing in the video. That's all I focused on.
5    Q. So you stayed the whole time that the
6  police officers were on the premises of API in
7  this circled area?
8    A. No. That's the point of entry where I
9  was standing when they came in.
10   Q. I guess maybe --
11   A. I don't understand the question.
12   Q. I guess maybe you misunderstood my
13  question.
14      When you reviewed the surveillance
15  video with Mr. Arekat, could you see this desk
16  area back here?
17      MR. SEITZ: Been asked and answered.
18      THE WITNESS: I don't know.
19   Q. BY MR. DANDAR: You didn't see it on
20  the tape, as far as you know?
21   A. I don't know.
22   Q. The only part that you were focusing on
23  was here?
24   A. Correct.
25   Q. Why was it that you were focusing

Page 91

1  there?
2    A. Because that was actually where I was
3  standing when they came in.
4    Q. How long was the videotape that you
5  saw? How long did it run?
6    A. I viewed a few seconds, and that was
7  it.
8    Q. So a few seconds would be like one,
9  two, three?
10   A. I don't know the approximate time.
11   Q. It wasn't more than a minute?
12   A. No, by no means.
13   Q. And that portion that you saw only
14  pertained to the time when the police officers
15  initially came into the API offices?
16   A. Correct.
17   Q. And at that time, your point of focus
18  was just here at the front door, and that's what
19  this red circle -- or semicircle represents,
20  correct?
21   A. Correct.
22   Q. I guess we were at the point that when
23  Chris opened the door to gain access, that would
24  have been approximately six o'clock?
25   A. Approximately. I didn't look at the

Page 92

1  watch.
2    Q. There was a police officer on the
3  premises, correct?
4    A. Correct.
5    Q. He was the police officer who had that
6  small Uzi-like firearm, correct?
7    A. Yes.
8    Q. And he was standing in this reception
9  area near the security counter, correct?
10   A. Yes.
11   Q. And I guess I'm kind of concerned about
12  the timing here. It says [Reading]:
13      "Approximately an hour later,
14      Chris arrived to the office and
15      the heavily armed officer asked
16      Chris if he had the key to Mansour's
17      office. Chris said no."
18      Correct?
19   A. [Examining.] Yes, correct.
20   Q. And then it says [Reading]:
21      "A female officer not in uniform
22      arrived and immediately wanted
23      Mansour's office door opened."
24      So did that person arrive with Chris or -
25  right after Chris?

Page 93

1    A. After Chris.
2    Q. How much time transpired between the
3  time Chris arrived and this female officer
4  arrived?
5    A. I'm not sure.
6    Q. But it wasn't simultaneously?
7    A. No.
8    Q. They didn't come in together?
9    A. No.
10   Q. When Chris arrived at the offices, was
11  he detained to a certain area of the offices?
12   A. No.
13   Q. He could move freely about the office?
14   A. Yes.
15   Q. So he could have gone to the server
16  room, to what was Marla's room, back to the
17  conference room, to the interview room, wherever
18  he wanted to go within the offices, correct?
19   A. Correct.
20   Q. Likewise, you could move freely about
21  the offices, correct?
22   A. Yes.
23   Q. So at no time were you restricted to a
24  specific area?
25   A. No.

Page 94

1   Q. And, as far as you know, at no time was
2 Chris restricted to a specific area?
3   A. No.
4   Q. And, in fact, you don't know whether or
5 not you would have been permitted to leave the
6 offices if you so desired, correct?
7   A. Correct.
8   Q. Likewise, you wouldn't know whether or
9 not Chris would have been permitted to leave the
10 offices if he so desired, correct?
11   A. Correct.
12   Q. Okay. So then the female officer asked
13 Chris for the keys to Mansour's office, and he
14 says no. Correct?
15   A. Yes.
16   Q. So about twenty minutes later, Mansour
17 arrives and comes accompanied by several heavily
18 armed officers. [Reading]:
19       "Mansour was ordered to open his
20       office. Mansour refused to open
21       it without a search warrant. The
22       female officer grabbed his keys
23       and they went into his office."
24       Did you see her grab the keys?
25   A. Yes.

Page 95

1   Q. Where were the keys?
2   A. In Mansour's hand.
3   Q. Is it usual and customary for Mansour
4 to carry his keys in his hand?
5   A. Yes.
6   Q. Why?
7   A. When he walks in and out of the office,
8 he has them in his hands.
9   Q. When he walks in and out of the
10 office.
11       Do you know if he had to use his keys
12 to open the office, the front door?
13   A. No. It's a combination.
14   Q. Right. So I don't understand. And
15 maybe you don't know. I mean, that's perfectly
16 understandable. If you don't know, just indicate
17 so.
18       Do you know why he had his keys in his
19 hand?
20   A. That I don't know.
21   Q. Do you know if he reached into his
22 pocket and took his keys out of his pocket and
23 put it in his hand?
24   A. I didn't see that.
25   Q. You don't know how the keys got into

Page 96

1 his hands, then, basically?
2   A. No, I don't.
3   Q. When you say "grabbed," what do you
4 mean by "grabbed"?
5   A. Reached over and taken from his hand.
6   Q. Did he struggle?
7   A. I didn't see a struggle.
8   Q. Did he resist her taking the keys?
9   A. I didn't see a resisting. How would
10 you classify that?
11   Q. I don't know. You say "grabbed." I'm
12 trying to figure out what is entailed in
13 grabbing.
14   A. Reach over and take from his hands.
15   Q. So you don't know if he was offering
16 them or that she took them without his
17 permission? Can you say that one way or the
18 other?
19   A. I don't know.
20   Q. Can you recall whether or not you had
21 prepared a check for Mr. Engle, being his
22 termination check, prior to December 15th, 2003?
23   A. I'm not sure.
24   Q. When a check is prepared and
25 actually -- I mean, does the computer generate

Page 97

1 the check?
2   A. No. I have to mainly -- if it's a
3 payroll check, it's done by Pacific Data. If
4 I --
5   Q. In other words -- I'm sorry?
6   A. If I do a rush-check situation, I do it
7 via his checking account.
8   Q. Would the payment of a terminated
9 employee be a rush-check situation?
10   A. If it's beyond the payroll cycle, yes.
11   Q. So you would have had to manually cut a
12 terminated employee's check, correct?
13   A. Beyond the payroll cycle, yes, or
14 before.
15   Q. Do you recall manually cutting a check
16 for Mr. Engle prior to December 15th, 2003?
17   A. Yes, I do.
18   Q. When did you manually cut that check?
19   A. I don't remember the date.
20   Q. Would the date be in some sort of
21 register?
22   A. Yes.
23   Q. What kind of checking system? Is there
24 like a copy or is it like a three-part check?
25 How do you -- how is this check manually

Page 98

1 written, on what kind of a I'll call it format?
2   A. Three-part check.
3   Q. So there's a top part, which is the
4 check?
5   A. Uh-huh, yes.
6   Q. And then there are two lower sections,
7 which deal basically for files and records,
8 correct?
9   A. Yes.
10  Q. Now, the check goes actually to the
11 individual, correct?
12  A. Yes.
13  Q. The second part contains what
14 information?
15  A. Just the check number.
16  Q. Any other handwritten information on
17 that portion?
18  A. Not that I can recall.
19  Q. The third portion, what's on that?
20  A. Identical.
21  Q. Identical with?
22  A. To the second.
23  Q. Where would the second portion of the
24 three-part check, the middle portion, go after
25 the check is given to the person?

Page 99

1   A. In our files.
2   Q. What files?
3   A. We retain all copies of the checks that
4 go out in our files.
5   Q. But what type of a file? Is it an
6 accounts payable file? Is it a payroll file?
7   A. A payroll file where all the checks are
8 consolidated.
9   Q. So this second portion of the check
10 that went to Mr. Engle would have been in the
11 payroll files?
12  A. Correct.
13  Q. And what is the retention policy with
14 respect to payroll files?
15  A. We keep everything -- right now, we
16 keep everything up to three years.
17  Q. So there should still be information
18 concerning a December 15th, 2003 payroll check?
19  A. There should be, yes.
20  Q. Where did the third portion or the
21 bottom portion of this three-part check go?
22  A. Same location. Both of them stay
23 together.
24  Q. I see. You don't separate them?
25  A. No.

Page 100

1   Q. Now, the information on the second and
2 third portion would be as to who was the payee on
3 the check, correct?
4   A. It would just list a check number, I
5 believe. But we would have the actual payee of
6 the check in the computer.
7   Q. So there would be a cross-reference to
8 that check number --
9   A. Correct.
10  Q. -- in the computer files that indicates
11 who it's to?
12  A. Correct.
13  Q. Now, when you cut the check, do you
14 just -- what's the procedure that is followed?
15 Let's say you prepared the check, manually cut
16 it. Who do you give it to? Do you give it to
17 the employee? Do you give it to Mansour? Do you
18 give it to Chris? Where does it go?
19  A. Once it's signed or I stamp it, it goes
20 in the check-holding bin. And then when the
21 person comes in, it gets distributed out.
22  Q. Who has check-signing authority?
23  A. Mansour.
24  Q. Only Mansour?
25  A. Yes.

Page 101

1   Q. Up from zero to whatever?
2   A. Yes.
3   Q. So after you manually cut this check,
4 did you present it to Mansour?
5   A. I'm not sure if it was presented.
6   Q. Do you ever recall it coming back to
7 you?
8   A. Coming back as far as returned?
9   Q. Yes.
10  A. Not that I'm aware of.
11  Q. Once it's signed and/or stamped and is
12 put in the payroll-bin area, who does that
13 physically placing of it into the payroll bin?
14  A. Myself.
15  Q. Do you ever recall physically putting
16 this check made out to Mr. Engle in the payroll
17 bin?
18  A. I don't remember exactly, but I put all
19 payroll checks in the same place.
20  Q. But you have no specific recollection
21 of placing the check that was cut to Mr. Engle
22 specifically into the payroll bin?
23  A. Referring to the one -- the second
24 check that I had done, yes, I'm the one that puts
25 the payroll checks in the actual bin.

Page 102

1  Q. I thought we were talking -- maybe I
2  need to be a little bit more clear about this.
3      If you're confused, please, again,
4  remind me that you don't understand the
5  question.
6      If a check is in the regular cycle, are
7  those checks also placed in the payroll bin?
8  A. Yes.
9  Q. If the check is out of the regular
10 payroll cycle, that's the one you have to
11 manually cut?
12 A. Correct.
13 Q. I'm talking about those checks now that
14 you manually cut because an employee is
15 terminated. Correct?
16 A. Yes.
17 Q. Because it was your testimony that
18 Mr. Engle was terminated at some point in time.
19 Correct?
20 A. Correct.
21 Q. You've also testified that he is to get
22 his check before the close of business of the
23 next business day. Correct?
24 A. Correct.
25 Q. Now with respect to that check that was

Page 103

1  cut for Mr. Engle with regard to his termination,
2  do you know if that was a regular-cycle payroll
3  check or something that you had to specifically
4  cut manually?
5  A. That I'm not sure because I believe he
6  may have had a dispute with the amount of his
7  check.
8  Q. So, in other words, there was a check
9  that was perhaps manually cut for him or in the
10 regular payroll cycle that he disputed?
11 A. Correct.
12 Q. And then that check was returned?
13     MR. SEITZ: He hasn't testified to
14 that.
15     THE WITNESS: I'm not sure that it was
16 returned.
17 Q. BY MR. DANDAR: What was the second
18 check that you said after it was returned?
19 A. The correction as to a dispute of not
20 receiving all of his funds.
21 Q. So he disputed the amount of the check,
22 correct?
23 A. I believe so, yeah.
24 Q. And it was returned, correct?
25 A. That I'm not sure if it was returned.

Page 104

1  He may have held on to the check. I'm not sure.
2  All I know is I did a check correction.
3  Q. You did a check to make up the
4  difference --
5  A. Correct.
6  Q. -- that was in dispute?
7  A. Correct.
8  Q. Was that a regular-cycle check or was
9  that a manual check?
10 A. Manual.
11 Q. And the procedure is that once you
12 prepare the manual check, you give it to Mansour
13 to sign?
14 A. Or I stamp it.
15 Q. Or you stamp it if he authorizes it?
16 A. Correct.
17 Q. Do you recall stamping this correction
18 check or do you recall Mr. Arekat signing it?
19 A. I'm not sure which.
20 Q. And that would have been placed in the
21 bin after that was done?
22 A. Correct.
23 Q. Do you recall placing it in the bin?
24 A. Actually, I'm trying to remember.
25 There was -- there was a -- we may have had to

Page 105

1  mail it. I'm not sure. He may have been the one
2  that we had to mail the check to.
3  Q. If you had to mail it, would that
4  somehow be indicated in the files of API?
5  A. Yes.
6  Q. Likewise, that correction check would
7  be within the payroll records of API?
8  A. Yes, we have all that information and
9  the dates and amounts.
10 Q. And then you would also have, I guess,
11 like a general fund checking account that you
12 would write checks upon manually, correct?
13 A. Yes.
14 Q. And do you have a register for that?
15 A. Yes.
16 Q. And with what financial institution is
17 that checking account maintained at?
18 A. Under money, money program.
19 Q. Money program?
20 A. Yes, in the computer.
21 Q. No. By "financial institution," like
22 Bank of Hawaii.
23 A. Bank of Hawaii.
24 Q. And you receive statements every month
25 from Bank of Hawaii?

Page 106

1  A. I don't review those statements.
2  Q. Do you know what the retention policy
3 is at API with regard to canceled checks on
4 either the payroll account or the general fund
5 account?
6  A. No, I don't.
7  Q. Do you know if there's any retention
8 policy; that is, that they're maintained for
9 three years like the payroll records?
10  A. All I know is we keep them for about
11 three years.
12  Q. So, as far as you know, there should
13 still be statements going back to December of
14 2003?
15  A. As far as I know, yes.
16  Q. As far as you know, are all the
17 statements that you receive from Bank of Hawaii
18 maintained on the premises of API Security?
19  A. Yes.
20  Q. And the account that we're speaking of,
21 this money account or this general fund account,
22 is it under API Security?
23  A. Yes.
24  Q. That's the account name?
25  A. Yes, API Security.

