# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00710BMK |
| CASE NAME: | MANSOUR AREKAT V. LEE D. DONOHUE, ET AL. |
| ATTYS FOR PLA: | ERIC A. SEITZ, LAWRENCE I. KAWASAKI |
| ATTYS FOR DEFT: | S. SCOTT DODD, LYLE S. HOSODA, CHRISTOPHER T. CHUN, JAMES P. DANDAR, JAY T. SUEMORI, CARY T. TANAKA |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Stephen Platt |
| DATE: | 1/5/2006 | TIME: | 9 - 4 |

COURT ACTION:  EP: 2nd Day Jury Trial:

CST: Letha De Caires, Sharon Black, Michael S. Miranda, Raymond Anthony Ancheta.

Exhibits admitted: P1, D1A, D1B.

Further trial 1-6-06 @ 9 a.m., BMK.


Submitted by Richlyn Young, Courtroom Manager