ORIGINAL

CARY T. TANAKA         4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885

Attorney for Defendant
RAYMOND ANCHETA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2006

at __8__ o'clock and __50__ min. ____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>    Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANT RAYMOND ANCHETA'S PROPOSED COUNTER DESIGNATION OF DEPOSITION OF SAMMIE L. DIXON CONDUCTED ON APRIL 13, 2005; CERTIFICATE OF SERVICE<br><br><br><br><br><br>TRIAL DATE:  January 4, 2006 |

DEFENDANT RAYMOND ANCHETA'S PROPOSED COUNTER DESIGNATION OF
DEPOSITION OF SAMMIE L. DIXON CONDUCTED ON APRIL 13, 2005

Comes now Defendant RAYMOND ANCHETA, by his attorney, Cary T. Tanaka, and hereby submits the following counter designations from the deposition of Sammie L. Dixon conducted on April 13, 2005:

| Page/Line | to | Page/Line |
|---|---|---|
| 11/21 | | 14/7 |
| 16/15 | | 16/21 |
| 21/1 | | 25/3 |
| 26/6 | | 26/12 |
| 27/13 | | 30/21 |
| 34/18 | | 35/20 |
| 37/7 | | 37/15 |
| 43/16 | | 44/15 |
| 46/6 | | 48/18 |
| 53/9 | | 53/17 |
| 61/6 | | 65/4 |
| 69/6 | | 70/8 |
| 93/10 | | 94/23 |
| 95/25 | | 96/19 |
| 108/16 | | 109/3 |
| 111/7 | | 111/20 |
| 112/14 | | 113/1 |

DATED: Honolulu, Hawaii, January 5, 2006.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>    Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individuals at the United States District Courthouse on January 5, 2006:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    D. SCOTT DODD, ESQ.
    Deputy Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendants
    LEE D. DONOHUE and
    CITY AND COUNTY OF HONOLULU

JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA

DATED:   Honolulu, Hawaii, January 5, 2006.

                                                                           _____
                                                                           CARY T. TANAKA
                                                                           Attorney for Defendant
                                                                           RAYMOND ANCHETA