ORIGINAL

LYLE S. HOSODA & ASSOCIATES, LLC

LYLE S. HOSODA        3964-0
RAINA P.B. MEAD       7329-0
CHRISTOPHER T. CHUN   7951-0
CHENISE S. KANEMOTO   8155-0
345 Queen Street, Suite 804
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
E-mail: lsh@hosodalaw.com

Attorneys for Defendant
MIKE MIRANDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ____ o'clock and ____ min. ____
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710BMK<br><br>DEFENDANT MIKE MIRANDA'S COUNTER-DESIGNATIONS OF ORAL DEPOSITION OF SAMMIE L. DIXON; EXHIBIT "1"; CERTIFICATE OF SERVICE<br><br>TRIAL:  January 4, 2006 |

**DEFENDANT MIKE MIRANDA'S COUNTER-
DESIGNATIONS OF ORAL DEPOSTION OF SAMMIE L. DIXON**

Defendant MIKE MIRANDA, by and through his attorneys,

Lyle S. Hosoda & Associates, LLC, hereby counter-designates the

following portions of the oral depositions of Sammie L. Dixon,



SCANNED

taken on April 13, 2005, attached hereto as Exhibit "1", to be read to the jury at trial in the above-entitled matter:

| Page | Lines |
|------|-------|
| 4 | 11-13 |
| 6 | 11-13 |
| 6 | 16-25 |
| 7 | 1-8 |
| 10 | 17-19 |
| 11 | 21-23 |
| 16 | 15-21 |
| 17 | 2-4 |
| 18 | 9-12 |
| 21 | 1-14 |
| 21 | 17-21 |
| 22 | 8-12 |
| 22 | 23-25 |
| 23 | 1-11 |
| 23 | 17-25 |
| 24 | 1-23 |
| 26 | 6-19 |
| 27 | 5-8 |
| 27 | 13-19 |
| 31 | 3-4 |
| 34 | 18-25 |

| Page | Lines |
|------|-------|
| 35 | 1-3 |
| 35 | 17-20 |
| 36 | 4-9 |
| 37 | 7-20 |
| 38 | 1-9 |
| 38 | 13-18 |
| 40 | 7-25 |
| 41 | 1-25 |
| 42 | 1-15 |
| 43 | 3-7 |
| 43 | 16-25 |
| 44 | 1-7 |
| 48 | 10-18 |
| 49 | 22-25 |
| 50 | 1-4 |
| 53 | 1-8 |
| 62 | 24-25 |
| 63 | 1-2 |
| 64 | 1-24 |
| 71 | 24-25 |
| 72 | 1-2 |
| 72 | 10-12 |
| 73 | 18-20 |

| Page | Lines |
|------|-------|
| 74   | 1-8   |
| 74   | 24-25 |
| 75   | 1-10  |
| 87   | 14-25 |
| 88   | 1-15  |

DATED: Honolulu, Hawaii, January 5, 2006

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MANSOUR AREKAT, Individually    )  CIVIL NO. CV03-00710BMK
and in his capacity as chief    )
operating officer and owner of  )  CERTIFICATE OF SERVICE
Arekat Pacific Security, Inc.,  )
a Hawaii corporation dba        )
A.P.I. Security, Inc.,          )
                                )
                Plaintiff,      )
                                )
        v.                      )
                                )
LEE D. DONOHUE, et al.,         )
                                )
                Defendants.     )
_____  )

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy the

foregoing document was served on the date noted below, upon the

following parties at their last known address as follows:

        ERIC A. SEITZ, Esq.
        LAWRENCE I. KAWASAKI, ESQ.
        820 Mililani Street, Suite 714
        Honolulu, Hawaii 96813

        Attorney for Plaintiff

        D. SCOTT DODD, ESQ.
        Deputy Corporation Counsel
        City and County of Honolulu
        530 S. King Street, Room 110
        Honolulu, Hawaii  96813

        Attorneys for Defendants
        CITY AND COUNTY OF HONOLULU
        and LEE D. DONOHUE

//

//

JAMES P. DANDAR, Esq.
JAY T. SUEMORI, Esq.
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Defendant
LETHA DE CAIRES

CARY T. TANAKA, Esq.
745 Fort Street, Suite 510
Honolulu, Hawaii 96813

Attorney for Defendant
RAYMOND ANCHETA


DATED:  Honolulu, Hawaii, January 5, 2005.

_____
LYLE S. HOSODA
CHRISTOPHER T. CHUN

Attorneys for Defendant
MIKE MIRANDA