# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CV 03-00710BMK

CASE NAME:  MANSOUR AREKAT V. LEE D. DONOHUE, ET AL.

ATTYS FOR PLA:  ERIC A. SEITZ, LAWRENCE I. KAWASAKI

ATTYS FOR DEFT:  S. SCOTT DODD, LYLE S. HOSODA, CHRISTOPHER T. CHUN, JAMES P. DANDAR, JAY T. SUEMORI, CARY T. TANAKA

INTERPRETER:

---

| JUDGE: | Barry M. Kurren | REPORTER: | Stephen Platt |
|---|---|---|---|
| DATE: | 1/6/2006 | TIME: | 9:20 - 4:10 |

---

COURT ACTION:  EP: 3rd Day Jury Trial -

CST: Dr. Thinh T. Nguyen, Hakim Ouansafi, Stanford S. Miike, Mohammed Arekat, Chris D'Alessio, Marla Pangelinan, Mansour Arekat.

Designated and Counter Designated portions of deposition of Sammie Dixon read into the record.  Copy of deposition made part of the record.

Exhibits admitted: P2, D9, P13,  P3, and P4 admitted.

Further trial 1-9-06 @ 9 a.m., BMK.

Settling of Jury Instructions set for 1-9-06 after conclusion of trial.

Submitted by Richlyn Young, Courtroom Manager