# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00710BMK |
| CASE NAME: | MANSOUR AREKAT V. LEE D. DONOHUE, ET AL. |
| ATTYS FOR PLA: | ERIC A. SEITZ, LAWRENCE I. KAWASAKI |
| ATTYS FOR DEFT: | S. SCOTT DODD, LYLE S. HOSODA, CHRISTOPHER T. CHUN, JAMES P. DANDAR, JAY T. SUEMORI, CARY T. TANAKA |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Stephen Platt |
| DATE: | 1/9/2006 | TIME: | 9:00 - 6:45 |

COURT ACTION:  EP: 4th Day Jury Trial -

Further examination of Mansour Arekat.

Exhibit admitted: D4.

Plaintiff rest.

S. Scott Dodd's (Donohue and C&C) Motion for Judgment as a Matter of Law as to:
- Lee D. Donohue GRANTED.
- Claims for punitive damages against Dohonue and C&C GRANTED.
- Municipal liability claim GRANTED.

Dodd to prepare order.

James P. Dandar's (De Caires) Motion for Judgment as a Matter of Law as to:
- Punitive damages - on advisement as to all defendants.
- Intentional infliction of emotional distress on advisement.
- Negligent infliction of emotional distress on advisement.
- Civil rights claim DENIED.

Lyle S. Hosoda's (Miranda) Motion for Judgment as a Matter of Law as to:
- Immunity with respect to negligence claim DENIED.

- Malice on advisement.

Cary T. Tanaka (Ancheta) Motion for Judgment as a Matter of Law as to:
- Constitutional claim DENIED.

Eric Seitz's oral M/Preclude Testimony of David Engle and Sausoo Ito - overruled as to Engle and on advisement as to Ito. (Ito was not called as a witness.)

CST: David W. Engle, Sharon Black, Troy C. Richards, Michael L. Tsuda.

Defendants rest subject to the publishing of Exhibit D-4 (Surveillance Video).

Jury excused.
Further trial 1-10-06 @ 9 a.m., BMK.

Plaintiff's Motion for Judgment as a Matter of Law DENIED.

Defendants renewed their Motions for Judgment as a Matter of Law.
Defendants' Motion for Negligent Infliction of Emotional Distress GRANTED.

Settling of Jury Instructions.


Submitted by Richlyn Young, Courtroom Manager