# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 03-00710BMK

CASE NAME:       MANSOUR AREKAT V. LEE D. DONOHUE, ET AL.

ATTYS FOR PLA:   ERIC A. SEITZ, LAWRENCE I. KAWASAKI

ATTYS FOR DEFT:  S. SCOTT DODD, LYLE S. HOSODA, CHRISTOPHER T. CHUN, JAMES P. DANDAR, JAY T. SUEMORI, CARY T. TANAKA

INTERPRETER:

JUDGE:   Barry M. Kurren           REPORTER:   Stephen Platt

DATE:    1/10/2006                 TIME:       8:55 - 4:10

COURT ACTION:   EP: 5th Day Jury Trial -
Out of presence of jury:
- Requirement of malice with respect to C&C's negligence claim - pltf will not pursue negligence claims against the officers and C&C. C&C is no longer a party in the case. Each party to bear its own costs.

- Objections to jury instructions placed on the record.

- M/Limine Re Intentional Infliction of Emotional Distress as to the Officers DENIED.

9:05 a.m jury present.
Video tape (Exhibit D-4) played.

11:15 a.m. jury instructed.
12:50 a.m. Bailiff Ron Lum sworn.

Closing arguments.

4:05 p.m.  Jury retired to deliberate.

Further deliberation 1-11-06 @ 8:30 a.m.

Submitted by Richlyn Young, Courtroom Manager