# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00710BMK

CASE NAME:        MANSOUR AREKAT V. LEE D. DONOHUE, ET AL.

ATTYS FOR PLA:    ERIC A. SEITZ, LAWRENCE I. KAWASAKI

ATTYS FOR DEFT:   S. SCOTT DODD, LYLE S. HOSODA, CHRISTOPHER T.
                  CHUN, JAMES P. DANDAR, JAY T. SUEMORI, CARY T.
                  TANAKA

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Stephen Platt |
| DATE: | 1/11/2006 | TIME: | 8:30 - 3:30 |

COURT ACTION:  EP: Further Jury Deliberation -

Re Note From the Jury #1: Parties stipulate that the court may redact how the jury is split on Note From the Jury #1.

Note From the Jury #1 and the Answer filed.

Re Note From the Jury #2: Answer given over the objection of the plaintiff.

Note From the Jury #2 and the Answer filed.

3:17 p.m. jury returned with a verdict in favor of defendants and against plaintiff.

Special Verdict Form filed.

Clerk to enter a Judgment in Favor of Defendants and Against Plaintiff.

Submitted by Richlyn Young, Courtroom Manager