IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>　　　　Defendants.<br>_____ | CV. NO. 03-00710 BMK |

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION IN
LIMINE TO PRECLUDE TESTIMONY ABOUT THE SETTLEMENT
AGREEMENT BETWEEN MARLA PANGELINAN, SINCER PAUL AND
LOLEEN LIGOR AND THE CITY AND COUNTY OF HONOLULU

Defendant City and County of Honolulu's Motion In Limine To Preclude Testimony About The Settlement Agreement Between Marla Pangelinan, Sincer Paul And Loleen Ligor And The City and County of Honolulu was heard on January 3, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 3, 2006 hearing. For the reasons stated therein, the

Court GRANTS IN PART and DENIES IN PART Defendant City and County of Honolulu's Motion In Limine To Preclude Testimony About The Settlement Agreement Between Marla Pangelinan, Sincer Paul And Loleen Ligor And The City and County of Honolulu.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, January 12, 2006.



                                Barry M. Kurren
                                United States Magistrate Judge

AREKAT V. DONOHUE, ET AL.; CV. NO. 03-00710 BMK; ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION IN LIMINE TO PRECLUDE TESTIMONY ABOUT THE SETTLEMENT AGREEMENT BETWEEN MARLA PANGELINAN, SINCER PAUL AND LOLEEN LIGOR AND THE CITY AND COUNTY OF HONOLULU