IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>        Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV. NO. 03-00710 BMK |

ORDER DENYING DEFENDANTS LETHA DE CAIRES,
CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S
MOTION IN LIMINE NO. 2 RE: EXCLUDING ANY TESTIMONY
<u>REGARDING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

    Defendants Letha De Caires, City and County of Honolulu and Lee D. Donohue's Motion In Limine No. 2 Re: Excluding Any Testimony Regarding Intentional Infliction Of Emotional Distress was heard on January 3, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 3, 2006 hearing. For the reasons stated therein, the Court DENIES Defendants Letha De Caires, City and County of Honolulu and Lee D. Donohue's

Motion In Limine No. 2 Re: Excluding Any Testimony Regarding Intentional Infliction Of Emotional Distress.

  IT IS SO ORDERED.

  DATED: Honolulu, Hawaii, January 12, 2006.



           _____
           Barry M. Kurren
           United States Magistrate Judge

AREKAT V. DONOHUE, ET AL.; CV. NO. 03-00710 BMK; ORDER DENYING DEFENDANTS LETHA DE CAIRES, CITY AND COUNTY OF HONOLULU AND LEE D. DONOHUE'S MOTION IN LIMINE NO. 2 RE: EXCLUDING ANY TESTIMONY REGARDING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS