IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>                Plaintiff,<br><br>        vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>                Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV. NO. 03-00710 BMK |

ORDER DENYING DEFENDANTS MIKE MIRANDA, CITY
AND COUNTY OF HONOLULU, AND LEE D. DONOHUE'S
MOTION IN LIMINE NO. 1 TO EXCLUDE CLAIMS ARISING FROM
THE INCIDENT AT 2525 DATE STREET, APT. 2202

Defendants Mike Miranda, City and County of Honolulu, and Lee D. Donohue's Motion In Limine No. 1 To Exclude Claims Arising From The Incident At 2525 Date Street, Apt. 2202 was heard on January 3, 2006.  The Court incorporates herein its opinion, orally delivered at the conclusion of the January 3, 2006 hearing.  For the reasons stated therein, the Court DENIES Defendants Mike Miranda, City and County of Honolulu, and Lee D. Donohue's Motion In Limine

No. 1 To Exclude Claims Arising From The Incident At 2525 Date Street, Apt. 2202.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 12, 2006.



                                  Barry M. Kurren
                                  United States Magistrate Judge

AREKAT V. DONOHUE; CV. NO. 03-00710 BMK; ORDER DENYING DEFENDANTS MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, AND LEE D. DONOHUE'S MOTION IN LIMINE NO. 1 TO EXCLUDE CLAIMS ARISING FROM THE INCIDENT AT 2525 DATE STREET, APT. 2202