IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually ) <br> and in his capacity as chief operating ) <br> officer and owner of Arekat Pacific ) <br> Security, Inc., a Hawaii corporation ) <br> dba A.P.I. Security, Inc., ) <br> ) <br>       Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> LEE D. DONOHUE, LETHA DE ) <br> CAIRES, MIKE MIRANDA, ) <br> RAYMOND ANCHETA, CITY ) <br> AND COUNTY OF HONOLULU, ) <br> and JOHN DOES 1-25, ) <br> ) <br>       Defendants. ) <br> _____ ) | CV. NO. 03-00710 BMK |

ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY
REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER THAN WHAT
DAVID ENGLE TOLD DEFENDANTS PRIOR TO PLAINTIFF'S ARREST

      Plaintiff's First Motion In Limine To Bar All Testimony Regarding Plaintiff's Alleged Drug Use Other Than What David Engle Told Defendants Prior To Plaintiff's Arrest was heard on January 3, 2006.  The Court incorporates herein its opinion, orally delivered at the conclusion of the January 3, 2006 hearing.  For the reasons stated therein, the Court GRANTS IN PART and DENIES IN PART Plaintiff's First Motion In Limine To Bar All Testimony Regarding Plaintiff's

Alleged Drug Use Other Than What David Engle Told Defendants Prior To

Plaintiff's Arrest.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 12, 2006.



                              _____
                              Barry M. Kurren
                              United States Magistrate Judge

AREKAT V. DONOHUE, ET AL.; CV. NO. 03-00710 BMK; ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S FIRST MOTION IN LIMINE TO BAR ALL TESTIMONY REGARDING PLAINTIFF'S ALLEGED DRUG USE OTHER THAN WHAT DAVID ENGLE TOLD DEFENDANTS PRIOR TO PLAINTIFF'S ARREST