IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., )<br><br>Plaintiff, )<br><br>vs. )<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, )<br><br>Defendants. )<br>_____ ) | CV. NO. 03-00710 BMK |

ORDER DENYING PLAINTIFF'S SECOND MOTION IN LIMINE
TO BAR DEFENDANTS FROM PRESENTING ANY INDIRECT
EVIDENCE ABOUT WHAT AGENTS OF THE FBI AND/OR THE
STATE ATTORNEY GENERAL'S OFFICE REPORTED TO
<u>DEFENDANT LETHA DE CAIRES ABOUT PLAINTIFF</u>

Plaintiff's Second Motion In Limine To Bar Defendants From Presenting Any Indirect Evidence About What Agents Of The FBI And/Or The State Attorney General's Office Reported To Defendant Letha De Caires About Plaintiff was heard on January 3, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 3, 2006 hearing. For the reasons

stated therein, the Court DENIES Plaintiff's Second Motion In Limine To Bar Defendants From Presenting Any Indirect Evidence About What Agents Of The FBI And/Or The State Attorney General's Office Reported To Defendant Letha De Caires About Plaintiff.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 12, 2006.



        Barry M. Kurren
        United States Magistrate Judge

AREKAT V. DONOHUE, ET AL.; CV. NO. 03-00710 BMK; ORDER DENYING PLAINTIFF'S SECOND MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING ANY INDIRECT EVIDENCE ABOUT WHAT AGENTS OF THE FBI AND/OR THE STATE ATTORNEY GENERAL'S OFFICE REPORTED TO DEFENDANT LETHA DE CAIRES ABOUT PLAINTIFF