IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CV. NO. 03-00710 BMK

ORDER DENYING PLAINTIFF'S THIRD MOTION IN LIMINE
TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE
A SIGNED "EMERGENCY EXAM: APPLICATION OF POLICE
OFFICER PURSUANT TO HRS CHAPTER 334, AS AMENDED"
<u>FORM WITHOUT PROPER AUTHENTICATION</u>

       Plaintiff's Third Motion In Limine To Bar Defendants From Introducing Into Evidence A Signed "Emergency Exam: Application Of Police Officer Pursuant To HRS Chapter 334, As Amended" Form Without Proper Authentication was heard on January 3, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 3, 2006 hearing. For the

reasons stated therein, the Court DENIES Plaintiff's Third Motion In Limine To Bar Defendants From Introducing Into Evidence A Signed "Emergency Exam: Application Of Police Officer Pursuant To HRS Chapter 334, As Amended" Form Without Proper Authentication.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 12, 2006.



_____
Barry M. Kurren
United States Magistrate Judge

AREKAT V. DONOHUE, ET AL.; CV. NO. 03-00710 BMK; ORDER DENYING PLAINTIFF'S THIRD MOTION IN LIMINE TO BAR DEFENDANTS FROM INTRODUCING INTO EVIDENCE A SIGNED "EMERGENCY EXAM: APPLICATION OF POLICE OFFICER PURSUANT TO HRS CHAPTER 334, AS AMENDED" FORM WITHOUT PROPER AUTHENTICATION