IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>         Plaintiff,<br><br>    vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>         Defendants.<br>_____ | CV. NO. 03-00710 BMK |

ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S FOURTH MOTION IN LIMINE TO BAR
DEFENDANTS FROM PRESENTING EVIDENCE OF ANY
PRIOR "BAD ACTS" COMMITTED BY PLAINTIFF

Plaintiff's Fourth Motion In Limine To Bar Defendants From

Presenting Evidence Of Any Prior "Bad Acts" Committed By Plaintiff was heard

on January 3, 2006.  The Court incorporates herein its opinion, orally delivered at

the conclusion of the January 3, 2006 hearing.  For the reasons stated therein, the

Court GRANTS IN PART and DENIES IN PART Plaintiff's Fourth Motion In

Limine To Bar Defendants From Presenting Evidence Of Any Prior "Bad Acts"

Committed By Plaintiff.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, January 12, 2006.



                         Barry M. Kurren
                        United States Magistrate Judge

AREKAT V. DONOHUE; CV. NO. 03-00710 BMK; ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S FOURTH MOTION IN LIMINE TO BAR DEFENDANTS FROM PRESENTING EVIDENCE OF ANY PRIOR "BAD ACTS" COMMITTED BY PLAINTIFF