IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25, <br><br> Defendants. | CV. NO. 03-00710 BMK |

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW

Defendants' Motions For Judgment As A Matter Of Law were heard at the conclusion of Plaintiff's case on January 9, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 9, 2006 hearing. For the reasons stated therein, the Court GRANTS IN PART and DENIES IN PART Defendants' Motions For Judgment As A Matter Of Law.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 12, 2006.



_____
Barry M. Kurren
United States Magistrate Judge

AREKAT V. DONOHUE, ET AL.; CV. NO. 03-00710 BMK; ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW