IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>      Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>      Defendants.<br>_____ | CV. NO. 03-00710 BMK |

ORDER DENYING PLAINTIFF'S MOTION
FOR JUDGMENT AS A MATTER OF LAW

      Plaintiff's Motion For Judgment As A Matter Of Law was heard at the conclusion of Defendants' case on January 10, 2006.  The Court incorporates herein its opinion, orally delivered at the conclusion of the January 10, 2006 hearing.  For the reasons stated therein, the Court DENIES Plaintiff's Motion For Judgment As A Matter Of Law.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 12, 2006.



_____
Barry M. Kurren
United States Magistrate Judge

AREKAT V. DONOHUE; CV. NO. 03-00710 BMK; ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW