IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MANSOUR AREKAT, Individually )        CV. NO. 03-00710 BMK
and in his capacity as chief operating )
officer and owner of Arekat Pacific )
Security, Inc., a Hawaii corporation )
dba A.P.I. Security, Inc., )
)
           Plaintiff, )
)
     vs. )
)
LEE D. DONOHUE, LETHA DE )
CAIRES, MIKE MIRANDA, )
RAYMOND ANCHETA, CITY )
AND COUNTY OF HONOLULU, )
and JOHN DOES 1-25, )
)
         Defendants. )
_____ )

ORDER DENYING DEFENDANTS' RENEWED MOTIONS
FOR JUDGMENT AS A MATTER OF LAW

       Defendants' Renewed Motions For Judgment As A Matter Of Law

were heard on January 10, 2006.  The Court incorporates herein its opinion, orally

delivered at the conclusion of the January 10, 2006 hearing.  For the reasons stated

therein, the Court DENIES Defendants' Renewed Motions For Judgment As A

Matter Of Law.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 12, 2006.

Barry M. Kurren
United States Magistrate Judge

AREKAT VS. DONOHUE, ET AL.; CV. NO. 03-00710 BMK; ORDER DENYING DEFENDANTS' RENEWED
MOTIONS FOR JUDGMENT AS A MATTER OF LAW