ORIGINAL

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

'' 2 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | Civil No.: CV03-00710 BMK <br><br> NOTICE OF HEARING; PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW; MEMORANDUM IN SUPPORT; CERTIFICATE OF SERVICE <br><br> Hearing: <br> Date: _____ <br> Time: _____ <br> Judge: Barry M. Kurren <br><br> Trial: January 4, 2006 |

NOTICE OF HEARING

TO:        CARRIE K.S. OKINAGA, ESQ.
           D. SCOTT DODD, ESQ.
           Corporation Counsel
           530 S. King Street
           Room 110
           Honolulu, Hawaii 96813

           Attorneys for Defendants
           Lee D. Donohue and
           City and County of Honolulu

           JAMES P. DANDAR, ESQ.

JAY T. SUEMORI ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
Letha De Caires


LYLE S. HOSODA, ESQ.
CHRISTOPHER T. CHUN, ESQ.
345 Queen Street
Suite 804
Honolulu, Hawaii 96813

Attorneys for Defendant
Mike Miranda


CARY TANAKA, ESQ.
Topa Financial Center
Fort Street Tower
745 Bishop Street, Suite 510
Honolulu, Hawaii 96813

Attorney for Defendant
Raymond Ancheta

PLEASE TAKE NOTICE that the attached motion will be presented to the Honorable Barry M. Kurren, Magistrate Judge, United States District Court, District of Hawaii, in the U.S.

/

/

/

/

/

/

Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____

the_____ day of _____, 2006, at _____ or as soon

thereafter as counsel may be heard.

      DATED:    Honolulu, Hawaii, _____ January 20, 2006 _____.


                                      _____

                                      ERIC A. SEITZ
                                      LAWRENCE I. KAWASAKI

                                      Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>                    Defendants. | Civil No.: CV03-00710 BMK<br><br>PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW |

<u>PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW</u>

Plaintiff MANSOUR AREKAT, by and through his undersigned attorneys, hereby moves the Court for entry of a judgment in favor of Plaintiff and against Defendants as to Defendants' liability under 42 U.S.C. §1983 for the unlawful arrest of Plaintiff on December 15, 2003 for an involuntary mental health evaluation on the ground that there is insufficient evidence as a matter of law to support the jury verdict that Defendants had sufficient information to form a reasonable belief that Plaintiff was imminently dangerous to himself or others, or was gravely disabled, or was obviously ill when they arrested Plaintiff at the Aloha Surf Hotel on December 15, 2003 for an emergency mental health examination, and to order a new trial on Plaintiff's damages resulting from Defendants' unlawful conduct.

This motion is brought pursuant to Rules 50(b) and 59, Federal Rules of Civil Procedure, <u>inter alia</u>, and is based upon the attached memorandum of law and the records and files herein.

DATED: Honolulu, Hawai'i, _____January 20_____, 2006.


ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff

2

<u>CERTIFICATE OF SERVICE</u>

I DO HEREBY CERTIFY that one copy of the within was duly served this date by hand-delivery to the following at the addresses listed below:

CARRIE K.S. OKINAGA, ESQ.
D. SCOTT DODD, ESQ.
Corporation Counsel
530 S. King Street
Room 110
Honolulu, Hawaii 96813

Attorneys for Defendants
Lee D. Donohue and
City and County of Honolulu


JAMES P. DANDAR, ESQ.
JAY T. SUEMORI ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
Letha De Caires


LYLE S. HOSODA, ESQ.
CHRISTOPHER T. CHUN, ESQ.
345 Queen Street
Suite 804
Honolulu, Hawaii 96813

Attorneys for Defendant
Mike Miranda


CARY TANAKA, ESQ.
Topa Financial Center
Bishop Street Tower
700 Bishop Street, Suite 2001
Honolulu, Hawaii 96813

Attorney for Defendant
Raymond Ancheta

DATED:  Honolulu, Hawaii, ___January 20___, 2006.


LAWRENCE I. KAWASAKI