AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00710 BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| LEE D. DONOHUE, ET AL. | January 24, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

cc: all counsel of record

| | |
|---|---|
| January 24, 2006 | SUE BEITIA |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |