# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 24, 2006

TO ALL COUNSEL

    Re:   CV 03-00710 BMK
            MANSOUR AREKAT vs. LEE D. DONOHUE, ET AL.

Dear Counsel,

    Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on January 24, 2006.

                                     Sincerely Yours,

                                     SUE BEITIA, CLERK

                                     by: *[signature]*
                                        Deputy Clerk

cc: all counsel