CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   527-6837
Facsimile:   523-4583
Email address:  ddodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>Defendants. | CIVIL NO. CV03-00710 BMK<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S NOTICE OF TAXATION OF COSTS; BILL OF COSTS; DECLARATION OF D. SCOTT DODD; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br>Trial Date:   January 4, 2006 |

DEFENDANT CITY AND COUNTY OF HONOLULU'S
<u>NOTICE OF TAXATION OF COSTS</u>

PLEASE TAKE NOTICE that Defendant CITY AND COUNTY OF

HONOLULU's ("Defendant City") Bill of Costs attached hereto as Exhibit "A" to

the Declaration of D. Scott Dodd will be presented to the Clerk of the above-

entitled Court for Taxation of Costs at the Clerk's Office in the United States

Courthouse, 3000 Ala Moana Boulevard, Honolulu, Hawaii on

_____ day of _____, 2006 at _____

o'clock _____.m.

DATED:  Honolulu, Hawai'i, February 6, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel


By:    /s/ D. Scott Dodd_____
D SCOTT DODD
Deputy Corporation Counsel

Attorney for Defendants
CITY AND COUNTY OF HONOLULU
and LEE D. DONOHUE