IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>          Defendants. | ) CIVIL NO. CV03-00710 BMK<br>)<br>) BILL OF COSTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## BILL OF COSTS

Judgment, entered in favor of Defendants and against Plaintiff MANSOUR

AREKAT ("Plaintiff") on January 24, 2006, pursuant to Rule 54(d)(1) of the

Federal Rules of Civil Procedure, the Clerk is hereby requested to tax the

following costs in favor of Defendant CITY AND COUNTY OF HONOLULU:

Costs incurred by the Department of the Corporation Counsel
in the defense of Defendant CITY AND COUNTY OF
HONOLULU ………………………………………….$16,676.06.

If the final invoices are not received by the City and County of Honolulu by the date of this filing, the City reserves the right to supplement its Bill of Costs.

DATED:  Honolulu, Hawai‘i, February 6, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel


By:    /s/ D. Scott Dodd
       D SCOTT DODD
       Deputy Corporation Counsel

       Attorney for Defendants
       CITY AND COUNTY OF HONOLULU
       and LEE D. DONOHUE