IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | CIVIL NO. CV03-00710 BMK <br><br> DECLARATION OF D. SCOTT DODD |

## DECLARATION OF D. SCOTT DODD

I, D. SCOTT DODD, do hereby declare as follows:

1. I am an attorney licensed to practice law in all of the courts of the State of Hawaii.

2. I am a Deputy Corporation Counsel for the City and County of Honolulu ("City") and one of the attorneys representing Defendants LEE D. DONAHUE and CITY AND COUNTY OF HONOLULU ("City") in the above-

entitled action, and have knowledge of the facts and circumstances regarding the costs and disbursements incurred in this action.

3. On January 11, 2006, the jury returned a verdict in favor of Defendant City. On January 24, 2006, judgment was entered in favor of Defendants and against Plaintiff MANSOUR AREKAT ("Arekat"), and therefore, Defendant City is the prevailing party in this action.

4. To the best of my knowledge and belief, the items of costs listed in the attached Bill of Costs are true and accurate, have been necessarily incurred in this action, and services charged have been actually and necessarily performed as stated therein.

    I, D. SCOTT DODD, DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

    /s/ D. Scott Dodd
    D. SCOTT DODD