AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| MANSOUR AREKAT | **BILL OF COSTS** |
| V. | |
| LEE D. DONOHUE, ET AL. | Case Number: CV 03-00710 BMK |

Judgment having been entered in the above entitled action on __1/24/2006__ against __Plaintiff__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ _____ |
| Fees for service of summons and subpoena .................................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 16,676.06 |
| Fees and disbursements for printing ......................................... | _____ |
| Fees for witnesses (itemize on reverse side) ................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | _____ |
| Docket fees under 28 U.S.C. 1923 .......................................... | _____ |
| Costs as shown on Mandate of Court of Appeals .............................. | _____ |
| Compensation of court-appointed experts .................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) ................................................ | _____ |
| TOTAL | $ 16,676.06 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: _____ .

Signature of Attorney: _/s/_____

Name of Attorney: __D. SCOTT DODD_____

For: __Defendants Lee D. Donohue and City and County of Honolulu__    Date: __2/6/2006__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court         Deputy Clerk              Date


EXHIBIT A

| Arekat v. Donohue, et al.; Civil No. 03-00710 BMK | | |
|---|---|---|
| DATE | VENDOR/DESCRIIPTION | AMOUNT |
| 10/22/2004 | Powers & Associates - Transcript Michael Miranda | $ 259.24 |
| 10/26/2004 | Steve Platt, CRR, RMR - Transcript of 9/13/04 hearing | $ 123.55 |
| 11/4/2004 | Powers & Associates - Transcript Letha De Caires | $ 404.21 |
| 4/19/2005 | Powers & Associates - Transcript Sammie Dixon | $ 453.98 |
| 7/6/2005 | Interperator Fee - Adly Mirza [Mohammed Araket] | $ 300.00 |
| 7/11/2005 | Honolulu Reporting Services - Mansour Arekat, V. I | $ 1,120.08 |
| 7/14/2005 | Honolulu Reporting Services - David Engle | $ 491.82 |
| 7/20/2005 | Honolulu Reporting Services | $ 1,352.10 |
| | Mohammed Arekat & Mansour Arekat, V. II | |
| 9/22/2005 | Powers & Associates - Sharon Black | $ 204.42 |
| 9/27/2005 | Powers & Associates | $ 374.93 |
| | Transcripts of David Engle & Raymond Ancheta | |
| 10/25/2005 | Chris D'Alessio travel fee [1/2 of $697.30] | $ 348.65 |
| 10/28/2005 | Honolulu Reporting Services - Sausoo Ito | $ 474.76 |
| 11/23/2005 | Honolulu Reporting Services | $ 855.30 |
| | Transcript of Chris D'Alessio V I | |
| 11/30/2005 | Honolulu Reporting Services | $ 600.81 |
| | Transcript of Chris D'Alessio VII | |
| 11/30/2005 | Honolulu Reporting Services | $ 493.22 |
| | Transcript of Marla Pangelinan | |
| 1/5/2006 | Steve Platt, CRR, RMR - Transcript of trial | $ 8,818.99 |
| | January 4, 5, 6, 9, 10, 11, 2006 | |
| | | |
| | Total | $16,676.06 |