ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ          1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone:   (808) 533-7434
Facsimile:   (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually And in his capacity as chief executive officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>    Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE<br><br><br><br>Trial: January 4, 2006 |

CERTIFICATE OF SERVICE

    I DO HEREBY CERTIFY that a true and correct copy of Plaintiff's Objections to Defendants City and County of Honolulu's Notice of Taxation of Costs was duly served this date on the following at their last known addresses:

    Served Electronically through CM/ECF:

|  |  |
|---|---|
| LYLE S. HOSODA, ESQ. | lsh@hosodalaw.com |

Attorney for Defendant
Mike Miranda

|  |  |
|---|---|
| CARY T. TANAKA, ESQ. | Carytanaka@aol.com |

Attorney for Defendant
Raymond Ancheta

Served via Hand-delivery:

CARRIE K.S. OKINAGA, ESQ.
D. SCOTT DODD, ESQ.
Corporation Counsel
530 S. King Street
Room 110
Honolulu, Hawaii 96813

Attorneys for Defendants
Lee D. Donohue and
City and County of Honolulu


JAMES P. DANDAR, ESQ.
JAY T. SUEMORI ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
Letha De Caires


DATED:  Honolulu, Hawaii, February 16, 2006.


        /s/ Lawrence I. Kawasaki
        LAWRENCE I. KAWASAKI