IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually ) <br> and in his capacity as chief ) <br> operating officer and owner of ) <br> Arekat Pacific Security, Inc., ) <br> a Hawaii corporation dba ) <br> A.P.I. Security, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEE D. DONOHUE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. CV03-00710BMK <br><br> AFFIDAVIT OF CHRISTOPHER T. CHUN |

**AFFIDAVIT OF CHRISTOPHER T. CHUN**

STATE OF HAWAII             )
                            ) SS.
CITY AND COUNTY OF HONOLULU )

      CHRISTOPHER T. CHUN, being first duly sworn under oath deposes and says as follows:

      1.  I am an associate attorney of the law firm of LYLE S. HOSODA & ASSOCIATES, L.L.C., and one of the attorneys for Defendant Mike Miranda and am duly authorized to make this affidavit.

      2.  I am licensed to practice law in all of the Federal and State courts in the State of Hawaii.

      3.  Attached hereto as Exhibit "A" is a true and correct copy of pages 257-258 of Instant Rough Transcript of Proceedings, Volume 4.

  4. Attached hereto as Exhibit "B" is a true and correct copy of pages 11-12 of Instant Rough Transcript of Proceedings, Volume 5.

  5. Attached hereto as Exhibit "C" is a true and correct copy of Jury Instruction No. 25.

  6. Attached hereto as Exhibit "D" is a true and correct copy of pages 225-226 of Instant Rough Transcript of Proceedings, Volume 4.

  7. Attached hereto as Exhibit "E" is a true and correct copy of pages 6-8 of Instant Rough Transcript of Proceedings, Volume 6.

  FURTHER AFFIANT SAYETH NAUGHT.

_____
CHRISTOPHER T. CHUN

Subscribed and sworn to before me
this 24rd day of February 2006.

_____
Notary Public, State of Hawaii
My Commission Expires: 4-9-2008

Print Name: Richard W. Hosoda

2