**EXHIBIT B**

011006

3  attorneys to give you their sense of the case, from their
4  perspective, to help you analyze the issues in this case when
5  you retire to the deliberation room to deliberate on this
6  case.
7          We have a few matters to take up before this process
8  begins, and before that, before closing argument, I will
9  instruct you on the law applicable to this case, as well.
10         So, at this time, we will take a break for about an
11 hour, and approximately 10:30 I will give you the instructions
12 of law that are applicable to this case; the attorneys then
13 will begin their closing arguments.
14         We will take you to lunch.
15         It is not likely that closing arguments will finish
16 before the noon hour, so we'll get through a portion of it
17 this morning; we will take you to lunch. After lunch, closing
18 arguments will be concluded, and the case will be presented to
19 you for deliberation, then, this afternoon.
20         Now, it is especially important that you continue to
21 keep an open mind, because I want you to take into account
22 what the attorneys say in their closing arguments. While it
23 is not evidence, it's certainly important for you to consider
24 in analyzing the evidence.
25         So, continue to keep an open mind until you begin

11

1  deliberating in this case.
2          It is also very important that you not discuss any
3  issue in this case until you go to the jury room to deliberate
4  on this case.
5          So we will stand in recess before the jury until
6  approximately 10:30 this morning.

Page 9

011006

7  (The jury was excused at 9:28 a.m.)
8  (The following proceedings were held in open
9   court, outside the presence of the jury:)
10  THE COURT: Okay, why don't we go off the record at
11 this time.
12  (A recess was taken from 9:29 to 10:32 a.m.)
13  (The following proceedings were held in open
14   court, outside the presence of the jury:)
15  THE COURT: Okay, at this time, gentlemen, I will
16 permit you to place any objections you have to the jury
17 instructions on the record.
18  Let me say at the outset that I met with the
19 attorneys for some period of time, off the record, to consider
20 the proposed jury instructions; and, at that time, with the
21 attorneys, the instructions were carefully considered, the
22 proposed instructions by the parties, carefully considered;
23 the arguments of the parties were considered, and the court,
24 along with the attorneys, determined the appropriate
25 instructions to be given to the jury.

12

1  At this time, though, for the record, I will permit
2 counsel to state any objections they may have to instructions
3 given, or to instructions refused.
4  So, Mr. Seitz, I will allow you to place your
5 objections on the record at this time.
6  MR. SEITZ: Judge, my understanding was, you were
7 going to have a mitigation instruction in here. I didn't see
8 it.
9  THE COURT: Oh, it's not there? It should follow --
10 it should be at the end of -- let me see...

011006

11   MR. SEITZ: I looked but I didn't see it. But
12 that's the only objection --
13   THE COURT: Let me see (perusing documents)...
14   MR. TANAKA: I think it's 8.18, Your Honor, towards
15 the end. Instruction Number 42.
16   THE COURT: Yeah, it's 42.
17   MR. SEITZ: Okay.
18   My only objection, then, is to instruction 42, in
19 light of the fact that I don't think there's any evidence here
20 of any other damages.
21   There is evidence that's been testified to that my
22 client was under some stress from other events, but not to the
23 point where he required any treatment, or any kind of
24 particular services, or was disabled in any way.
25   And therefore, I think this instruction is

13

1 inappropriate.
2   THE COURT: Okay, very well.
3   MR. SEITZ: Let me just also say, if I might, just a
4 couple suggestions:
5   I would suggest, in the order of things, that you
6 reverse instructions 22 and 23. I think that they are more
7 logically read if you were to do that.
8   MR. TANAKA: That's fine, Your Honor; no objection.
9   THE COURT: Okay.
10   MR. SEITZ: And the only other --
11   THE COURT: I'll do that.
12   MR. SEITZ: -- I wanted to call to your attention,
13 there just is a typographical error in instruction number 34.
14   THE COURT: Okay, good.