# EXHIBIT C

INSTRUCTION NO. 25

You have heard evidence on the procedure by which an emergency mental health examination may be conducted pursuant to Section 334-59(a)(1) of the Hawaii Revised Statutes when a police officer has reason to believe that a person is imminently dangerous to self or others, or is gravely disabled, or is obviously ill. This Statute reads as follows:

§ 334-59 Emergency examination and hospitalization.
(a) Initiation of proceedings. An emergency admission may be initiated as follows:
(1) If a police officer has reason to believe that a person is imminently dangerous to self or others, or is gravely disabled, or is obviously ill, the officer shall call for assistance from the mental health emergency workers designated by the director. Upon determination by the mental health emergency workers that the person is imminently dangerous to self or others, or is gravely disabled, or is obviously ill, the person shall be transported by ambulance or other suitable means, to a licensed psychiatric facility for further evaluation and possible emergency hospitalization. A police officer may also take into custody and transport to any facility designated by the director any person threatening or attempting suicide. The officer shall make application for the examination, observation, and diagnosis of the person in custody. The application shall state or shall be accompanied by a statement of the circumstances under which the person was taken into custody and the reasons therefor which shall be transmitted with the person to a physician or psychologist at the facility.

If you find that Defendants did not comply with § 334-59(a)(1), then you shall find that Defendants did not have probable cause to arrest Plaintiff.

If you find that Defendants did comply with § 334-59(a)(1), then you shall find that Defendants had probable cause to arrest Plaintiff.