**EXHIBIT E**

1  form.  I will publish it at this time:

2          Question one:

3          Do you find from a preponderance of the evidence

4  defendants had sufficient information to form a reasonable

5  belief that Mansour Arekat was imminently dangerous to himself

6  or others, or was gravely ill or obviously disabled when they

7  arrested Mansour Arekat, at the Aloha Surf Hotel, on December

8  15, 2003, for an emergency mental health examination?

9          The answer is:  Yes.

10         Did any A.P.I. employee consent to the entry of the

11 Honolulu Police Department's special services division, into

12 the A.P.I. Security, Incorporated, office, which was located

13 at 1350 South King Street, on December 15, 2003?

14         The answer is:  Yes.

15         Did Michael Miranda or Raymond Ancheta unlawfully

16 enter or search the A.P.I. office which was located at 1350

17 South King Street, on December 15, 2003?

18         For Mike Miranda:  No.

19         For Raymond Ancheta:  No.

20         Prior to the incident, did Mansour Arekat surrender

21 possession of the premises located at 2525 Date Street,

22 apartment 2202, to Marla Pangelinan?

23         The answer is:  No.

24         Did Marla Pangelinan consent to the entry of the

25 Honolulu Police Department's special services division, into

1  the premises located at 2525 Date Street, apartment 2202, on
2  December 15, 2003?
3         The answer is:  Yes.
4         Did Mike Miranda unlawfully enter and/or search the
5  premises located at 2525 Date Street, apartment 2202, on
6  December 15, 2003?
7         The answer is:  No.
8         Did Mansour Arekat consent to being transported from
9  the Aloha Surf Hotel to the A.P.I. Security office, which was
10 located at 1350 South King Street, on December 15, 2003?
11        The answer is:  Yes.
12        Did Mike Miranda unlawfully seize Mansour Arekat on
13 December 15, 2003?
14        The answer is:  No.
15        Did Mansour Arekat consent to the search of his
16 interior office at the A.P.I. Security office, which was
17 located at 1350 South Street, on December 15, 2003?
18        The answer is:  Yes.
19        Did Mansour Arekat voluntarily agree to surrender
20 his firearms to the Honolulu Police Department's special
21 services division on December 15, 2003?
22        The answer is:  Yes.
23        Did any defendant unlawfully search Mansour Arekat's
24 interior office at the A.P.I. Security office, which was
25 located at 1350 South King Street, on December 15, 2003?

```
 1                The answer is:  No.
 2                Special verdict questions:
 3                Has plaintiff Mansour Arekat established by a
 4  preponderance of the evidence that he was subject to an
 5  unlawful arrest, search or seizure by defendants Letha De
 6  Caires, Mike Miranda and/or Ramon Ancheta in violation of his
 7  constitutional rights?
 8                Letha De Caires:  No.
 9                Michael Miranda:  No.
10                Raymond Ancheta:  No.
11                The verdict is dated Honolulu, Hawaii, January 11,
12  2006, signed by Mr. Lawson, the foreperson.
13                Mr. Seitz, do you wish to have the jury polled?
14                MR. SEITZ:  No, that won't be necessary.
15                THE COURT:  Any matter to take up before I discharge
16  the jury from jury service?
17                MR. DANDAR: No, Your Honor.
18                THE COURT:  Okay.
19                Mr. Seitz, anything further?
20                MR. SEITZ:  Nothing further.
21                THE COURT:  Well, ladies and gentlemen, I am
22  discharging you from jury service at this time.
23                I, of course, want to add my thanks, along with the
24  attorneys, to you for your hard work, for the manner in which
25  you were attentive to the evidence in this case, and for
```