IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>LEE D. DONOHUE, et al., <br><br>　　　　Defendants. | CIVIL NO. CV03-00710BMK <br><br> CERTIFICATE OF COMPLIANCE |

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.5(e), I hereby certify that *DEFENDANT MIKE MIRANDA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW* complies with the applicable word count and line limitation by using a monospaced face in a plain, roman style (12-point Courier New) and containing 2,447 words. I have relied upon the WordPerfect 9's processing system to determine the word count.

DATED: Honolulu, Hawaii, February 24, 2006.

　　　　　　　　　　　　　/S/ Christopher T. Chun
　　　　　　　　　　　　　LYLE S. HOSODA
　　　　　　　　　　　　　CHRISTOPHER T. CHUN

　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　MIKE MIRANDA