IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>      Plaintiff,<br><br>    v.<br><br>LEE D. DONOHUE, et al.,<br><br>      Defendants. | CIVIL NO. CV03-00710BMK<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses

Served Electronically through CM/ECF:

    ERIC A. SEITZ, Esq.
    eseitzatty@yahoo.com
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff
    MANSOUR AREKAT

    CARY T. TANAKA, Esq.
    carytanaka@aol.com
    700 Bishop Street, Suite 2001
    Honolulu, Hawaii 96813

    Attorney for Defendant
    RAYMOND ANCHETA

Served via hand delivery

    D SCOTT DODD, Esq.
    530 S. King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendant
    CITY AND COUNTY OF HONOLULU and
    LEE D. DONOHUE

    JAMES P. DANDAR, Esq.
    JAY T. SUEMORI, Esq.
    841 Bishop Street, Suite 801
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    LETHA DE CAIRES

    DATED:   Honolulu, Hawaii, February 24, 2006.

                                    /S/ Christopher T. Chun
                                    LYLE S. HOSODA
                                    CHRISTOPHER T. CHUN

                                    Attorneys for Defendant
                                    MIKE MIRANDA