```
CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone: 536-8885
Email address:  carytanaka@aol.com

Attorney for Defendant
RAYMOND ANCHETA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>        Plaintiff,<br><br>  vs.<br><br>LEE D. DONAHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>        Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of DEFENDANT RAYMOND ANCHETA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW FILED HEREIN ON JANUARY 20, 2006 was served on the following at their last known addresses:

Served Electronically through CM/ECF:

ERIC A. SEITZ, ESQ.      eseitz@yahoo.com       February 24, 2006

D. SCOTT DODD, ESQ.      ddodd@honolulu.gov     February 24, 2006

LYLE S. HOSODA, ESQ.     lsh@hosodalaw.com      February 24, 2006

Served by First Class Mail:

    JAMES P. DANDAR, ESQ.
    Suite 801 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii 96813

DATED:   Honolulu, Hawaii, February 24, 2006.

                                        /s/ Cary T. Tanaka
                                        CARY T. TANAKA
                                        Attorney for Defendant
                                        RAYMOND ANCHETA