IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation da A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No. CV03-00710 HG/KSC<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, JAY T. SUEMORI declare:

1. . I am an attorney licensed to practice law in the State of Hawaii and one of the attorneys representing Defendant Letha De Caires in the above-captioned matter.

2. Attached hereto as Exhibit "A" is a true and accurate copy of pages 257-8 of the Instant Rough Transcript of Proceedings, Volume 5, taken on January 9, 2006.

3. Attached hereto as Exhibit "B" is a true and accurate copy of pages 29-31 of the Instant Rough Transcript of Proceedings, Volume 2, taken on January 5, 2006.

4. Attached hereto as Exhibit "C" is a true and accurate copy of pages 202-204 of the Instant Rough Transcript of Proceedings, Volume 4, taken on January 9, 2006.

5. Attached hereto as Exhibit "D" is a true and accurate copy of pages 11-13 of the Instant Rough Transcript of Proceedings, Volume 5, taken on January 10, 2006.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of Hawaii, that the foregoing is true and correct.

Executed this 27th day of February 2006, at Honolulu, Hawaii.

                                                                                           _____
                                                                                           JAMES P. DANDAR
                                                                                           JAY T. SUEMORI
                                                                                           Attorneys for the Defendant
                                                                                           LETHA DE CAIRES