1  that he was an imminent danger of injury to himself or to
2  others, or to harm.
3          So the record is full of reasons, and testimony to
4  support the MH-1.
5          There is all the material that was supplied to
6  Sharon Black, by either the FBI visitor report, or the HPD
7  report 252, which is the statement of Mr. Engle, which he
8  attested to today.
9          As to the seizure of the weapons, there was
10 testimony by Officer Miranda, there was testimony by officer
11 Richards, and perhaps officer Tsuda, that there was consent --
12 he says, you want the guns?  Go get the guns.
13         There is unmistakably, in that particular case,
14 references to -- and enough for the jury to decide whether or
15 not consent was given.  I think that the motion, as such,
16 should be denied.
17         THE COURT:  Well, certainly looking at the evidence
18 in the light most favorable to the defense -- since this is
19 your motion for judgment as a matter of law, I do find the
20 evidence certainly to be in dispute, and there to be evidence
21 from which a jury could conclude that state law in this case
22 was not violated with respect to the execution of the MH-1,
23 and that Mr. Arekat's civil rights were not violated,
24 concerning the issues surrounding his detention -- for
25 purposes of a motion for judgment as a matter of law.

```
 1            It is therefore denied.
 2            Anything else?
 3            Are you just renewing your motions?
 4            MR. TANAKA:  That's right, Your Honor, just renewing
 5   the motions.
 6            MR. HOSODA:  Yes, Your Honor.
 7            THE COURT:  All right.
 8            I will continue to take them under advisement until
 9   we are done sorting out the law.  I want to think about a few
10   things tonight -- although I will say this:
11            The motion for negligent infliction --
12            MR. DANDAR:  Infliction of emotional distress?
13            THE COURT:  It's late in the day.
14            Negligent infliction of emotional distress, that
15   particular motion, Mr. Seitz, I believe, should be granted.
16   There isn't any evidence of physical injury in this case.
17            So I don't believe, as a matter of law, that that
18   particular claim can be sustained.
19            I'm granting the defendants' motion for judgment as
20   a matter of law on the negligent infliction of emotional
21   distress.
22            My inclination is to let the other claims go to the
23   jury, however.  I'm going to think about that tonight.
24            Okay, are we done on the record this afternoon?
25   Anything else to take up?
```