```
 1   representing the Department of Health; that the Department of
 2   Health suicide and crisis hotline had received information
 3   about a person that was displaying behaviors that may put him
 4   in danger for himself, or maybe hurting somebody else --
 5   Q.  Do you know what that information was that Ann Andreas
 6   was referring to, or how they had received it?
 7   A.  I asked how they received it, and they said that the
 8   information had come in from the FBI.
 9           I did not get any other details from her in regards
10   to the suicide crisis line.
11           At that point I called up the FBI.
12   Q.  Do you have any reason to believe that the information --
13   the person who conveyed information about Mr. Arekat was
14   anyone other than David Engle?  Do you have any reason to
15   believe that?
16   A.  No, actually, I just said that it was the FBI agents that
17   called the hotline.  So I called the FBI agents, themselves,
18   and found Steve Crist.
19   Q.  Okay.
20           And Steve Crist then told you, in that conversation,
21   that the person who had conveyed information to them about
22   Mansour Arekat was David Engle, right?
23   A.  Actually, Stephen Crist said that he called the crisis
24   hotline and gave information in regards to what he had
25   observed, himself.  And the additional information he had
```

30

1   received from David Engle.
2   Q.   When you spoke to David Crist --
3   A.   No, it's Stephen Crist.
4   Q.   I'm sorry, Stephen Crist.
5         -- had you ever heard of David Engle before?
6   A.   Never.
7   Q.   Did you do any investigation with respect to who David
8   Engle was?
9   A.   At that particular moment?
10  Q.   Yes.
11  A.   No, not when I was talking to Stephen Crist at that
12  moment, no.
13  Q.   Did Stephen Crist ever send you over the written
14  statement that David Engle had provided to the FBI when he had
15  come in to see Mr. Crist?
16  A.   What I asked for in regards to what he was doing was any
17  information that he had gathered that I could use in an
18  investigation to determine if there was need for us to be
19  involved -- in regards to actions to protect Mr. Arekat or the
20  community.
21  Q.   Did Mr. Crist ever send you over the written statement
22  that David Engle had given to the FBI?
23  A.   Yes, he faxed over all the information he had, all the
24  reports that he had already accumulated, the information that
25  Mr. Arekat had given him, in the earlier conversations that he

31

```
 1   had, as well as David Engle's.
 2   Q.   And David Engle's statement to the FBI was about a
 3   one-paragraph statement; is that correct?
 4   A.   That was his written statement.  There were other notes
 5   that the investigator had given me.
 6   Q.   And, in his written statement, the first thing that
 7   Mr. Arekat says is something about the fact that he thinks
 8   that -- excuse me, that Mr. Engle wrote, was that he thinks
 9   that Mr. Arekat may have some associations with terrorists; is
10   that right?  That's the first thing in the statement?
11   A.   It would be better if I could look at the note.  I think
12   the first thing he complained about was the company, and not
13   getting his check; and then I think he said something about
14   his safety.
15   Q.   Okay.
16   A.   And then I think he said something about terrorism --
17   Q.   Okay --
18   A.   -- but I would have to look at it to refresh my
19   recollection.
20   Q.   -- I will be happy to provide it to you, just give me a
21   second (perusing documents).
22            MR. SEITZ:  May I have Defendant's Exhibit -- I'm
23   sorry --
24            (Discussion off the record between counsel.)
25            MR. SEITZ:  Okay, I guess it's the Defendant's
```