Case 1:03-cv-00710-BMK    Document 242-5    Filed 02/27/2006    Page 1 of 4

                                                              202

1          THE COURT: Okay, thank you.
2          (A recess was taken from 2:14 to 2:24 p.m.)
3          (The following proceedings were held in
4          open court, in the presence of the jury:)
5          THE COURT: Okay, gentlemen, you may call your next
6   witness.
7          MR. DANDAR: At this time the defense will call
8   Sharon Black, Your Honor.
9          THE COURT: Yes.
10         (Ms. Black approached the witness stand.)
11         THE COURT: Ms. Black, you were sworn in previously.
12  I will just remind you that you are still under oath.
13         THE WITNESS: Okay.
14         THE COURT: And you may have a seat.
15                    SHARON BLACK***.
16         Previously.
17         Sworn.
18                    DIRECT EXAMINATION.
19  BY MR. DANDAR:
20  Q.   Good afternoon, Ms. Black.
21       You were here last week Thursday, I believe it was,
22  testifying?
23  A.   Yes.
24  Q.   I just have a few questions to ask you:
25       Ms. Black, in fact, I'm kind of sorry to have to

1   call you back today, because I know that time is important to
2   you, but -- do you recall your testimony on Friday?  I mean
3   Thursday, concerning the MH-1 forms?
4   A.   Yes.
5   Q.   Okay.
6        And do you recall -- and you recall this particular
7   case, don't you?  The situation of this particular case?
8   A.   Yes.
9   Q.   Mr. Arekat's?  Okay.
10       And I believe you said in your deposition -- in
11  your -- strike that, in your testimony, that you needed to
12  rely upon the officers, and their observations once the MH-1
13  had been executed?
14  A.   Yes.
15  Q.   Okay.
16       Is that the -- now, was that true in this particular
17  case?
18  A.   No.
19  Q.   And why is that?
20  A.   Each case is individual.  Different cases, different
21  scenarios.  In this particular case, I already had the
22  information from Ms. De Caires, and from --
23  Q.   Mr. Engle?
24  A.   -- Mr. Engle, and that was enough for me to believe that
25  Mr. Arekat needed to get an evaluation, to hopefully get some

204

1  help.
2  Q.  So you were not expecting any reports after the MH-1 was
3  executed by the police officers?
4  A.  No.
5  Q.  So their observations of Mr. Arekat, once he was picked
6  up --
7      MR. SEITZ:  Objection; leading.
8      MR. DANDAR:  Okay.
9  BY MR. DANDAR:
10 Q.  Once Mr. Arekat was detained by the police officers, what
11 were your expectations?
12 A.  That Mr. Arekat would be brought to the ER, and get
13 further evaluation by a psychiatrist.
14 Q.  Would it be fair to say that their observations were not
15 important to you?  That is, the police officers...
16 A.  No.
17     MR. DANDAR:  Thank you, no further questions.
18     THE COURT:  Okay.
19     Anything else from any other counsel over there?
20     MR. DODD:  No, Your Honor.
21     MR. TANAKA:  No, Your Honor.
22     MR. HOSODA:  No, Your Honor.
23     THE COURT:  Okay.
24     Mr. Seitz?
25     MR. SEITZ:  Your Honor, could I have the witness