Case 1:03-cv-00710-BMK    Document 242-6    Filed 02/27/2006    Page 1 of 4

11

1  deliberating in this case.
2          It is also very important that you not discuss any
3  issue in this case until you go to the jury room to deliberate
4  on this case.
5          So we will stand in recess before the jury until
6  approximately 10:30 this morning.
7          (The jury was excused at 9:28 a.m.)
8          (The following proceedings were held in open
9           court, outside the presence of the jury:)
10         THE COURT: Okay, why don't we go off the record at
11 this time.
12         (A recess was taken from 9:29 to 10:32 a.m.)
13         (The following proceedings were held in open
14          court, outside the presence of the jury:)
15         THE COURT: Okay, at this time, gentlemen, I will
16 permit you to place any objections you have to the jury
17 instructions on the record.
18         Let me say at the outset that I met with the
19 attorneys for some period of time, off the record, to consider
20 the proposed jury instructions; and, at that time, with the
21 attorneys, the instructions were carefully considered, the
22 proposed instructions by the parties, carefully considered;
23 the arguments of the parties were considered, and the court,
24 along with the attorneys, determined the appropriate
25 instructions to be given to the jury.

12

```
 1              At this time, though, for the record, I will permit
 2    counsel to state any objections they may have to instructions
 3    given, or to instructions refused.
 4              So, Mr. Seitz, I will allow you to place your
 5    objections on the record at this time.
 6              MR. SEITZ:  Judge, my understanding was, you were
 7    going to have a mitigation instruction in here.  I didn't see
 8    it.
 9              THE COURT:  Oh, it's not there?  It should follow --
10    it should be at the end of -- let me see...
11              MR. SEITZ:  I looked but I didn't see it.  But
12    that's the only objection --
13              THE COURT:  Let me see (perusing documents)...
14              MR. TANAKA:  I think it's 8.18, Your Honor, towards
15    the end.  Instruction Number 42.
16              THE COURT:  Yeah, it's 42.
17              MR. SEITZ:  Okay.
18              My only objection, then, is to instruction 42, in
19    light of the fact that I don't think there's any evidence here
20    of any other damages.
21              There is evidence that's been testified to that my
22    client was under some stress from other events, but not to the
23    point where he required any treatment, or any kind of
24    particular services, or was disabled in any way.
25              And therefore, I think this instruction is
```

13

```
1    inappropriate.
2           THE COURT:  Okay, very well.
3           MR. SEITZ:  Let me just also say, if I might, just a
4    couple suggestions:
5           I would suggest, in the order of things, that you
6    reverse instructions 22 and 23.  I think that they are more
7    logically read if you were to do that.
8           MR. TANAKA:  That's fine, Your Honor; no objection.
9           THE COURT:  Okay.
10          MR. SEITZ:  And the only other --
11          THE COURT:  I'll do that.
12          MR. SEITZ:  -- I wanted to call to your attention,
13   there just is a typographical error in instruction number 34.
14          THE COURT:  Okay, good.
15          MR. SEITZ:  Where it says on the second line, their
16   pain -- emotional distress.  It should be "his pain" in this
17   particular case.
18          THE COURT:  34?
19          MR. SEITZ:  Yes.
20          THE COURT:  Okay.
21          MR. SEITZ:  Otherwise, we have no objections to
22   place on the record at this time.
23          THE COURT:  Okay, thank you.
24          Mr. Dodd?
25          MR. DODD:  Your Honor, just briefly, because at this
```