# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 03-00710BMK

CASE NAME:        Mansour Arekat v. Lee D. Donohue

ATTYS FOR PLA:    Eric A. Seitz

ATTYS FOR DEFT:   D. Scott Dodd, Christopher D. Chun, Jay T. Suemori, Cary T. Tanaka

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/17/2006 | TIME: | 1:58 - 2:20 |

COURT ACTION:  EP: Plaintiff's Motion for Entry of Judgment as a Matter of Law - taken on advisement.

Submitted by Richlyn Young, Courtroom Manager