ORIGINAL

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 6 2006

at 1 o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | Civil No.: CV03-00710 BMK<br><br>PLAINTIFF'S NOTICE OF APPEAL; CERTIFICATE OF SERVICE |

<u>PLAINTIFF'S NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that Plaintiff Mansour Arekat, by and through his undersigned attorneys, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in favor of Defendants on January 24, 2006 and from the Order Denying Plaintiff's Motion for Entry of Judgment as a Matter of Law filed herein on May 4, 2006.

DATED: Honolulu, Hawai'i, May 26, 2006.

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date by hand-delivery to the following at the addresses listed below:

CARRIE K.S. OKINAGA, ESQ.
D. SCOTT DODD, ESQ.
Corporation Counsel
530 S. King Street
Room 110
Honolulu, Hawaii 96813

Attorneys for Defendants
Lee D. Donohue and
City and County of Honolulu

JAMES P. DANDAR, ESQ.
JAY T. SUEMORI ESQ.
JOHN KOA HOLIONA, ESQ.
RENEE M. FURUTA, ESQ.
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
Letha De Caires

LYLE S. HOSODA, ESQ.
CHRISTOPHER T. CHUN, ESQ.
345 Queen Street
Suite 804
Honolulu, Hawaii 96813

Attorneys for Defendant
Mike Miranda

CARY TANAKA, ESQ.
Topa Financial Center
Bishop Street Tower
700 Bishop Street, Suite 2001
Honolulu, Hawaii 96813

```
                    Attorney for Defendant
                    Raymond Ancheta

DATED:  Honolulu, Hawaii,   May 26, 2006        .


                            _____
                                    ERIC A. SEITZ
```