# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 235228 |
| Trans | 140054 |

Received From: **ERIC A. SEITZ**
Case Number:
Reference Number:  CV 03-710

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | **455.00** |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

05/26/2006 01:40:09 PM     Deputy Clerk: bb/AG