

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  SHORT CASE TITLE:   AREKAT VS. DONOHUE, ET AL.
    U.S. COURT OF APPEALS DOCKET NUMBER:   06-16074
    U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
    U.S. DISTRICT COURT DOCKET NUMBER:  CV 03-00710 BMK

II  DATE NOTICE OF APPEAL FILED:   May 26, 2006

III U.S. COURT OF APPEALS PAYMENT STATUS:
    DOCKET FEE PAID ON:  5/26/06        AMOUNT:   $455.00
    NOT PAID YET:                       BILLED:
    U.S. GOVERNMENT APPEAL:             FEE WAIVED:
    WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
    IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA
    WAS F.P. STATUS REVOKED:            DATE:
    WAS F.P. STATUS LIMITED IN SOME FASHION?
    IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:
    Erin Taniguchi

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)