LEFT SIDE

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MONSOURER AREKAT<br><br>V.<br><br>LEE D. DONOHUE, ET AL. | DEFENDANTS JOINT SUPPLEMENTAL EXHIBIT AND WITNESS LIST<br><br>CASE NO. 03-00710 (BMK) |

| PRESIDING JUDGE<br>BARRY M. KURREN | PLAINTIFF'S ATTORNEY<br>Eric A. Seitz, Esq.<br>Lawrence I. Kawasaki, Esq.<br>820 Mililani St., Suite 714<br>Honolulu, HI 96813 | DEFENDANTS ATTORNEY |
|---|---|---|
| | | D. Scott Dodd, Esq.  6811-0<br>Deputy Corp. Counsel<br>530 S. King St., Room 110<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>CITY AND COUNTY OF HONOLULU AND LEE T. DONOHUE<br><br>Lyle S. Hosoda, Esq.  3964-0<br>Christopher T. Chun, Esq.  7951-0<br>345 Queen St., Suite 804<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>MIKE MIRANDA<br><br>James P. Dandar, Esq.  1441-0<br>841 Bishop St., Suite 801<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>LETHA DE CAIRES<br><br>Cary T. Tanaka, Esq.  4858-0<br>745 Fort St., Suite 510<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>RAYMOND ANCHETA |
| TRIAL DATE<br>JANUARY 4, 2006 | COURT REPORTER | COURTROOM DEPUTY<br>Richlyn Young |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | D-5 |  |  |  | Excerpt from surveillance videotape. Time Lapse security video. Miranda/Arekat |
|  | D-6 |  |  |  | Honolulu Police Department - Incident Report dated 10/25/98. (HPD 00223-00227) |
|  | D-7 |  |  |  | Honolulu Police Department - Incident Report dated 06/18/04. (HPD 00109-00115) |
|  | D-8 |  |  |  | State of Hawaii, Attorney General - Report dated 11/10/03. (AGI-00001-00037) |
|  |  |  |  |  |  |
| 1A |  |  |  | 1-5-06 | FBI Visitor Information Form 12-8-03 |
| 1B |  |  |  | 1-5-06 | HPD Form 252   12-15-03 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | D9 |  |  | 1-6-06 | Queen's Medical Report |