UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| MONSOURER AREKAT<br><br>V.<br><br>LEE D. DONOHUE, ET AL. | | DEFENDANTS JOINT<br>EXHIBIT AND WITNESS LIST<br><br>CASE NO. 03-00710 (BMK) |
| **PRESIDING JUDGE**<br>BARRY M. KURREN | **PLAINTIFF'S ATTORNEY**<br>Eric A. Seitz, Esq.<br>Lawrence I. Kawasaki, Esq.<br>820 Mililani St., Suite 714<br>Honolulu, HI 96813 | **DEFENDANTS ATTORNEY**<br>D. Scott Dodd, Esq.         6811-0<br>Deputy Corp. Counsel<br>530 S. King St., Room 110<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>CITY AND COUNTY OF<br>HONOLULU AND LEE T.<br>DONOHUE<br><br>Lyle S. Hosoda, Esq.         3964-0<br>Christopher T. Chun, Esq.   7951-0<br>345 Queen St., Suite 804<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>MIKE MIRANDA<br><br>James P. Dandar, Esq.       1441-0<br>841 Bishop St., Suite 801<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>LETHA DE CAIRES<br><br>Cary T. Tanaka, Esq.         4858-0<br>745 Fort St., Suite 510<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>RAYMOND ANCHETA |
| **TRIAL DATE**<br>JANUARY 4, 2006 | **COURT REPORTER** | **COURTROOM DEPUTY**<br>Richlyn Young |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | D-1 | 1-5-06 |  |  | Honolulu Police Department - Incident Report dated 12/22/03. (HPD 00124-00137) |
|  | D-2 |  |  |  | Honolulu Police Department - Incident Report dated 12/15/03. (HPD 00138-00146) |
|  | D-3 |  |  |  | Honolulu Police Department - Incident Report dated 12/15/03. (HPD 00147-00174) |
|  | D-4 |  |  | 1-9-06 | Surveillance Videotape. |