IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-16074   U.S. District Court Case No. 03-00710 BMK

Short Case Title Arekat vs. Donohue, et al

Date Notice of Appeal Filed by Clerk of District Court May 26, 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 1/4/06 - 1/11/06 Trial | Stephen Platt | ~~Voir Dire~~ |
| | | ~~Opening Statement~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| ✓ 3/17/06 | ESR/Tape/CD | Other (please specify) Mot. for Entry of Judgment as Matter of Law |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUL 13 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered des. trans already on file   Estimated date for completion of transcript Complete

Print Name of Attorney Eric A. Seitz   Phone Number (808) 533-7434

Signature of Attorney _____

Address 820 Mililani St., #714, Hon, HI 96813

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 07/06/06  Court Reporter's Signature previously filed by Steve Platt
Filed by Jessica Cahill 07/06/06

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia   07·12·06   BY: Alison Cheaney
(U.S. District Court Clerk)   (date)   DEPUTY CLERK