# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  April 13, 2007

To:  United States Court of Appeals      Attn:  (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk                        ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103            ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00710BMK         Appeal No:   06-16074

Short Title:  Arekat vs. Donohue

Clerk's Files in    6         volumes  (✓) original  ( ) certified copy

Bulky docs          _____     volumes (folders)   docket #

Reporter's          1         volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits            _____     volumes  ( ) under seal

                    _____     boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel