UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850 • 0338
CLERK

OFFICIAL BUSINESS

NSU

John K. Hohona
Davies Pacific Center
841 Bishop St Ste 2220
Honolulu, HI 96813

CV 03-00710 BMK

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 19 2007
DISTRICT OF HAWAII

NIXIE      968    DC 1          25   04/19/07
           RETURN TO SENDER
           NO SUCH NUMBER
           UNABLE TO FORWARD

BC: 968504971 99        *2272-00797-19-12

PRESORTED
FIRST CLASS



John K. Holiona
Davies Pacific Center
841 Bishop St Ste 2220
Honolulu, HI 96813

# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: April 13, 2007

To: United States Court of Appeals    Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                       ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103     ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CV 03-00710BMK      Appeal No:    06-16074

Short Title:    Arekat vs. Donohue

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____      Date: _____

cc: counsel

SCANNED

263