# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 13, 2007

To: United States Court of Appeals    Attn: (✓)    Civil
       For the Ninth Circuit
       Office of the Clerk                ( )    Criminal
       95 Seventh Street
       San Francisco, California 94103    ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:    CV 03-00710BMK       Appeal No:    06-16074

Short Title:    Arekat vs. Donohue

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____      Date: _____

cc: counsel

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
APR 17 2007
FILED _____ DOCKETED _____ INIT'L
J. Rosenthal

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 20 2007
DISTRICT OF HAWAII