Page 107

1      MR. DANDAR: Thank you, Mr. Dixon.
2  I have no further questions at this
3 time.
4          EXAMINATION
5 BY MR. TANAKA:
6  Q. Mr. Dixon, I'm Cary Tanaka. I
7 represent one of the other officers in this
8 case.
9      I just have a few follow-up questions
10 for you.
11     First of all, sir, can you tell /UGS
12 what your current phone number is?
13  A. My cell number?
14  Q. That's fine.
15  A. 479-2159.
16  Q. And your home number?
17  A. 688-1569.
18  Q. Now, the residence that you have
19 provided to us, the residence address in Waipahu,
20 is that a town house or a regular house?
21  A. A regular house.
22  Q. Do you own or rent?
23  A. I own.
24  Q. And you're the only owner of that
25 property or --

Page 108

1  A. My wife. Joint.
2  Q. I'm sorry?
3  A. Joint.
4  Q. And your wife's name is?
5  A. Bernardita.
6  Q. Do you have any children?
7  A. Yes.
8  Q. What ages are they?
9  A. Sixteen and nineteen.
10  Q. Do they both live at home?
11  A. Yes.
12  Q. Now, you indicated to us earlier that
13 you are applying for or are in the process of
14 signing up with the merchant marine.
15  A. Yes.
16  Q. Have you been informed at all whether
17 or not your application has been accepted, or are
18 you still waiting?
19     Is there still a process that you're
20 going through, or have they already told you
21 you're accepted and they're going to process you
22 now through the organization?
23  A. It said I met the mental requirements
24 and it will be processed for review and further
25 selection and I'll be notified in three to four

Page 109

1 weeks.
2  Q. You haven't been selected yet?
3  A. No.
4  Q. If you are selected, do you know where
5 you will be stationed for basic training or
6 whatever the equivalency is?
7  A. Virginia.
8  Q. Virginia Beach?
9  A. Virginia area. I'm not sure of the
10 exact location.
11  Q. Is that similar to a training station
12 or a boot camp area, if you will?
13  A. It's probably their training station
14 where they have the classes.
15  Q. What are your plans? Are you planning
16 to relocate the whole family there or will your
17 family remain here in Hawaii while you go through
18 training?
19  A. They'll remain here.
20  Q. Does your wife work?
21  A. Yes.
22  Q. Where does she work at?
23  A. Schofield commissary.
24  Q. How long have you and your family
25 resided here in Hawaii, approximately?

Page 110

1  A. Four to five years.
2  Q. Now, after your training, assuming that
3 you get accepted and you go through training in
4 Virginia, do you have any idea where your duty
5 station would be thereafter?
6  A. Only east coast or west coast.
7  Q. Just east or west coast?
8  A. Correct.
9  Q. At that point in time, is it the plan
10 for the family to relocate once your duty station
11 is established?
12  A. No.
13  Q. They're going to still stay in Hawaii?
14  A. Correct.
15  Q. You had mentioned earlier, and I know
16 we've talked a lot about what happened on the day
17 in question and when the officers came by the
18 office, but I just want to find out whether or
19 not you can provide us with any descriptions of
20 the officers. Do you have any specific
21 recollection as to what they looked like?
22      Let me start with, first of all, the
23 officer who you had the conversations with.
24  A. No, I can't -- I wouldn't be able to
25 describe them.

Page 111

1  Q. Do you remember whether that officer,
2 again, the officer who you had discussions with,
3 whether or not he had any insignias on his
4 uniform, if you will, which may have delineated
5 his rank?
6  A. No, I don't recall.
7  Q. The officer who you talked about when
8 you first opened the door, the officer who had
9 spoken to you, is that the same officer that
10 stuck around when everyone else left?
11  A. Yes.
12  Q. When everyone else left and that
13 officer remained, can you tell me if you had any
14 further discussions with him?
15  A. Just idle conversation, chitchat about
16 the family and stuff like that.
17  Q. What was his demeanor like?
18  A. Friendly.
19  Q. Was he polite?
20  A. Yes.
21  Q. The videotape that you were privy to
22 viewing, that short tape -- it may have been a
23 longer tape -- but whatever you saw, the
24 surveillance tape, did it have any audio with
25 that?

Page 112

1  A. No.
2  Q. It was just video?
3  A. Just video.
4  Q. Do you know if the surveillance tapes
5 in the office have any audio feeds?
6  A. I don't know.
7  Q. Have you ever seen any other
8 surveillance tapes aside from the tape of the day
9 in question?
10  A. No.
11  Q. You've never ever seen any other tpaes
12 before?
13  A. No.
14  Q. Later in the day when the officers
15 returned and they obtained keys to get into
16 Mr. Arekat's office, were you there observing
17 what was going on?
18  A. No, I was not.
19  Q. So you left the area?
20  A. I went back to the desk.
21  Q. So is it fair to say, then, that you
22 don't have any recollection as to what they were
23 doing in his office?
24  A. No.
25  Q. Is that a fair statement?

Page 113

1  A. Yes.
2      MR. TANAKA: I have no further
3 questions.
4      Thank you.
5          EXAMINATION BY
6 MR. DODD.
7  Q. Hello, Mr. Dixon.
8      My name is Scott Dodd. I'm
9 representing the City and County of Honolulu and
10 Lee Donohue in this matter.
11      I just wanted to ask a few questions on
12 your statement.
13      The first thing I was going to ask,
14 when the door was pushed open and then another
15 person was asking if Mansour was here, was there
16 anger in that gentleman's voice?
17  A. I don't -- no, I didn't feel any
18 anger.
19  Q. How about excitement?
20  A. Yes.
21  Q. Was there -- the statement says that
22 you immediately said no.
23      Was that just a response to his
24 question?
25  A. The way the question was phrased to me,

Page 114

1 I gave an immediate answer, with guns pointed in
2 my direction.
3    Q. You say they were pointed in your
4 direction.
5       Were they leveled at you? Were the
6 guns leveled at you?
7    A. Yes, I would say they were leveled at
8 me.
9    Q. How many?
10   A. Like I said, three to four -- I mean,
11 three to five individuals. I don't know exact
12 numbers.
13   Q. And this was after they came into the
14 office or were they still outside?
15   A. This is when I first opened the door, I
16 seen three to five individuals all carrying guns.
17   Q. They were all carrying guns.
18      You testified that you opened the door,
19 I don't know, was it a foot, a foot and a half,
20 something like that?
21      You were still standing there?
22   A. Yes.
23   Q. The guns were pointed at you at that
24 time?
25   A. In my direction.

Page 115

1    Q. When you said in your direction, does
2 that mean if they had fired, they would have hit
3 you or just in your general direction?
4    A. I was afraid that if it was fired, it
5 would have hit me.
6    Q. I understand that you were afraid and
7 concerned.
8       But did it appear that the guns were
9 pointed at you?
10   A. Just in my direction.
11   Q. Okay. And this was while the group,
12 the three to five, were still outside of the
13 office, is that correct?
14   A. Yes, when I first opened the door,
15 that's how I seen them all, yes.
16   Q. Then they -- one of the individuals
17 pushed his way in, is that correct?
18   A. I'm not sure if it was just that one
19 individual because I was too focused on the man
20 that was talking to me, and then the others came
21 in.
22   Q. Was the one that was talking to you the
23 closest one to you?
24   A. Yes.
25   Q. He would have been basically -- how far

Page 116

1 away was he from you?
2    A. Basically, right within a foot, two
3 feet.
4    Q. And he had his gun pointed at you?
5    A. In my direction. It could have been
6 angled down. I'm not sure exactly because I
7 wasn't focusing on the gun.
8    Q. My understanding is that a lot of times
9 if an officer -- if the gun is not pointed at
10 someone, it is pointed at the ground for safety
11 reasons.
12      Would it have been pointed such -- was
13 it pointed in a way that it would have hit you if
14 it had gone off or was it pointed at the floor?
15   A. That I'm not sure. I wasn't looking at
16 the actual angle of the.
17   Q. I understand. But I'm trying to find
18 out, was the gun level pointed at you or was it
19 pointed downwards?
20   A. I don't recall.
21   Q. Now, the reason that you put
22 "immediately" in your statement letter was to
23 say that you were cooperating and telling them
24 everything that they wanted to know? Is that why
25 you put "immediately" in your statement?

Page 117

1    A. The way it was where there's -- the
2 urgency in his voice, the excitement in his
3 voice, the concern, I answered immediately.
4    Q. And it says [Reading]:
5       "While they were searching the
6       office..."
7       Is that the officers who were not
8 talking with you?
9    A. Correct.
10   Q. One of the officers remained talking
11 with you?
12   A. Yes.
13   Q. And he repeatedly asked if you knew
14 where Mansour was?
15   A. Correct.
16   Q. Do you have an estimate of how many
17 times he repeatedly asked that?
18   A. At least two, three times. I kept
19 giving him the same answer. He was just making
20 sure I wasn't being dishonest.
21   Q. Did they ask if Mansour was on the
22 premises?
23   A. They asked if he was here. I said no.
24   Q. So it wasn't just where he was, but "Is
25 he here?" "Is Mansour here?"

Page 118

1    A. "Here." "Where is he at?" "Where does
2 he live?"
3    Q. "Where does he live?"
4    A. Yes.
5    Q. And then you say after that you again
6 repeated "no" exclamation point.
7        Is there a reason why you put an
8 exclamation point in your statement?
9    A. [Examining.] Because he kept asking the
10 question.
11   Q. Were you getting frustrated with him?
12 Is that why there is an exclamation point in your
13 answer?
14   A. I just wanted to make sure that he knew
15 no, no, I don't know where he's at so he would
16 have the assurance to know that "no" meant "no."
17   Q. This was to clarify exactly what your
18 understanding was, that you didn't know where he
19 was?
20   A. Correct.
21   Q. Now, the next thing says [Reading]:
22       "The thorough search of the office
23       continued."
24       This was by the other officers, not the
25 gentleman who was talking to you?

Page 119

1    A. Correct.
2    Q. How long -- then we've heard the
3 testimony that the one who was talking to you
4 actually stayed while the others departed.
5        How long were the others there before
6 they departed? What was that time frame from
7 when they came in to when they departed?
8    A. I'm guessing ten minutes.
9 Approximately, ten minutes. It wasn't that long.
10   Q. When they came in, you described them
11 as heavily armed and they had body armor and
12 helmets. Is that right?
13   A. Yes.
14   Q. While they were all there, did they all
15 keep their helmets on the whole time?
16   A. The people that were searching, they
17 were still in their full gear. And once they
18 departed, then the officer that stayed with me,
19 he relaxed.
20   Q. Did he take his helmet off?
21   A. I'm not sure. I'm not sure if he
22 actually had a helmet or not. He's the one I'm
23 not sure if he had a helmet. The ones behind him
24 did.
25   Q. But you were talking to him. So were

Page 120

1 you looking at his face?
2    A. Yes.
3    Q. So you could see his face?
4    A. Yes.
5    Q. But you can't remember if he had a
6 helmet on?
7    A. I'm not sure.
8    Q. And the other ones came in.
9        The one gentleman, I believe, who you
10 were talking to, he had some kind of maybe an
11 Uzi-like or some kind of gun like that, is that
12 correct?
13   A. I think so.
14   Q. What about the others, the same type of
15 weapon?
16   A. They all had the same type of weapons.
17   Q. They all seemed to have a gun?
18   A. Yes.
19   Q. And did these guns have a strap on
20 them?
21   A. I'm not sure. But they had them waist
22 high.
23   Q. When the officers were performing the
24 search, were they holding the guns with both
25 hands or was it by the gun being held by the

Page 121

1 strap and they were using their hands for other
2 purposes?
3    A. I'm not sure. I don't remember.
4    Q. And then approximately an hour later,
5 Chris arrived.
6        And this is Chris Dallesio?
7    A. Yes.
8    Q. And the "heavily armed officer," that
9 was the gentleman who was talking to you?
10   A. Yes.
11   Q. That particular officer asked Chris if
12 Chris had a key to Mansour's office?
13   A. Yes.
14   Q. And then Chris said "no"?
15   A. Yes.
16   Q. And you heard Chris say "no"?
17   A. Yes.
18   Q. And then the female officer arrived.
19       Did she knock on the door?
20   A. I think -- I'm not sure. She would
21 have to have knocked for me to open it or Chris
22 to open it. I'm not even sure who actually
23 opened the door. It might have been Chris opened
24 the door.
25   Q. Do you remember a knock on the door?

Page 122

1  A. I'm not sure.
2  Q. Do you remember how Chris got in?
3  A. He had the code.
4  Q. He knew the code, so he punched in the
5  code and he came in?
6  A. Yes.
7  Q. A few minutes later, a female officer
8  arrives?
9  A. Sometime later.
10 Q. Somebody let's her in?
11 A. Either Chris or -- I'm not sure. I
12 don't recall.
13 Q. You don't remember yourself letting her
14 in?
15 A. I don't, no.
16 Q. Do you remember if Chris had any
17 conversations with -- strike that.
18     Other than the officer asking Chris if
19 Chris had a key to Mansour's office, do you
20 remember then having any other conversation?
21 A. They had conversation, but I don't
22 remember what the discussion was about. I was
23 focused on what I was doing.
24 Q. What were you doing?
25 A. I was working on payroll and inputting

Page 123

1  data.
2  Q. That's right. Sorry.
3     How long after the officers initially
4  arrived did you begin working on the payroll?
5  A. After our conversation -- well, after
6  they all left and then the one person that
7  stayed, we were just doing small talk. And then
8  I asked him if I could continue on doing what I
9  was doing, and he said yes.
10 Q. Did you ever ask the officer during --
11 after things relaxed somewhat, did you ask him
12 why they were there?
13 A. No.
14 Q. Did he make any statements why they
15 were there?
16 A. Just that he got a report Mansour was
17 waving a gun and if I had witnessed anything, and
18 I said, "No."
19 Q. He asked you whether you had witnessed
20 Mr. Arekat wave a gun?
21 A. Yes.
22 Q. And your response was "no"?
23 A. "No."
24 Q. Was there any time component on that?
25 Did he ask you if you've ever seen Mr. Arekat

Page 124

1  wave a gun or did he ask you a specific time
2  frame?
3  A. No. He just said have I ever
4  witnessed.
5  Q. And you had never witnessed such an
6  event?
7  A. No.
8  Q. Have you ever seen Mr. Arekat carry a
9  gun?
10 A. No.
11 Q. Have you ever seen a gun in the office
12 besides when the officers came in?
13 A. No.
14 Q. As to the female officer, somehow she
15 gets in. And then she immediately wanted,
16 according to your statement, she immediately
17 wanted Mansour's office door open.
18     Did she make a statement to that
19 effect?
20 A. To that effect, yes. I don't know if
21 this was that words. Her intention was she
22 wanted the door open.
23 Q. Who did she --
24 A. To Chris.
25 Q. She asked Chris to open Mr. Arekat's

Page 125

1  door, is that correct?
2  A. I don't know the exact words. But she
3  wanted Chris to get the door open, and that's why
4  he had to respond the way he responded.
5  Q. But he did not have the key?
6  A. Yes.
7  Q. Did the female officer make any
8  statements to you?
9  A. No.
10 Q. And you were doing the payroll at this
11 time?
12 A. Yes.
13 Q. So looking at the Exhibit 2, where were
14 you at the time when the female officer arrived?
15 A. I was sitting at the desk here
16 [Indicating.]
17 Q. Where was Chris?
18 A. He was --
19 Q. This is when the female officer
20 arrives.
21 A. They were in this area here. After she
22 arrived, they were all in front of Mansour's door
23 [Indicating.]
24 Q. So it was Chris, the female officer
25 and --

Page 126

1  A. And the rest -- and then -- well,
2  just her, and then also the person that was with
3  me.
4  Q. The original gentleman that was talking
5  with you?
6  A. Yes. They were all in that area there
7  [Indicating.]
8  Q. The three of them?
9  A. Yes.
10 Q. You could hear their conversation?
11 A. I could hear the conversation, yes.
12 Q. Did it appear to be an animated
13 conversation?
14 A. Yes, it did. There was a heated
15 discussion about getting in his office.
16 Q. "His office," Mansour's office?
17 A. Yes.
18 Q. So there is a door to that office
19 somewhere?
20 A. [Writing.] Oh, yes.
21 Q. You've drawn the door.
22    Is there a window to that office, as
23 well?
24 A. [Writing.] Yes.
25 Q. Can you see into the office from

Page 127

1  outside the office?
2  A. No, not unless you put your face on the
3  glass.
4  Q. Is there a reason for that?
5  A. I don't know.
6  Q. But you have to put your face up to the
7  glass to see in?
8  A. Or get close to it. You can see --
9  you can see into it, yeah. I can see if
10 Mansour's in or not. But it's kind of dark
11 glass.
12 Q. Is it like security glass?
13 A. I don't know.
14 Q. Is it just like this glass, where it's
15 easy to see through it, or is it smoked or
16 something?
17 A. Yeah, approximately that, yeah.
18 Q. Approximately like this, clear glass?
19 A. Smoked.
20 Q. Smoked. So some difficulty to see
21 through?
22 A. Yes.
23 Q. And then I imagine -- was there a
24 light on in the office at the time? We're
25 talking about December 15 of '03.

Page 128

1  A. I'm not sure if there was or not.
2  Q. So then the female officer would not
3  accept Chris's answer and demanded that the
4  office door be opened, and then Chris refused.
5     What did he say?
6  A. Basically, when he refused, he said,
7  "I'm not going to open the door unless" -- even
8  if he did have the keys, he's not going to open
9  the door unless he gets either a search warrant
10 or permission from Mansour or his lawyer.
11 Q. Not only would he not open the door if
12 he had a key, unless they had a search warrant or
13 some other authorization, he was not going to
14 open the door?
15 A. He definitely made that point clear.
16 That's what caught my attention.
17 Q. Did he say that in a loud voice?
18 A. Very noticeable.
19 Q. Would you find it sort of a defiant
20 attitude?
21 A. Between him and the female
22 conversation, it seemed it was very aggressive in
23 nature the way they were talking to each other.
24 Q. Because what I understand is you were
25 not being defiant with the officers.

Page 129

1  A. Oh, no. I was being compliant.
2  Q. You were being compliant because they
3  were armed?
4  A. Yes.
5  Q. But Chris, he was being somewhat
6  defiant?
7  A. He was just making sure he made his
8  point clear that he was not going to open that
9  office unless he got Mansour's permission or a
10 search warrant or a lawyer. He was making his
11 point clear.
12 Q. Now, this says [Reading]:
13    "Approximately twenty to forty
14    minutes later."
15    Is this twenty to forty minutes after
16 Chris arrived or twenty to forty minutes after
17 the female officer arrived?
18 A. [Examining.] I would say after the
19 female officer arrived. I'm not really sure on
20 the time frame.
21 Q. It says [Reading]:
22    "Mansour arrived accompanied by
23    several heavily armed officers."
24    Were these the same officers that you
25 had seen the previous time?

Page 130

1  A. I don't have face recognition, but they
2  were wearing the same gear.
3  Q. Could have been?
4  A. Could have been the same ones because
5  they had the same gear on.
6  Q. When you say "several," do you have an
7  estimate of how many?
8  A. Three or more.
9  Q. Three or more?
10 A. Yeah.
11 Q. Could it have been as many as five?
12 A. Possibly.
13 Q. It says [Reading]:
14    "Mansour was ordered to open his
15    office."
16    Who ordered him?
17 A. I'm not sure. I heard a female voice.
18 I didn't actually see, but I heard a female
19 voice.
20 Q. Was there a female other than the one
21 we've talked about above? Was there another
22 female present?
23 A. No.
24 Q. So could you say whether or not it was
25 that female officer who made the order?

Page 131

1  A. I just heard the voice.
2  Q. What did the voice say?
3  A. Feminine in nature, that they wanted
4  access to his office. I don't know the exact
5  words, but she wanted access to the office.
6  Q. And then did Mr. Arekat respond?
7  A. He refused unless there were a search
8  warrant.
9  Q. Do you remember his exact words?
10 A. No.
11    MR. DODD: Thank you.
12    That's all I've got.
13    MR. SEITZ: We done?
14    MR. DANDAR: I have no further
15 questions.
16    MR. TANAKA: I'm done.
17    MR. HOSODA: May I ask just a few
18 more?
19    MR. SEITZ: The court reporter gets
20 overtime.
21    MR. HOSODA: Promise I won't be long.
22        FURTHER EXAMINATION
23 BY MR. HOSODA:
24 Q. Have you ever called the police before
25 in Hawaii?

Page 132

1  A. Yes.
2  Q. How many times?
3  A. A few times.
4  Q. In those times that you did call the
5  police, have you ever formed any opinions about
6  their conduct or how they do their job here in
7  Hawaii?
8  A. No. I had no reason to.
9  Q. What types of things -- why did you
10 call the police?
11 A. If there was a report from a supervisor
12 or from a guard that they needed assistance. We
13 had an open door that was found open, so I had to
14 call the police for that. Or if someone doesn't
15 want to leave the property, we have to call the
16 police for that. I also called one time when the
17 person's car was robbed in the parking lot; had
18 to call the police for that.
19 Q. In all of those situations, did you
20 feel that the police responded timely and
21 properly?
22 A. I think so.
23 Q. Have you ever called the police for
24 anything personal?
25 A. No.

Page 133

1  Q. In this case, have you formed any
2  opinions as to whether or not the police
3  responded or did anything wrong?
4  A. I have no opinion on that. I don't
5  know.
6     MR. HOSODA: Thank you.
7     I have nothing further.
8     MR. SEITZ: Okay.
9     MR. TANAKA: Thank you.
10    MR. SEITZ: Thank you.
11 (The deposition was concluded at 12:20 p.m.)

**-'-**
'03 [2] 31:24 127:25

**-/-**
/UGS [1] 107:11

**-0-**
03-00710 [1] 1:9

**-1-**
1 [3] 3:17 20:8 35:22
1-25 [1] 1:12
1-page [2] 3:17,19
10:05 [1] 1:20
110 [1] 2:8
12:20 [1] 133:11
13 [1] 1:19
1350 [1] 7:5
14 [1] 4:1
15 [3] 8:22 35:5 127:25
15th [14] 7:7,23 9:8 18:10
  21:6 28:16 35:8 48:8 61:6
  63:4,13 96:22 97:16 99:18
1700 [2] 61:7,13
17th [1] 76:16
18 [3] 3:18 8:4 37:19
18th [11] 35:22 74:25 76:3
  76:12,13,18 80:15,19,25
  81:7 83:10

**-2-**
2 [3] 3:19 55:5 125:13
20 [1] 3:17
2001 [1] 2:20
2003 [37] 7:7,23 8:22
  18:10 20:3 21:6 22:1 31:9
  32:17 35:5,8 37:11 45:19
  45:23 46:7 48:8 54:5,11
  55:11 57:4,25 58:18 59:10
  61:7 62:13,25 63:4,13
  66:21 77:10 78:5 79:10
  79:10 96:22 97:16 99:18
  106:14
2004 [12] 3:18 8:4 35:22
  36:4 37:19 74:25 76:4,12
  80:15,25 81:7 83:10
2005 [1] 1:19
205 [1] 7:5
221-7711 [1] 31:16
250 [1] 1:24

**-3-**
30th [1] 7:19
345 [1] 2:16

**-4-**
4 [5] 3:4,6,8,10,12
479-2159 [1] 107:15

**-5-**
523-4702 [1] 2:9
524-3700 [1] 2:17
530 [1] 2:8
532-1711 [1] 2:13
533-7434 [1] 2:5
536-8885 [1] 2:21
55 [1] 3:19

**-6-**
688-1569 [1] 107:17

**-7-**
7000 [1] 2:20
701 [1] 1:21
714 [1] 2:4

**-8-**
801 [1] 2:12
804 [1] 2:16
808 [5] 2:5,9,13,17,21
820 [2] 1:21 2:4
841 [1] 2:12

**-9-**
94-1049 [1] 4:16
96797 [1] 4:20
96813 [6] 1:22 2:4,9,13
  2:16,20

**-A-**
a.m [1] 1:20
A.P.I [1] 1:7
able [2] 28:9 110:24
above [4] 24:6 68:21,24
  130:21
accept [1] 128:3
accepted [4] 17:2 108:17
  108:21 110:3
access [17] 58:17,25 59:1
  59:3,20 60:7 61:1,3,18
  63:12 71:6 73:22 74:2
  87:9 91:23 131:4,5
accompanied [4] 14:10
  15:6 94:17 129:22
according [3] 28:18 74:9
  124:16
account [11] 19:2 32:20
  97:7 105:11,17 106:4,5
  106:20,21,24
accounts [1] 99:6
accuracy [1] 81:21
accurate [1] 8:21
act [2] 28:4 43:2
activate [1] 61:23
active [1] 42:22
actual [8] 28:17 49:6,10
  60:15 79:3 100:5 101:25
  116:16

adamantly [1] 15:18
address [6] 4:15 45:22
  45:25 46:8,11 107:19
administrative [1]
  19:11
admitted [2] 74:17,21
affect [1] 11:6
afraid [4] 25:8 41:22
  115:4,6
afternoon [2] 7:24 39:22
again [10] 25:24 46:6 57:3
  72:15 83:5 85:3 88:16
  102:3 111:2 118:5
against [1] 71:21
age [1] 6:11
ages [1] 108:8
aggressive [1] 128:22
agree [1] 11:18
ahead [2] 71:8 84:4
ahold [2] 45:3,18
aimed [1] 25:5
alerted [1] 63:3
aligned [1] 72:3
alleged [1] 23:19
almost [2] 36:4 66:3
alone [1] 80:1
along [1] 79:3
alter [1] 8:17
always [2] 64:5 66:7
amount [2] 103:6,21
amounts [1] 105:9
Ancheta [1] 2:18
anger [2] 113:16,18
angle [1] 116:16
angled [1] 116:6
animated [1] 126:12
answer [8] 5:9 71:7 75:19
  81:11 114:1 117:19
  118:13 128:3
answered [5] 26:24 84:2
  84:24 90:17 117:3
answering [1] 5:14
API [65] 6:17,21,24 7:9
  7:25 17:21 18:17,21 19:14
  19:16,23 20:2 21:3 23:23
  24:3 26:2 31:21,24 33:2
  33:11,15 34:20 35:2 38:11
  39:14 42:8 43:21 44:8,13
  44:25 46:2,4,9 47:7 48:12
  49:10,16 50:3,11 52:7,15
  52:23 53:3,19 54:4 61:11
  61:18 62:25 78:6,8 80:2
  80:16,24 82:11,17,25
  87:15 90:6 91:15 105:4,7
  106:3,18,22,25
API's [1] 21:6
appear [2] 115:8 126:12
APPEARANCES [1]
  2:1
appearing [1] 54:5
application [1] 108:17
applied [2] 16:18,24
applying [1] 108:13

approximate [1] 91:10
April [1] 1:19
area [29] 10:8 15:11 55:15
  79:24 85:5,18 86:4 88:16
  88:17 89:6,6,11,11,13,17
  89:24 90:3,7,16 92:9
  93:11,24 94:2 101:12
  109:9,12 112:19 125:21
  126:6
Arekat [39] 1:4,6 2:22
  21:17 30:15 31:1,6 33:11
  34:12 37:7 38:8,13 44:13
  44:20,24 45:4,6,21 46:14
  48:21,22,25 49:11 52:15
  52:23 58:5 59:23 60:12
  60:18 63:20 75:2,24 78:2
  90:15 104:18 123:20,25
  124:8 131:6
Arekat's [3] 46:8 112:16
  124:25
arguments [1] 44:19
arm [1] 20:14
armed [23] 9:18 14:11
  15:7 20:10,13 22:10,15
  23:3,9 24:25 40:15,25
  70:1,2,5 71:9 87:16 92:15
  94:18 119:11 121:8 129:3
  129:23
armor [1] 119:11
arrive [3] 82:21 83:20
  92:24
arrived [25] 13:3,14,21
  14:6,9,10,13,15 15:6
  32:23 82:23 92:14,22 93:3
  93:4,10 121:5,18 123:4
  125:14,22 129:16,17,19
  129:22
arrives [4] 87:6 94:17
  122:8 125:20
arriving [1] 14:12
arrows [1] 56:7
aside [3] 23:4 68:2 112:8
asks [1] 5:13
assistance [1] 132:12
associated [1] 42:8
assuming [1] 110:2
assurance [1] 118:16
attached [1] 4:3
attempt [2] 31:3 32:22
attempted [1] 73:21
attempting [2] 41:4
  46:23
attention [3] 7:22 9:6
  128:16
attitude [1] 128:20
attorney [1] 37:4
attorneys [1] 37:1
audible [3] 52:17 58:22
  65:23
audio [2] 111:24 112:5
August [17] 3:18 7:19 8:4
  35:22 36:4 37:19 74:25
  76:3,12,13,16,18 80:15
  80:20,25 81:7 83:10
authority [2] 49:1 100:22

authorization [1]
  128:13
authorizes [1] 104:15
automatically [3] 22:17
  22:19 62:9
available [3] 18:8 47:11
  47:19
aware [15] 20:2 21:1 35:8
  35:11 42:7,10 43:16 46:12
  46:13,16 49:21 50:25
  53:15 63:2 101:10
away [2] 63:8 116:1
awful [1] 51:24

**-B-**
background [1] 20:5
bad [1] 78:10
baggage [2] 6:18,22
Bank [4] 105:22,23,25
  106:17
basic [2] 70:24 109:5
basis [9] 45:9 60:7,8,9
  75:5 76:7,9 79:13,13
bat [1] 12:12
Beach [1] 109:8
bear [1] 78:16
bears [1] 6:8
began [1] 81:10
begin [1] 123:4
behalf [1] 1:18
behind [8] 27:14 37:17
  51:5 65:8 66:13 67:25
  72:13 119:23
below [1] 69:3
Bernardita [1] 108:5
best [3] 8:20 23:17 55:10
between [14] 10:15 13:22
  14:3 25:20 30:25 39:25
  44:12,17,20,24 65:2 85:6
  93:2 128:21
beyond [6] 55:15 82:17
  83:17 89:15 97:10,13
big [1] 51:24
bin [8] 100:20 101:13,17
  101:22,25 102:7 104:21
  104:23
bisected [1] 51:19
bisecting [1] 51:12
Bishop [3] 2:12,19,20
bit [8] 28:3 40:12 51:25
  64:16 65:14 68:20 69:3
  102:2
biweekly [2] 47:14,15
blanks [1] 46:23
body [3] 41:10 88:8
  119:11
body-piercing [1] 20:16
boot [1] 109:12
boss [1] 9:4
bottom [2] 8:8 99:21
branch [2] 7:12 70:15
break [2] 5:23 53:20

Case 1:05-cv-00710-BMK   Document 20-18   Filed 01/05/2006   Page 13 of 19
Arekat v. Donohue                                                                    Briefly - direction
                                                                                     Sammie L. Dixon

Briefly [1] 21:7
broken [1] 62:25
bulletproof [1] 20:17
business [17] 19:23,23
   27:23 28:8 39:13,14 40:2
   50:20,23 51:23 61:4,10
   61:19,24 62:8 102:22,23
button [2] 45:14 67:15

-C-

Caires [2] 1:11 2:10
calmed [1] 88:9
camera [11] 21:2 23:20
   24:9,20 35:15 53:9,14
   55:19 56:7 85:18 88:17
cameras [8] 21:2 23:22
   24:3 34:19 35:11 53:3,12
   55:10
camp [1] 109:12
canceled [1] 106:3
capacity [1] 1:5
car [1] 132:17
care [2] 17:22 26:17
carried [2] 11:8 88:15
carrier [2] 31:17,18
carry [2] 95:4 124:8
carrying [9] 9:19 10:24
   20:15 87:23,24 88:19,23
   114:16,17
Cary [3] 2:19 107:6
case [3] 36:9 107:8 133:1
casual [1] 12:10
caught [1] 128:16
caused [1] 70:3
cell [16] 31:7,12,16,18
   31:23,23 32:3,10,13,16
   45:2,4,7,10 107:13
Center [1] 2:12
certain [2] 18:16 93:11
chain [1] 30:22
chance [1] 40:20
change [12] 8:17 59:2,12
   59:17,18,19 60:6,13,18
   60:20 79:11,15
changed [6] 46:11 59:7
   60:11 61:2 78:6,7
changes [5] 6:3,7 54:9
   58:25 59:15
changing [2] 53:1 60:16
check [49] 47:19 96:21
   96:22,24 97:1,3,12,15,18
   97:24,25 98:2,4,10,15,24
   98:25 99:9,18,21 100:3,4
   100:6,8,13,15 101:3,16
   101:21,24 102:6,9,22,25
   103:3,7,8,12,18,21 104:1
   104:2,3,8,9,12,18 105:2,6
check-holding [1]
   100:20
check-signing [1]
   100:22
checking [4] 97:7,23
   105:11,17

checks [9] 44:10 99:3,7
   101:19,25 102:7,13
   105:12 106:3
chief [2] 1:5 7:21
children [1] 108:6
chitchat [2] 12:11 111:15
Chris [52] 13:13,16,17,20
   13:21,22,25 14:3,5,8,17
   14:21 15:12 31:2,3 87:6,9
   87:14 91:23 92:14,16,17
   92:24,25 93:1,3,10 94:2,9
   94:13 100:18 121:5,6,11
   121:12,14,16,21,23 122:2
   122:11,16,18,19 124:24
   124:25 125:3,17,24 128:4
   129:5,16
Chris' [1] 13:19
Chris's [1] 128:3
circle [3] 55:23 89:10
   91:19
circled [1] 90:7
circles [1] 55:8
City [4] 1:11,25 2:6 113:9
CIVIL [1] 1:9
clarification [1] 54:20
clarified [1] 5:15
clarify [1] 118:17
classes [1] 109:14
classify [1] 96:10
clean [1] 49:9
clear [9] 5:4,13,19 76:9
   102:2 127:18 128:15
   129:8,11
clients [2] 19:18,19
close [6] 11:11,11 22:19
   61:19 102:22 127:8
closer [1] 37:10
closes [2] 22:17 83:21
closest [1] 115:23
closing [1] 61:14
co-equal [1] 36:22
coast [3] 110:6,6,7
code [20] 4:18 57:10 59:5
   60:6,13,18,21 61:1,3,20
   62:4 63:17,20,23 68:8,18
   68:19 87:11 122:3,5
coded [2] 67:8,9
codes [1] 59:21
cold [1] 122:4
colored [2] 55:8,23
combination [4] 60:11
   70:6,7 95:13
coming [5] 11:15 17:22
   21:14 101:6,8
command [1] 30:22
commencing [1] 1:19
comment [1] 6:6
comments [1] 39:6
commissary [1] 109:23
common [1] 64:22
communicate [1] 31:5
communication [3]
   45:2,5 46:15

company [6] 31:25 32:3
   32:11,14 46:2 48:5
compensated [1] 19:3
completely [2] 47:1
   66:14
compliant [2] 129:1,2
component [1] 123:24
computer [30] 17:24
   27:20,24 38:6,11,20 42:6
   42:21 46:15 76:25 77:3
   77:11,13,16,20,20,21,24
   78:1,6,7,10,15,18 79:7,11
   96:25 100:6,10 105:20
computers [2] 53:16
   77:9
concern [2] 64:14 117:3
concerned [5] 63:13
   64:18 65:21 92:11 115:7
concerning [4] 48:12
   49:15 50:23 99:18
concluded [1] 133:11
conduct [1] 132:6
conference [12] 54:12
   54:21 77:5,7,25 78:18
   79:8,12,24 86:1,3 93:17
confident [1] 35:17
confused [3] 75:18 83:5
   102:3
connected [1] 78:22
consent [2] 11:15,18
consolidated [1] 99:8
contact [1] 30:15
contained [3] 50:15
   54:25 79:6
contains [1] 98:13
continue [1] 123:8
continued [2] 85:4
   118:23
conversation [12] 13:22
   14:2 15:18 86:25 111:15
   122:20,21 123:5 126:10
   126:11,13 128:22
conversations [4] 33:25
   34:3 110:23 122:17
cooperating [1] 116:23
copies [1] 99:3
copy [2] 8:3 97:24
corner [3] 55:3 81:17,18
corporation [2] 1:7 2:8
correct [126] 5:1 9:9 11:3
   12:15,16 13:14 14:11 15:7
   17:8,9 27:15 32:21 34:11
   40:4,14 48:1,5 50:4 53:4
   53:12 54:6,13,16,21 55:17
   55:20,23 57:18,20 59:4
   59:19 61:5,8,11,15,20,21
   62:1,2 63:10,15,18,19,21
   63:22,24,25 65:7,10,12
   68:6 70:11 71:23 74:7,8
   74:15,19 75:3,9,16 76:6
   77:14 78:14,24 79:8,9
   80:11,21,22 81:18 82:13
   83:7,8,10,11,15 84:23
   90:24 91:16,20,21 92:3,4
   92:6,9,18,19 93:18,19,21

   94:6,7,10,11,14 97:12
   98:8,11 99:12 100:3,9,12
   102:12,15,19,20,23,24
   103:11,22,24 104:5,7,16
   104:22 105:12 110:8,14
   115:13,17 117:9,15
   118:20 119:1 120:12
   125:1
correction [4] 103:19
   104:2,17 105:6
corrrect [1] 69:3
Counsel [1] 2:8
counseling [1] 26:16
counter [7] 55:17 87:18
   87:19,20 89:20 90:1 92:9
County [4] 1:12,25 2:6
   113:9
couple [1] 16:13
course [1] 50:16
court [4] 1:1 4:2 5:20
   131:19
crack [1] 83:25
credibility [2] 6:8 43:12
cross-reference [1]
   100:7
CSR [1] 1:24
Ctr [1] 2:19
current [2] 4:14 107:12
customary [5] 82:14,16
   82:24 83:13 95:3
cut [11] 97:11,18 100:13
   100:15 101:3,21 102:11
   102:14 103:1,4,9
cutting [1] 97:15
cycle [5] 97:10,13 102:6
   102:10 103:10

-D-

D [4] 1:10 2:6,7 3:1
daily [2] 79:13,13
Dallesio [12] 32:13,22
   45:6 48:21,22,25 49:12
   58:7 59:24 60:20 63:17
   121:6
Dallesio's [1] 32:16
Dallesion [1] 13:20
dame [1] 122:5
Dandar [20] 2:11 3:8
   46:19,20 54:1,2 56:2,6
   71:12 73:6,7 84:5 85:1,22
   89:7,9 90:19 103:17 107:1
   131:14
dark [1] 127:10
darkened [1] 55:8
data [4] 17:25 42:21 97:3
   123:1
date [9] 8:10 46:11 49:24
   50:8,18 55:2 76:10 97:19
   97:20
dated [5] 8:4 39:2 80:20
   81:17,21
dates [1] 105:9
David [1] 42:1
Davies [1] 2:12

days [3] 18:16 28:13
   76:14
dba [1] 1:7
De [2] 1:11 2:10
deal [1] 98:7
dealing [1] 28:2
death [1] 11:8
December [38] 7:7,23
   8:22 9:8 18:10 20:3 21:6
   22:1 31:9,24 32:17 35:5,8
   37:11 45:8,18,22 46:7
   48:8 54:5,11 55:11 57:4
   57:25 58:17 59:10 61:6
   62:24 63:4,13 77:10 78:5
   79:10 96:22 97:16 99:18
   106:13 127:25
decision [5] 42:17 49:4
   49:5,6,10
Defendant [3] 2:10,14
   2:18
Defendants [2] 1:13 2:6
defiant [3] 128:19,25
   129:6
definitely [1] 128:15
deleted [1] 79:21
delineated [1] 111:4
delivered [2] 81:25 82:1
Dell [3] 77:20,23,23
demanded [1] 128:3
demeanor [1] 111:17
demonstrate [1] 68:12
deny [2] 71:5 73:21
departed [4] 119:4,6,7
   119:18
deposition [12] 1:17
   4:22 5:1 20:9 33:19 34:10
   34:13,13,16,16 55:6
   133:11
Deputy [1] 2:8
describe [9] 10:22 12:23
   24:5 51:1 62:11 71:13,14
   77:19 110:25
described [8] 19:12 22:9
   23:10 24:12 25:4 26:8
   71:12 119:10
describing [1] 74:10
descriptions [1] 110:19
desired [2] 94:6,10
desk [14] 16:14 43:1 78:3
   81:6 82:3 85:5,13,17
   86:11,15 89:3 90:15
   112:20 125:15
detain [1] 29:6
detained [1] 93:11
devices [1] 74:4
diagonal [1] 55:14
diagram [1] 65:11
dialing [1] 45:13
difference [1] 104:4
different [1] 18:15
difficulty [1] 127:20
dimensions [1] 51:15
direction [11] 11:10 25:1

Case 1:03-cv-00710-BMK Document 251-18 Filed 01/05/2006 Page 14 of 19
Arekat v. Donohue Multi-Page directly - guard
Sammie L. Dixon

25:6,7 114:2,4,25 115:1,3 115:10 116:5
**directly** [1] 44:10
**disclosure** [1] 4:3
**discussed** [1] 34:9
**discussion** [5] 12:9 15:13 89:8 122:22 126:15
**discussions** [3] 44:20 111:2,14
**dishonest** [1] 117:20
**displayed** [2] 50:2,11
**dispute** [3] 103:6,19 104:6
**disputed** [2] 103:10,21
**distributed** [1] 100:21
**DISTRICT** [2] 1:1,2
**Dixon** [14] 1:17 4:4,13 4:14,21 16:15 17:11,14 22:20 46:20 54:2 107:1,6 113:7
**document** [6] 8:3,5,14 8:17,21 38:2
**documents** [2] 18:23,25
**Dodd** [5] 2:7 3:12 113:6 113:8 131:11
**doesn't** [2] 43:13 132:14
**dollars** [2] 19:9,10
**Don** [1] 1:24
**done** [13] 38:22,24 57:19 67:14 75:7 79:21 83:2,3 97:3 101:24 104:21 131:13,16
**Donohue** [3] 1:10 2:6 113:10
**door** [134] 9:9,12,14,15 9:16 10:8 15:24 16:9,12 20:10,24 22:10,14,16,18 22:18,19,24 23:1 24:4,6 24:21 25:21 35:18 39:10 39:10,19 40:3,5,8,8,10,18 41:7 53:10,11 55:16 56:1 56:3,9,14,18 57:2,21 62:5 62:7,9,12,12,12,13,15,23 63:4,6,8 64:2,6,10,15,19 64:22 65:2,5,8,10 66:2 66:5,7,13,21,24 67:6,10 67:11,18,20,25 68:2,4,6 68:10 69:2,7,9 71:21 72:5 72:16,16,20,21,22 73:3,8 73:13,14,15,16 74:2,3,7 83:22,25 84:10 89:5,10 89:15 91:18,23 92:23 95:12 111:8 113:14 114:15,18 115:14 121:19 121:23,24,25 124:17,22 125:1,3,22 126:18,21 128:4,7,9,11,14 132:13
**doorknob** [5] 67:5,7 68:14,15 71:6
**doorknobs** [2] 67:3,4
**doors** [2] 39:14 62:20
**doorway** [1] 83:25
**dot** [3] 46:3,4,9
**down** [5] 37:10 49:25 55:2 88:9 116:6
**downstairs** [1] 74:14

**downwards** [1] 116:19
**draft** [5] 37:18 75:11,20 76:20 78:1
**drafts** [2] 75:15,23
**draped** [2] 88:7,10
**draw** [4] 53:19,21 56:7 89:10
**drawers** [1] 85:15
**drawing** [3] 54:13,24 89:22
**drawn** [3] 24:24 87:22 126:21
**drew** [3] 54:3,10 55:7
**drive** [7] 78:19,21,22 79:7 79:11,18,19
**dropped** [1] 82:3
**duly** [1] 4:6
**during** [17] 18:21 23:13 26:21 27:7,17 30:2 39:14 40:2 44:14 61:24 62:6 70:24 80:4,9 82:9 83:3 123:10
**duties** [3] 7:2 17:19 80:8
**duty** [2] 110:4,10

-E-
**E** [1] 3:1
**E-7** [1] 7:21
**e-mail** [5] 45:17,21,25 46:8,10
**early** [1] 18:17
**east** [2] 110:6,7
**easy** [1] 127:15
**effect** [2] 124:19,20
**eight-and-a-half-by-eleven** [1] 51:2
**either** [5] 32:2 49:11 106:4 122:11 128:9
**eleven** [1] 19:10
**employed** [7] 6:14,16 7:6,9,10 20:3 52:7
**employee** [12] 41:25 42:2 43:10 47:20 48:10 48:13,20 49:1,11 97:9 100:17 102:14
**employee's** [1] 97:12
**employees** [7] 18:1 28:3 32:4 44:9,10 49:23 50:6
**employment** [2] 16:16 52:2
**end** [3] 47:12 62:8 85:2
**ends** [1] 48:15
**Engle** [23] 42:1,4,7,17 43:9,17,21 44:4,13,17,21 44:24 47:6 48:3 52:15,22 96:21 97:16 99:10 101:16 101:21 102:18 103:1
**Engle's** [1] 43:25
**entailed** [1] 96:12
**enter** [6] 9:24 14:25 40:17 40:22 84:21,22
**entered** [3] 10:2,18 25:21
**entering** [1] 55:16

**enters** [1] 87:15
**entire** [3] 25:22 26:6 30:2
**entry** [9] 23:18,18,19 26:12 41:5,12 88:25 89:5 90:8
**equator** [1] 51:19
**equipment** [3] 70:9 78:6 78:7
**equivalency** [1] 109:6
**erased** [1] 79:21
**ERIC** [1] 2:3
**Esq** [6] 2:3,3,7,11,15,19
**established** [1] 110:11
**estimate** [2] 117:16 130:7
**evening** [2] 40:5 64:13
**evenings** [1] 18:12
**event** [5] 36:7 37:20 59:9 59:10 124:6
**eventually** [1] 7:17
**everybody** [1] 26:1
**exact** [9] 23:14,24 51:15 60:4 109:10 114:11 125:2 131:4,9
**exactly** [7] 15:17 38:19 65:3 84:18 101:18 116:6 118:17
**EXAMINATION** [7] 3:3 4:9 17:12 46:18 107:4 113:5 131:22
**examined** [1] 4:7
**except** [3] 10:14 41:23 71:10
**excitement** [2] 113:19 117:2
**exclamation** [3] 118:6 118:8,12
**Excuse** [1] 49:8
**Exhibit** [6] 3:17,19 20:8 35:21 55:5 125:13
**EXHIBITS** [1] 3:16
**experience** [1] 20:6
**experienced** [2] 26:14 40:25
**expressions** [1] 24:8
**externally** [1] 57:19
**extreme** [1] 54:12

-F-
**face** [9] 20:14 24:15,18 24:21 120:1,3 127:2,6 130:1
**facial** [1] 24:8
**facing** [1] 56:18
**fact** [5] 6:7 13:24 54:18 70:4 94:4
**fair** [3] 54:23 112:21,25
**familiar** [2] 41:25 42:3
**family** [5] 109:16,17,24 110:10 111:16
**far** [18] 10:12 28:22 48:19 57:24 59:7 60:17 62:24 63:12 65:3 66:22 80:3

90:20 94:1 101:8 106:12 106:15,16 115:25
**feeds** [1] 112:5
**feet** [3] 51:14,14 116:3
**female** [28] 12:18 14:13 14:15,24 15:13,23 16:5,8 92:21 93:3 94:12,22 121:18 122:7 124:14 125:7,14,19,24 128:2,21 129:17,19 130:17,18,20 130:22,25
**Feminine** [1] 131:3
**few** [10] 13:7 17:4,18 91:6 91:8 107:9 113:11 122:7 131:17 132:3
**fifteen** [2] 76:22 81:13
**figure** [1] 96:12
**file** [6] 38:9 42:23 99:5,6 99:6,7
**files** [8] 98:7 99:1,2,4,11 99:14 100:10 105:4
**fill** [1] 46:23
**final** [2] 49:4,5
**financial** [3] 2:19 105:16 105:21
**fine** [1] 107:14
**finish** [5] 26:7 28:11,20 39:24 49:8
**finished** [1] 81:15
**firearm** [2] 88:24 92:6
**firearms** [1] 71:1
**fired** [2] 115:2,4
**first** [22] 4:5 5:5 25:20 33:23 38:13,21 40:13 47:11 71:24 72:1 75:11 75:13,19,21 76:1 85:2 107:11 110:22 111:8 113:13 114:15 115:14
**five** [13] 7:23 9:8 23:15 23:16 34:8 61:7 63:5 64:13 110:1 114:11,16 115:12 130:11
**five-button** [1] 57:8
**five-position** [2] 57:5,7
**flight** [1] 20:16
**floor** [5] 53:21 54:3,9 89:23 116:14
**floppy** [1] 78:20
**focus** [1] 91:17
**focused** [6] 28:1 89:18 90:3,4 115:19 122:23
**focusing** [4] 62:14 90:22 90:25 116:7
**folder** [1] 42:6
**follow-up** [1] 107:9
**followed** [1] 100:14
**follows** [1] 4:8
**foot** [6] 66:16,17,19 114:19,19 116:2
**forced** [3] 23:18,19 71:13
**forget** [1] 36:7
**form** [2] 38:21 49:16
**format** [1] 98:1

**formed** [2] 132:5 133:1
**former** [1] 41:25
**forms** [1] 45:5
**fortunately** [1] 72:20
**forty** [3] 129:13,15,16
**Forty-six** [1] 6:13
**found** [2] 29:13 132:13
**four** [15] 18:4 39:20 60:4 61:11 62:3 81:9 83:6,14 83:14,16,17 84:3 108:25 110:1 114:10
**frame** [4] 62:21 119:6 124:2 129:20
**freely** [3] 62:1 93:13,20
**Friday** [3] 47:11,12,21
**Fridays** [1] 47:17
**Friendly** [1] 111:18
**Fritz** [1] 1:20
**front** [23] 8:2,5 41:6 53:10 53:11 55:15,16,16 56:1,3 56:9 62:5,18 63:4 65:17 67:24 81:6 84:7,8 89:10 91:18 95:12 125:22
**frozen** [1] 41:2
**frustrated** [1] 118:11
**full** [5] 4:11 13:19 20:14 85:2 119:17
**fully** [1] 47:1
**fund** [3] 105:11 106:4,21
**funds** [1] 103:20

-G-
**gain** [4] 60:6 61:1 87:9 91:23
**gear** [4] 20:14 119:17 130:2,5
**general** [4] 105:11 106:4 106:21 115:3
**generally** [4] 39:22,24 44:9 80:10
**generate** [1] 96:25
**gentleman** [4] 118:25 120:9 121:9 126:4
**gentleman's** [1] 113:16
**given** [3] 75:21 76:2 98:25
**giving** [2] 5:6 117:19
**glass** [8] 65:5 72:20 127:3 127:7,11,12,14,18
**goes** [3] 56:20 98:10 100:19
**gone** [4] 82:20 86:7 93:15 116:14
**good** [2] 17:14 24:17
**Governing** [1] 4:1
**grab** [3] 15:24,25 94:24
**grabbed** [4] 94:22 96:3,4 96:11
**grabbing** [1] 96:13
**ground** [1] 116:10
**group** [3] 72:6,7 115:11
**guard** [3] 19:20 74:12

132:12
guards [3] 19:24 58:3 64:6
guess [9] 36:8 51:20 77:7 85:6 90:10,12 91:22 92:11 105:10
guessing [1] 119:8
guilty [1] 43:5
gun [19] 10:25 20:15,21 20:22 88:3,19,20 116:4,7 116:9,18 120:11,17,25 123:17,20 124:1,9,11
guns [20] 9:19 24:24 25:2 41:13,22 69:23 70:8,17 70:25 71:10 73:23,25 114:1,6,16,17,23 115:8 120:19,24

-H-

half [4] 51:8,9,13 114:19
hand [7] 68:10 70:22 95:2 95:4,19,23 96:5
hand-drawn [1] 3:19
handguns [1] 11:4
handle [3] 31:20 35:4 68:7
handled [1] 11:5
handles [1] 66:23
hands [8] 67:23 88:5,7 95:8 96:1,14 120:25 121:1
handwritten [2] 37:13 98:16
happening [3] 26:22 30:3,4
happy [1] 47:3
hard [7] 78:19,21,22 79:6 79:11,18,19
hardware [2] 66:20,22
Hawaii [19] 1:2,7,21 2:4 2:9,13,16,20 4:2 17:7 105:22,23,25 106:17 109:17,25 110:13 131:25 132:7
He'd [1] 82:22
head [1] 26:25
head.] [2] 65:25 76:5
headgear [1] 9:20
health [1] 26:17
hear [7] 15:2 16:4,23 69:17,18 126:10,11
heard [7] 9:9 75:1 119:2 121:16 130:17,18 131:1
heated [2] 44:20 126:14
heavily [19] 14:10 20:10 20:12 22:9,15 23:3,9 24:25 40:15,25 70:1,2,5 87:15 92:15 94:17 119:11 121:8 129:23
heavy [2] 62:15,23
held [4] 22:19 88:5 104:1 120:25
Hello [1] 113:7
helmet [4] 119:20,22,23 120:6

helmets [2] 119:12,15
hereto [1] 4:3
HG/KSC [1] 1:9
high [5] 25:2,3,3 51:14 120:22
hit [6] 66:15,17,19 115:2 115:5 116:13
hold [2] 71:5 88:6
holding [1] 120:24
hollow [1] 62:20
home [2] 107:16 108:10
Honolulu [10] 1:12,21 1:25 2:4,6,9,13,16,20 113:9
hoped [1] 41:24
Hosoda [10] 2:15 3:6 17:13,15 27:5 46:17 131:17,21,23 133:6
hour [11] 13:12 19:4,10 19:10 26:5,7 53:23 61:13 87:7 92:13 121:4
hour-plus [1] 26:21
Hourly [1] 19:5
hours [28] 18:2,3,7,11 19:2 39:15,16,17 40:2 49:24 50:7,17 61:7,10,12 61:19,25 62:6,8 74:13 80:4,10,12 82:17,25 83:3 83:4,6
house [3] 107:20,20,21
HP [1] 77:20
hundred [1] 28:2

-I-

IBM [1] 77:20
idea [6] 33:8,13,14 35:9 43:7 110:4
Identical [2] 98:20,21
identified [1] 85:6
identifiers [2] 46:13,14
identify [3] 69:17,18 87:25
idle [1] 111:15
imagine [1] 127:23
immediate [1] 114:1
immediately [14] 10:4 14:16 15:11 22:10 60:11 83:23 84:1 92:22 113:22 116:22,25 117:3 124:15 124:16
impression [2] 14:21 61:25
inactive [1] 42:23
Inc [5] 1:6,7 46:3,4,9
incident [11] 21:24 22:9 25:22 26:2,22 28:16 33:3 36:5,24 37:11,14
incidents [1] 43:16
include [4] 58:2,5,7,9
independent [1] 43:3
indicate [2] 14:9 95:16
indicated [3] 55:22 105:4 108:12

indicates [1] 100:10
individual [5] 12:6 13:13 20:23 98:11 115:19
individually [1] 1:4
individuals [10] 9:18 12:1 24:25 40:16 52:18 73:17 85:17 114:11,16 115:16
information [18] 12:5 42:24 43:1 50:6,14,22 51:21,25 52:2 61:3 78:25 79:6,17 98:14,16 99:17 100:1 105:8
informed [2] 74:16 108:16
informs [1] 48:20
initial [2] 17:3 35:17
input [1] 42:21
inputting [2] 17:23 122:25
inside [4] 16:11,13 56:18 66:25
insignias [1] 111:3
insistence [1] 14:19
installed [1] 67:6
instead [1] 5:14
institution [2] 105:16 105:21
instructions [1] 54:19
intention [1] 124:21
interaction [3] 44:12,17 44:24
interest [1] 14:20
interview [2] 56:24 93:17
invite [1] 9:21
involved [5] 19:12 20:2 34:22 36:12 42:16
issue [1] 44:15
itself [1] 47:25

-J-

jackets [1] 20:16
jamb [1] 65:2
JAMES [1] 2:11
Jim [1] 46:20
job [2] 6:24 132:6
jobs [1] 6:20
JOHN [1] 1:12
Joint [2] 108:1,3
journal [1] 19:1
jump [1] 46:23

-K-

KAWASAKI [6] 2:3 71:7 73:5 84:2,24 85:20
keep [5] 41:2 99:15,16 106:10 119:15
kept [3] 86:23 117:18 118:9
key [6] 13:25 92:16 121:12 122:19 125:5

128:12
keys [17] 14:16,18,22 15:24,25 94:13,22,24 95:1 95:4,11,18,22,25 96:8 112:15 128:8
kind [14] 19:19 57:1 66:20 72:15 73:11 75:22 87:25 88:7 92:11 97:23 98:1 120:10,11 127:10
kindly [1] 54:3
King [2] 2:8 7:5
knew [10] 43:10 60:10 63:17,20,23 86:20 87:2 117:13 118:14 122:4
knob [3] 67:10 68:5 69:1
knobs [10] 66:23 67:1,2 67:19,21,24,25 68:1,8 69:6
knock [9] 9:9 40:7 63:6 64:1,9 68:4 74:5 121:19 121:25
knocked [2] 39:10 121:21
knocks [1] 64:5
knowledge [4] 8:20 43:3 46:10 55:10

-L-

L [3] 1:17 4:4,13
lady [1] 36:11
language [1] 41:11
larger [2] 51:3,4
last [7] 7:19 21:8 22:3 25:15 36:13 52:9 85:10
Lastly [1] 6:2
late [1] 52:6
law [1] 52:3
LAWRENCE [1] 2:3
lawsuit [1] 17:17
lawyer [3] 30:10 128:10 129:10
layers [1] 30:25
layout [1] 53:19
leaned [1] 71:21
least [6] 13:8 35:11 53:3 60:4 74:10 117:18
leave [9] 16:16 29:16,19 29:21,24 41:16 94:5,9 132:15
leaving [2] 29:11 60:9
Lee [3] 1:10 2:6 113:10
left [28] 11:22,24 12:2,14 25:16,22,23 26:1 27:14 29:7 54:13 55:15 56:10 56:17,19,21,22 61:3 65:6 65:10 66:15,17,19 68:9 111:10,12 112:19 123:6
left-hand [3] 55:3 67:22 81:16
less [1] 79:13
Letha [2] 1:10 2:10
letter [10] 3:17 8:3 75:20 78:17 79:20,23 80:18 82:10 87:8 116:22

letting [1] 122:13
level [1] 116:18
leveled [3] 114:5,6,7
light [1] 127:24
Likewise [3] 93:20 94:8 105:6
line [2] 20:9 84:7
list [1] 100:4
live [3] 108:10 118:2,3
lived [1] 12:4
lives [1] 87:4
located [6] 7:4 52:23 53:9,15 77:3 87:17
location [3] 16:17 99:22 109:10
lock [6] 39:14 57:5,7,8,21 59:7
locked [6] 9:14,15 39:11 39:19 40:3,5
locking [2] 67:12 68:5
locks [1] 57:1
log [3] 18:19 19:7,7
logged [1] 18:24
longer [2] 42:8 111:23
look [2] 72:15 91:25
looked [2] 19:20 110:21
looking [5] 11:18 88:4 116:15 120:1 125:13
loud [1] 128:17
lower [5] 55:3 69:1 81:16 81:17 98:6
Lyle [2] 2:15 17:15

-M-

machine [5] 10:25 20:21 20:21 88:3,19
mail [5] 44:9 46:2 105:1 105:2,3
mailing [1] 4:14
main [2] 53:17 58:17
maintained [3] 105:17 106:8,18
maintaining [1] 34:19
male [2] 12:17,19
man [2] 23:3 115:19
manager [5] 6:25 13:18 17:20 31:2 36:17
Mansour [48] 1:4 2:22 9:3,4 10:5 12:3 14:10,12 15:6 16:2,4 29:14 30:24 34:21 36:20 40:19 41:8 44:17 69:12,14 75:1,14 75:16,21 76:2 81:25 82:1 82:11 84:11 86:20 87:2 94:16,19,20 95:3 100:17 100:23,24 101:4 104:12 113:15 117:14,21,25 123:16 128:10 129:22 130:14
Mansour's [17] 13:25 14:17 15:14,24 16:9 85:10 92:16,23 94:13 95:2 121:12 122:19 124:17

Case 1:03-cv-00710-BMK   Document 205-3   Filed 01/05/2006   Page 16 of 19
Are Kase Donohue                    Multi-Page                        manual - payroll
                                                                     Sammie L. Dixon

125:22 126:16 127:10 129:9
**manual** [5] 49:20 50:5 104:9,10,12
**manually** [11] 97:11,15 97:18,25 100:15 101:3 102:11,14 103:4,9 105:12
**manuals** [4] 49:14,15,18 49:19
**marine** [3] 16:19,25 108:14
**marked** [1] 55:5
**markings** [1] 89:23
**Marla** [7] 36:11,12,14 81:4,4 85:8,9
**Marla's** [1] 93:16
**massed** [1] 72:6
**matter** [1] 113:10
**matters** [1] 49:15
**may** [17] 6:6 17:4 27:11 43:19 53:6 58:24 61:2 69:20 75:23 86:6 103:6 104:1,25 105:1 111:4,22 131:17
**mean** [9] 10:22 20:12 61:24 64:25 95:15 96:4 96:25 114:10 115:2
**means** [3] 53:6 71:20 91:12
**meant** [1] 118:16
**meanwhile** [1] 10:6
**medical** [1] 26:13
**meet** [2] 64:7 74:12
**meeting** [1] 34:6
**meetings** [1] 34:3
**mental** [2] 26:17 108:23
**mentioned** [5] 53:1,2 59:23 60:14 110:15
**merchant** [3] 16:18,25 108:14
**messaging** [1] 45:17
**met** [4] 15:13 33:18,21 108:23
**metal** [1] 62:12
**method** [1] 44:8
**middle** [2] 51:9 98:24
**might** [8] 30:13 33:7,12 71:15 81:2,3,10 121:23
**Mike** [3] 1:11 2:6,14
**Mililani** [2] 1:21 2:4
**military** [7] 7:11,12 18:7 18:17 70:12,19 80:8
**mind** [2] 33:5 41:19
**miniature** [1] 20:21
**minute** [1] 91:11
**minutes** [12] 11:23 34:8 76:22 81:13 82:9 94:16 119:8,9 122:7 129:14,15 129:16
**Miranda** [3] 1:11 2:6,14
**missed** [2] 71:15 81:10
**misunderstood** [2] 83:19 90:12

**modifications** [1] 54:9
**Monday** [3] 28:14,19,21
**money** [4] 105:18,18,19 106:21
**month** [4] 47:23,23,25 105:24
**months** [1] 6:23
**morning** [3] 4:24 5:6 17:14
**Most** [2] 80:12 83:16
**move** [4] 16:16 68:9 93:13,20
**moving** [1] 28:23
**Ms** [6] 36:21 37:2 58:11 59:24 60:23 63:23
**muddle-huddle** [2] 72:8 84:8

-N-

**N** [1] 3:1
**name** [13] 4:11 12:7,9,10 12:20 13:13,19 17:15 36:13 46:20 106:24 108:4 113:8
**named** [1] 42:1
**names** [1] 46:14
**nature** [2] 128:23 131:3
**navy** [5] 7:14,15,18 11:3 70:16
**near** [2] 55:13 92:9
**necessarily** [2] 47:22 64:11
**necessary** [1] 62:4
**need** [5] 5:23 6:5 29:24 63:11 102:2
**needed** [5] 28:20 45:3,8 59:6 132:12
**needs** [4] 4:19 59:20 68:18,19
**nerd** [1] 78:15
**nervous** [4] 11:13 25:8 27:25 41:22
**net** [3] 46:3,4,9
**never** [13] 25:19 27:1,2 29:9 30:2 40:24 70:17 73:18,21 74:1,6 112:11 124:5
**next** [7] 15:5 17:4 50:20 50:23 51:22 102:23 118:21
**Nextels** [1] 45:13
**night** [1] 64:7
**nine** [4] 18:4 40:1 61:11 83:6
**nineteen** [1] 108:9
**non-regular** [1] 80:10
**normal** [11] 39:14 61:10 61:14,24 66:4 80:5 81:8 82:17,25 83:3,6
**normally** [1] 82:20
**Notary** [1] 1:25
**notes** [2] 37:12,13
**nothing** [3] 4:7 41:24

133:7
**notice** [2] 1:19 4:19
**noticeable** [1] 128:18
**notified** [1] 108:25
**notify** [1] 59:18
**now** [45] 9:6 16:19 32:18 40:7 48:3 52:14 53:1,6 54:15 56:9 57:1 60:22 61:22 63:3 64:15 66:20 67:10 71:3,12 72:15 74:9 74:24 75:1 77:5 78:15 79:23 81:7 83:22 84:3 85:1 86:17 87:6 98:10 99:15 100:1,13 102:13,25 107:18 108:12,22 110:2 116:21 118:21 129:12
**number** [15] 31:9,13 32:17,18 57:24 59:5 63:17 63:20,24 98:15 100:4,8 107:12,13,16
**numbers** [6] 23:14,24 57:16 59:6 60:5 114:12

-O-

**o'clock** [12] 7:23 9:8 39:20 61:8 62:4 63:5 64:13 81:9 83:14,14,17 91:24
**oath** [1] 5:7
**Objection** [1] 26:23
**observing** [1] 112:16
**obtained** [1] 112:15
**obviously** [2] 77:13 81:16
**occasion** [3] 9:7 52:14 52:21
**occurred** [1] 43:5
**off** [11] 5:24 12:11 18:16 66:18 67:22 70:21 82:3 89:7,8 116:14 119:20
**offering** [1] 96:15
**office** [109] 7:3,4 9:22,25 10:3,8,17 11:15,19 12:1 13:2,21,25 14:5,17,19,20 14:23,25 15:10,12,14,22 16:6,9 17:23 21:21 23:10 23:12 28:24 29:7,11,17 29:21,24 34:4 36:15 38:5 38:6 44:13 49:3 50:3 52:9 52:11,19 54:10,15,19 58:15,17 59:21 60:7 61:2 61:12 62:1 63:12 64:9 73:19,22 74:13,18,21 76:23 77:1 82:4,6,7,10 83:20 85:4,7,10,11 87:10 92:14,17,23 93:13 94:13 94:20,23 95:7,10,12 110:18 112:5,16,23 114:14 115:13 117:6 118:22 121:12 122:19 124:11,17 126:15,16,16 126:18,22,25 127:1,24 128:4 129:9 130:15 131:4 131:5
**officer** [56] 1:5 7:21 12:14,17 11:23 14:3,13 14:15,25 15:13,23 16:5,8

27:14 28:10 29:2,3 30:18 86:16 87:1,14,16 88:19 88:23 92:2,5,15,21 93:3 94:12,22 110:23 111:1,2 111:7,8,9,13 116:9 119:18 121:8,11,18 122:7,18 123:10 124:14 125:7,14 125:19,24 128:2 129:17 129:19 130:25
**officers** [39] 10:5,15,18 11:21 12:14 14:11 15:7 15:16 16:13 17:16 23:9 23:12,15 25:10,22 28:24 39:9 40:7,25 46:21 69:10 86:14,18 90:6 91:14 94:18 107:7 110:17,20 112:14 117:7,10 118:24 120:23 123:3 124:12 128:25 129:23,24
**offices** [26] 1:20 38:11 50:12 52:16,24 53:3,20 54:4 61:18 63:1 77:17 80:2,16,24 82:11,21 85:23 86:8 87:15 91:15 93:10 93:11,18,21 94:6,10
**often** [1] 28:12
**once** [7] 79:20 83:24 100:19 101:11 104:11 110:10 119:17
**one** [62] 10:4,15,19 13:8 17:15 22:6 23:25 24:4 25:10 27:14 29:2,3 35:7 42:12 44:14 45:22 46:21 51:9 53:11 55:13 57:23 59:17 60:15 61:13 62:20 67:8,9 68:16,16,17,18 69:1 75:13,17,21 76:2,14 77:11,15 85:14 86:14,16 86:22 87:6 91:8 96:17 101:23,24 102:10 105:1 107:7 115:16,18,22,23 117:10 119:3,22 120:9 123:6 130:20 132:16
**ones** [3] 119:23 120:8 130:4
**onto** [1] 17:25
**open** [59] 20:10 22:10,14 22:18 24:22 56:10,14,20 57:17 62:5 64:20,23 65:3 65:6,10,13,20 66:2,2,3,4 66:7 67:19,23 68:2,9,10 69:7,8 70:23 73:3,9,12 73:14,16 83:23 84:1,5,9 85:14 94:19,20 95:12 113:14 121:21,22 124:17 124:22,25 125:3 128:7,8 128:11,14 129:8 130:14 132:13,13
**opened** [26] 9:11,16 22:24 23:2 40:12,18 64:15 64:16,17 65:2 66:24 67:17 69:9 73:15 74:2,3 84:10 91:23 92:23 111:8 114:15 114:18 115:14 121:23,23 128:4
**opening** [3] 35:18 64:22 84:6
**operating** [1] 1:5
**operation** [1] 48:23
**operations** [6] 13:17

19:13,13,16 31:2 33:11
**opinion** [3] 43:14,15 133:4
**opinions** [2] 132:5 133:2
**opportunity** [1] 81:20
**order** [3] 31:10 57:16 130:25
**ordered** [3] 94:19 130:14 130:16
**organization** [1] 108:22
**original** [1] 126:4
**outside** [7] 57:13 62:22 72:3,4 114:14 115:12 127:1
**overhear** [1] 13:22
**overtime** [1] 131:20
**own** [2] 107:22,23
**owner** [2] 1:6 107:24

-P-

**P** [1] 2:11
**p.m** [2] 40:1 133:11
**pace** [1] 84:13
**Pacific** [3] 1:6 2:12 97:3
**PAGE** [1] 3:3
**paid** [8] 18:1 47:8,24 48:15 50:16,17,24 51:22
**painting** [1] 51:17
**paintings** [1] 51:6
**Panglan** [8] 36:12,14,21 37:2 58:11 59:24 60:23 63:23
**paper** [3] 51:3,24 54:25
**paperwork** [2] 42:5 49:3
**paragraph** [2] 85:3 87:7
**paraphrasing** [1] 50:16
**parking** [3] 64:8 74:14 132:17
**part** [8] 22:11 48:23 50:5 70:3 72:4 90:22 98:3,13
**part-time** [1] 18:7
**partially** [10] 9:11 64:16 64:17,20,23,25 65:21 66:13 69:7 73:15
**particular** [4] 8:13 47:8 47:23 121:11
**pay** [5] 19:8 47:12,13 48:15 49:23
**payable** [1] 99:6
**payables** [1] 31:20
**paycheck** [7] 43:18,22 44:1,4,6 48:13 50:7
**paychecks** [2] 44:15 47:7
**Payday** [1] 47:11
**payee** [2] 100:2,5
**payment** [1] 97:8
**payroll** [33] 17:24,25 19:1,1 28:2,6,9,12,13,20 97:3,10,13 99:6,7,11,14 99:18 101:13,16,19,22,25 102:7,10 103:2,10 105:7

106:4,9 122:25 123:4 125:10
payroll-bin [1] 101:12
pays [1] 44:9
peephole [1] 40:9
pen [1] 89:9
pending [2] 36:8,10
people [10] 13:3 14:6 48:21 58:16 59:19,23 61:25 63:11 66:4 119:16
per [1] 47:24
perfectly [1] 95:15
perform [1] 7:1
performing [1] 120:23
perhaps [2] 59:24 103:9
period [16] 18:9,21 21:22 23:13 25:23 26:8,10 27:7 27:13 34:25 47:12 48:11 48:15,16 57:4 62:14
periodic [2] 60:7,9
periodically [1] 59:13
periods [1] 47:13
permission [11] 9:24 10:9,12 13:9 14:25 15:3 16:5 84:20 96:17 128:10 129:9
permitted [2] 94:5,9
person [22] 12:2 20:11 22:10,15 48:19 59:15 61:2 71:25 72:1,2,10,11,25 73:8 84:7,10 92:24 98:25 100:21 113:15 123:6 126:2
person's [1] 132:17
personal [1] 132:24
personally [1] 43:8
personnel [9] 6:25 17:20 36:17 49:14,15 58:1,2 80:5 81:1
pertained [1] 91:14
pertaining [1] 4:25
petty [1] 7:21
phone [22] 13:8,10 25:18 25:19 27:2,2,4,12 31:7,12 31:16,18,18,23 32:10,13 32:16 45:2,4,7,10 107:12
phones [2] 31:23 32:3
phrased [1] 113:25
physical [1] 44:23
physically [3] 52:23 101:13,15
pick [1] 44:11
picked [2] 77:24 85:19
picture [1] 24:16
pictures [1] 51:5
piece [3] 51:2,24 54:25
pistol [2] 70:22 88:1
pistols [1] 70:25
place [6] 8:22 34:7 65:9 79:5 82:2 101:19
placed [2] 102:7 104:20
placement [1] 24:2
places [2] 19:24 32:6

placing [3] 101:13,21 104:23
Plaintiff [3] 1:8,18 2:2
plan [5] 53:21 54:4,9 89:23 110:9
planning [1] 109:15
plans [1] 109:15
Plus [1] 70:9
pocket [2] 95:22,22
point [19] 14:8 15:5,21 16:12 25:9 48:3 76:9 88:25 90:8 91:17,22 102:18 110:9 118:6,8,12 128:15 129:8,11
pointed [15] 11:9 25:1,5 114:1,3,23 115:9 116:4,9 116:10,12,13,14,18,19
police [23] 13:23 17:16 30:9 32:23 33:2,5,15 40:25 46:21 69:19 90:6 91:14 92:2,5 131:24 132:5 132:10,14,16,18,20,23 133:2
policies [1] 42:12
policy [13] 42:14 47:7 48:5,11 49:17,19,19,22 50:9 74:9 99:13 106:2,8
polite [1] 111:19
Ponohana [1] 4:16
portion [10] 31:22 91:13 98:17,19,23,24 99:9,20 99:21 100:2
position [8] 7:6 24:20 36:16 55:22 63:9 72:24 73:4,9
possibly [5] 28:21 48:22 76:13 77:23 130:12
posted [1] 52:3
poster [8] 50:1,2,10,15 50:19,20 51:1 52:12
practice [1] 39:13
premises [23] 21:2,3,6 23:19,23 26:3 33:3,6,15 34:20 35:2,12 40:22 43:17 43:22 44:1,21,25 87:16 90:6 92:3 106:18 117:22
prepare [3] 76:11 78:20 104:12
prepared [3] 96:21,24 100:15
present [6] 2:22 43:21 43:24 46:11 101:4 130:22
presented [3] 47:25 75:24 101:5
press [1] 45:14
presume [1] 80:19
prevent [4] 25:17 27:3 29:10 30:19
prevented [2] 26:20 28:23
prevents [1] 62:7
previous [1] 129:25
printed [3] 38:10,21 79:22
printer [1] 79:3

prints [1] 79:2
privy [1] 111:21
problem [1] 64:14
problems [1] 43:8
procedure [4] 48:12 49:15 100:14 104:11
procedures [2] 4:25 74:10
process [6] 16:19 34:23 68:3 108:13,19,21
processed [2] 42:5 108:24
produced [1] 35:15
profession [1] 26:17
program [2] 105:18,19
prominently [1] 50:11
Promise [1] 131:21
pronounce [1] 36:12
properly [2] 74:16 132:21
property [2] 107:25 132:15
provide [2] 32:3 110:19
provided [5] 8:2 32:8 42:24 50:6 107:19
providing [1] 19:24
Public [1] 1:25
pull [3] 56:20 68:2 69:7
punch [1] 57:11
punched [2] 59:6 122:4
purge [1] 34:25
purportedly [1] 86:17
purposes [1] 121:2
pursuant [2] 1:18 4:1
push [2] 73:8,8
pushed [19] 20:10,23 22:10,14 23:2,3 24:22 71:3,18,19,20 72:11 73:3 73:16 83:23 84:1,9 113:14 115:17
pushing [1] 67:14
put [15] 42:5,6 54:21 56:7 57:15 68:8 86:12 95:23 101:12,18 116:21,25 118:7 127:2,6
puts [1] 101:24
putting [1] 101:15

-Q-

quality [1] 24:16
Queen [1] 2:16
questions [8] 17:10,18 46:22 107:2,9 113:3,11 131:15
quickly [2] 84:15,19

-R-

random [1] 60:8
rank [2] 7:20 111:5
rate [1] 19:8
Raymond [1] 2:18

reach [5] 31:10,14 45:6,9 96:14
reached [2] 95:21 96:5
reaction [2] 41:3,23
read [1] 6:3
ready [1] 16:15
really [5] 22:12 40:24 41:21 52:20 129:19
reason [11] 5:18 29:22 29:25 33:1,12 60:13 74:11 116:21 118:7 127:4 132:8
reasons [1] 116:11
receivables [1] 31:21
receive [2] 105:24 106:17
received [1] 48:13
receiving [2] 49:23 103:20
recently [1] 8:14
reception [4] 55:14 85:18 88:17 92:8
recess [3] 53:23,25 54:3
recognition [1] 130:1
recollection [6] 8:21 23:17 37:20 101:20 110:21 112:22
record [10] 5:3,4,19,24 18:19 42:22 49:9 54:1 89:7,8
records [4] 17:22 98:7 105:7 106:9
red [2] 89:9 91:19
REFERRED [1] 3:16
Referring [1] 101:23
refuse [1] 41:4
refused [4] 94:20 128:4 128:6 131:7
refusing [1] 41:12
regard [2] 103:1 106:3
regarding [1] 42:25
register [2] 97:21 105:14
regular [11] 18:2,3,11 40:2 80:4,8 102:6,9 103:10 107:20,21
regular-cycle [2] 103:2 104:8
relates [1] 22:20
relaxed [2] 119:19 123:11
relocate [2] 109:16 110:10
relocating [1] 17:7
remain [4] 13:2 14:5 109:17,19
remained [7] 12:14,17 13:1 79:18 87:16 111:13 117:10
remember [15] 12:22,25 97:19 101:18 104:24 111:1 120:5 121:3,25 122:2,13,16,20,22 131:9
remind [1] 102:4
reminded [1] 5:9
remove [1] 42:22

removed [1] 62:9
rent [1] 107:22
repair [2] 79:18,19
repaired [2] 78:11 79:16
repeat [2] 16:22 25:24 47:2
repeated [2] 85:3 118:6
repeatedly [3] 86:22 117:13,17
rephrase [1] 47:2
report [4] 30:23 36:19 123:16 132:11
Reported [1] 1:23
reporter [1] 131:19
reporter's [1] 4:2
Reporting [1] 4:2
represent [4] 17:15 46:21 55:9 107:7
representative [2] 43:25 52:22
represented [1] 37:2
representing [2] 54:10 113:9
represents [1] 91:19
request [3] 44:1 60:12 75:6
requested [6] 15:19 38:15 75:2,4 76:3,11
requesting [5] 38:18 43:17,22 44:4,5
required [2] 52:3 64:6
requirements [1] 108:23
resided [1] 109:25
residence [2] 107:18,19
resist [1] 96:8
resisting [1] 96:9
respect [4] 47:6,7 99:14 102:25
respond [3] 15:16 125:4 131:6
responded [6] 13:25 14:18 64:1 125:4 132:20 133:3
response [3] 15:14 113:23 123:22
response.] [3] 52:17 58:22 65:23
responsibilities [1] 17:20
responsible [1] 34:18
rest [7] 10:16 40:19 57:12 73:16 84:12 85:23 126:1
restated [1] 5:15
restricted [2] 93:23 94:2
result [2] 26:14,18
retain [1] 99:3
retention [3] 99:13 106:2 106:7
retire [1] 7:17
retired [2] 7:19,20
returned [7] 101:8 103:12,16,18,24,25

112:15
review [12] 17:3 21:15 21:17,19,23 36:8,10 37:21 39:4 81:21 106:1 108:24
reviewed [9] 8:13 17:3 21:5,8,11 22:3 49:3 88:22 90:14
reviewing [1] 24:14
rifle [2] 88:3,11
rifle-type [1] 88:1
rifles [1] 70:25
right [31] 5:7,10,21 6:3 9:12 12:11 24:6 27:20 32:18 33:19 35:12 40:3 41:5,12 51:12 55:15 56:10 56:18 57:12,16 64:16 66:3 66:18 68:15 89:6 92:25 95:14 99:15 116:2 119:12 123:2
right-hand [1] 81:17
riot [1] 20:14
robbed [1] 132:17
robbery [2] 42:15 43:6
room [24] 2:8 53:16 54:12 54:21 55:20 56:24 77:4,5 77:7,8,25 78:12,19 79:8 79:12,24 86:1,3,4,9 93:16 93:16,17,17
rooms [1] 57:12
Ross [1] 1:24
roster [2] 17:25 19:1
rubber [3] 62:6,8 63:7
Rule [1] 4:1
Rules [1] 4:1
run [2] 47:13 91:5
runs [1] 48:11
rush [1] 45:9
rush-check [2] 97:6,9
rushed [3] 41:9 69:16 84:12

-S-

S [1] 2:15
safety [1] 116:10
Sammie [3] 1:17 4:4,13
saw [15] 15:23 22:21,24 24:9 26:18 35:19 40:15 88:25 89:4,5,11,25 91:5 91:13 111:23
says [12] 8:3 50:19,21 92:12,20 94:14 113:7 117:4 118:21 129:12,21 130:13
scared [2] 11:8 21:13
scheduler [2] 36:17,18
schematic [1] 53:19
Schofield [1] 109:23
Scott [2] 2:7 113:8
scratched [1] 54:20
screen [1] 46:14
screener [3] 6:18,18,22
search [17] 10:10 15:15 15:19 85:1,4,4,16 86:4,17

87:5 94:21 118:22 120:24 128:9,12 129:10 131:7
searched [3] 10:4 85:13 85:23
searching [8] 10:8 11:19 12:1 85:19 86:11,15 117:5 119:16
second [10] 20:9 53:14 87:7 98:13,22,23 99:9 100:1 101:23 103:17
seconds [3] 84:17 91:6,8
sections [1] 98:6
secured [4] 63:8 67:11 68:7,16
security [54] 1:6,7 6:17 6:21 19:20,24 23:23 24:3 32:8 46:2,3,3,4,9,9 48:12 49:11 50:3,11 52:7 53:3,9,11 54:4 55:9,17,19 57:2,10 58:3,23 61:18,23 67:6 74:4,12 78:8 80:17 80:24 82:12,18 83:1 85:18 87:19 88:17 89:20,24 90:1 92:9 106:18,22,25 127:12
see [50] 18:20 21:13 22:8 22:11,23,23 23:1,18 24:8 24:11,15,18,21 26:17 30:12 38:8,13,20 40:8,9 40:13 44:19,23 52:14,15 65:4 72:21 73:2 83:18 88:15,23 89:2,20 90:1,15 90:19 94:24 95:24 96:7,9 99:24 120:3 126:25 127:7 127:8,9,9,15,20 130:18
seeing [4] 11:7 22:14 23:5,9
seek [2] 26:13 30:15
Seitz [18] 2:3 3:4 4:10 17:6,10 21:15 26:23 33:18 33:22 34:4,7 35:21 90:17 103:13 131:13,19 133:8 133:10
selected [4] 16:21 17:4 109:2,4
selection [2] 16:19 108:25
semicircle [1] 91:19
send [1] 4:19
sense [1] 64:23
sentry [1] 70:20
separate [2] 35:14 99:24
sequence [3] 57:16 59:6 59:16
server [10] 53:17 55:20 78:12,23 79:1,2,4 86:4,9 93:15
services [1] 19:21
several [6] 9:18 14:10 77:22 94:17 129:23 130:6
sheet [2] 18:19,20
shield [3] 9:19 20:14,15
ship [2] 70:20,22
shock [1] 12:24
shocked [4] 24:12,13 25:15 27:22
short [7] 10:24 53:23 54:3

88:3,3,11 111:22
shortly [3] 21:23,25 22:5
shoulder [4] 25:2,3 66:9 66:10
shoved [2] 71:17,21
show [1] 33:9
showing [1] 18:23
shown [1] 88:18
shows [1] 22:21
shuts [1] 62:10
shutting [1] 62:7
side [14] 54:13 64:19 65:4 65:22 66:14,15 67:22 68:10 69:7 72:4,21 73:10 74:6 87:20
sidearm [2] 88:14,15
sign [2] 55:2 104:13
signature [1] 8:8
signed [6] 37:22 38:25 81:16,22 100:19 101:11
signing [2] 104:18 108:14
similar [1] 109:11
simultaneously [1] 93:6
sit [1] 22:13
sites [2] 32:5,7
sitting [2] 62:18 125:15
situation [7] 44:3 47:24 47:25 54:10 72:8 97:6,9
situations [2] 44:14 132:19
six [3] 6:22 39:25 91:24
Sixteen [1] 108:9
size [5] 51:6,8,9,17 72:16
sketch [1] 3:19
small [2] 92:6 123:7
smaller [1] 51:3
smoked [3] 127:15,19,20
solid [2] 62:13,17
someone [3] 44:5 116:10 132:14
someplace [1] 49:25
sometime [2] 81:9 122:9
sometimes [2] 64:6,8
somewhat [4] 53:2 69:22 123:11 129:5
somewhere [1] 126:19
sorry [10] 23:16 24:12 27:9 46:5 52:7 57:6 75:18 97:5 108:2 123:2
sort [5] 47:16 55:14 88:11 97:20 128:19
South [2] 2:8 7:5
space [3] 54:15,19 65:1
speak [4] 37:1 49:22 85:2 86:18
speaking [3] 72:25 80:10 106:20
specific [5] 93:24 94:2 101:20 110:20 124:1
specifically [3] 86:10

101:22 103:3
spoke [3] 50:10 58:21 84:6
spoken [2] 10:14 111:9
spring [1] 22:17
St [1] 2:19
staff [5] 58:1,2 80:5,13 81:1
stamp [3] 100:19 104:14 104:15
stamped [1] 101:11
stamping [1] 104:17
stand [3] 65:6,9 71:11
standard [3] 39:13 64:21 64:21
standing [15] 41:6 65:7 65:17 66:1,12,18 69:9 72:22 73:3,9 90:4,9 91:3 92:8 114:21
stands [1] 70:21
stapler [1] 15:22
start [3] 26:7 29:2 110:22
started [2] 10:8 39:22
state [1] 4:11
statement [38] 3:17 8:3 8:24 9:1 12:13 14:9 20:8 35:22 36:2,6 37:5,8,19,24 38:16,18 39:7 71:15 74:24 74:25 75:2,7,12,20 76:11 76:21 78:1,17 80:17 86:13 112:25 113:12,21 116:22 116:25 118:8 124:16,18
statements [6] 105:24 106:1,13,17 123:14 125:8
STATES [1] 1:1
station [4] 109:11,13 110:5,10
stationed [1] 109:5
stay [6] 29:13 41:12 83:17 85:9 99:22 110:13
stayed [4] 90:5 119:4,18 123:7
step [2] 68:2 69:7
Stepping [1] 23:4
still [18] 12:24 14:22 18:6 27:25 52:6,7 77:16 80:14 82:22 99:17 106:13 108:18,19 110:13 114:14 114:21 115:12 119:17
stood [1] 65:18
stop [1] 29:11
stopper [3] 62:7,9 63:7
stored [1] 78:25
strap [3] 88:8 120:19 121:1
Street [7] 1:21 2:4,8,12 2:16,20 7:5
strike [1] 122:17
struggle [2] 96:6,7
stuck [1] 111:10
stuff [2] 52:5 111:16
stunned [10] 24:13 25:12 25:12,14,15 27:22 41:2 69:22 70:3,4

subjects [1] 53:1
submit [1] 49:2
submitting [1] 17:25
subsequent [1] 59:2
substance [1] 62:11
such [8] 47:2,23 52:22 62:4 69:8 71:6 116:12 124:5
sued [1] 17:16
suggested [1] 5:12
Suite [6] 1:21 2:4,12,16 2:20 7:5
supervise [1] 36:21
supervisor [8] 60:10 64:7 74:12,14,15,18,22 132:11
supervisors [6] 49:2 58:20,23 59:1,25 60:2
surveillance [11] 21:2 34:20 35:1 88:22 89:3,12 89:25 90:14 111:24 112:4 112:8
survey [2] 23:23 35:12
swing [3] 56:9,14,17
swinging [1] 65:10
swings [3] 56:16,25 65:5
sworn [1] 4:6
system [5] 61:23 67:12 68:5,7 97:23

-T-

T [1] 2:19
T-Mobile [2] 32:2,19
table [1] 62:17
taking [2] 57:3 96:8
Tanaka [12] 2:19 3:10 16:22 17:1,5 55:25 56:5 107:5,6 113:2 131:16 133:9
tape [16] 21:9,12,20,23 22:4,8,11 23:6 88:23 89:12,25 90:20 111:22,23 111:24 112:8
tapes [2] 112:4,8
tasks [1] 19:11
telephone [6] 13:5 26:21 27:6,18 33:24 34:2
telling [2] 90:2 116:23
tells [1] 43:13
ten [5] 11:23 19:9,10 119:8,9
term [1] 83:22
terminate [4] 42:17 49:1 49:6,10
terminated [11] 42:13 42:20 48:4,7,10,14 49:23 97:8,12 102:15,18
termination [8] 42:25 48:17,20 49:25 50:8,18 96:22 103:1
terms [4] 18:19 26:2 43:12 46:24
testified [7] 4:7 27:14

POWERS & ASSOCIATES

35:18 39:9 102:21 103:13 114:18
**testimony** [11] 5:6,20 6:4 27:6 28:18 40:16 60:25 71:16 83:19 102:17 119:3
**text** [1] 45:17
**Thank** [9] 17:5 46:17 56:5 107:1 113:4 131:11 133:6,9,10
**theft** [2] 42:15 43:6
**themselves** [1] 69:18
**thereafter** [1] 110:5
**third** [3] 98:19 99:20 100:2
**thorough** [3] 85:3,16 118:22
**thoroughly** [1] 85:13
**thought** [3] 41:21 83:5 102:1
**thoughts** [1] 33:6
**threatened** [2] 29:1,3
**three** [24] 6:21 23:15,16 47:24 51:14 59:19,22 60:4 78:11 84:3,16 91:9 99:16 106:9,11 108:25 114:10 114:11,16 115:12 117:18 126:8 130:8,9
**three-part** [4] 97:24 98:2 98:24 99:21
**through** [13] 6:17 10:7 20:24 23:3 45:10 52:4 66:11 108:20,22 109:17 110:3 127:15,21
**timely** [1] 132:20
**times** [13] 18:15 33:21 47:24 78:11 80:13 83:16 84:3 116:8 117:17,18 132:2,3,4
**timing** [1] 92:12
**today** [6] 5:20 22:13 23:10 33:19,20,23
**today's** [2] 34:10,13
**together** [6] 28:4 42:6 52:16 72:6 93:8 99:23
**too** [1] 115:19
**took** [4] 8:21 28:3 95:22 96:16
**top** [2] 68:17 98:3
**Topa** [1] 2:19
**topics** [1] 46:24
**touch** [2] 45:3,14
**towards** [4] 15:24 56:20 56:23 86:1
**town** [1] 107:20
**tpaes** [1] 112:11
**training** [12] 20:5 49:17 49:19 50:5 70:24,25 109:5 109:11,13,18 110:2,3
**transcribed** [1] 6:4
**transferring** [1] 17:24
**transpired** [1] 93:2
**treatment** [1] 26:13
**Trecker** [1] 1:20

**tried** [1] 29:9
**truth** [5] 4:6,6,7 43:13,14
**try** [1] 71:5
**trying** [6] 41:10 71:5 76:10 96:12 104:24 116:17
**TSA** [3] 6:18,22 7:9
**Tuesday** [3] 28:14,19,21
**turn** [5] 67:19,21 68:1 69:6 74:24
**twelve-inch** [1] 84:6
**twenty** [7] 76:22 81:13 82:9 94:16 129:13,15,16
**twenty-four** [3] 49:24 50:7,17
**twenty-four-hour** [1] 48:16
**twenty-three** [3] 7:16 70:13,18
**twice** [1] 47:22
**twist** [1] 68:8
**twisting** [2] 67:15,16
**two** [23] 6:20 16:20 21:19 29:4 35:11 47:16 51:13 51:14 53:3 55:8 67:1,2,3 67:4,23 68:1 76:14 78:11 84:16 91:9 98:6 116:2 117:18
**two-week** [1] 48:11
**Twr** [1] 2:19
**type** [8] 10:25 20:20 38:2 72:8 81:12 99:5 120:14 120:16
**typed** [4] 38:1,4 78:17 80:19
**types** [1] 132:9
**typing** [5] 79:23 80:17 81:10,15 82:10

-U-

**U.S** [1] 7:14
**under** [5] 5:6 12:2 32:19 105:18 106:22
**understand** [19] 5:5,16 5:21 6:6,9 47:1,4 49:13 54:8 55:7 65:24 74:11 76:8 90:11 95:14 102:4 115:6 116:17 128:24
**understandable** [1] 95:16
**understood** [2] 75:22 80:7
**undo** [1] 67:17
**uniform** [2] 92:21 111:4
**UNITED** [1] 1:1
**unless** [6] 127:2 128:7,9 128:12 129:9 131:7
**unlock** [2] 16:8 74:4
**unlocked** [1] 86:6
**unsecure** [1] 68:5
**up** [14] 15:21 33:9 44:11 64:8,9 68:5 71:21 74:15 85:19 99:16 101:1 104:3 108:14 127:6

**upper** [1] 68:17
**urgency** [1] 117:2
**used** [7] 5:20 27:11 31:24 77:14,15 83:22 85:8
**using** [5] 25:17 26:20 27:3 78:10 121:1
**usual** [6] 61:14 82:14,16 82:24 83:13 95:3
**usually** [2] 83:20 86:6
**Uzi** [1] 88:12
**Uzi-like** [3] 88:19 92:6 120:11

-V-

**various** [1] 32:6
**veneer** [1] 62:21
**verbally** [1] 5:10
**Verizon** [2] 32:2,20
**vertically** [1] 51:12
**vests** [1] 20:17
**via** [2] 46:15 97:7
**vicinity** [1] 53:10
**video** [15] 21:1 22:24 23:20,22 24:9 26:6,7,11 35:15 89:3,3 90:4,15 112:2,3
**videotape** [10] 21:5 22:21 23:8 24:14 34:19 35:4,19 37:22 91:4 111:21
**videotapes** [2] 35:1,7
**viewed** [2] 89:1 91:6
**viewing** [1] 111:22
**violate** [1] 42:14
**violated** [2] 42:12 48:4
**violation** [1] 43:4
**Virginia** [4] 109:7,8,9 110:4
**visible** [1] 89:24
**voice** [8] 113:16 117:2,3 128:17 130:17,19 131:1,2
**voluntary** [3] 75:4 76:7 76:8
**volunteered** [4] 8:25 35:23 38:16 75:5
**vs** [1] 1:9

-W-

**Waipahu** [2] 4:17 107:19
**waist** [2] 25:3 120:21
**waistline** [3] 68:21,24 69:3
**wait** [1] 64:8
**waited** [1] 74:13
**waiting** [1] 108:18
**walk** [1] 66:11
**walked** [2] 16:14 87:12
**walkie-talkies** [1] 45:12
**walks** [2] 95:7,9
**walls** [1] 89:16
**warrant** [7] 15:15,19

94:21 128:9,12 129:10 131:8
**watch** [3] 26:6,10 92:1
**watching** [1] 89:18
**wave** [2] 123:20 124:1
**waving** [1] 123:17
**weapon** [8] 10:25 20:18 20:20 87:22,23,24,25 120:15
**weapons** [8] 10:20,24 11:2,5,7,9 20:6 120:16
**wearing** [2] 9:19 130:2
**Wednesday** [2] 1:19 28:22
**week** [3] 16:20 28:13,15
**weekly** [1] 47:14
**weeks** [3] 17:4 47:17 109:1
**west** [2] 110:6,7
**wherever** [1] 93:17
**whole** [4] 4:6 90:5 109:16 119:15
**wide** [2] 51:14 66:3
**width** [3] 66:9,10 72:18
**wife** [4] 43:25 52:22 108:1 109:20
**wife's** [1] 108:4
**window** [1] 126:22
**within** [10] 17:4 48:15 49:23 50:7,17,20 51:22 93:18 105:7 116:2
**without** [4] 45:13 74:22 94:21 96:16
**witness** [10] 4:5 16:24 17:2 27:1 44:12 71:9 84:25 85:21 90:18 103:15
**witnessed** [4] 123:17,19 124:4,5
**wood** [1] 62:17
**wooden** [3] 62:12,13,15
**words** [12] 10:14 52:18 56:23 57:15 63:7 88:6 97:5 103:8 124:21 125:2 131:5,9
**worked** [2] 6:19 36:15
**worker** [2] 42:2 43:11
**write** [13] 8:24,25 35:23 35:24,25 36:6 37:4,7,10 56:1,2,12 105:12
**writings** [1] 54:24
**written** [7] 36:1 37:5,8 49:16,25 76:11 98:1
**wrong** [4] 40:21 41:16,20 133:3
**wrote** [3] 8:10 9:2 54:18

-X-

**X** [1] 3:1

-Y-

**year** [2] 7:19 36:4
**years** [8] 6:21 7:16 70:13

70:18 99:16 106:9,11 110:1
**yesterday** [2] 52:10,12
**yet** [2] 84:21 109:2
**yourself** [4] 19:13 58:9 63:14 122:13

-Z-

**zero** [1] 101:1
**Zip** [1] 4:18

-[-

**[Demonstrating.]** [2] 25:3 69:10
**[Examining.]** [5] 81:19 85:8 92:19 118:9 129:18
**[Indicating.]** [12] 51:8 68:15,23 77:1 79:4 85:25 87:21 89:6,18 125:16,23 126:7
**[No** [3] 52:17 58:22 65:23
**[Nodding** [2] 65:25 76:5
**[Reading.]** [8] 92:12,20 94:18 117:4 118:21 129:12,21 130:13
**[Writing.]** [7] 55:4 56:4 56:8,11 89:13 126:20,24

POWERS & ASSOCIATES