MOSELEY BIEHL TSUGAWA
   LAU & MUZZI LLLC

RENEE FURUTA                 7593-0
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813
Tel: (808) 531-0490
Fax: (808) 534-0202
Email: RFuruta@hilaw.us

Withdrawing Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc., <br><br> Plaintiff, <br><br> LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRNADA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23, <br><br> Defendants. | Civil No.: CV03-00710 BMK <br><br> WITHDRAWAL OF COUNSEL; CERTIFICATE OF SERVICE |

88888\1\61247

## WITHDRAWAL OF COUNSEL

RENEE M. FURUTA, having left the firm of SUEMORI & ASSOCIATES (formerly DANDAR & SUEMORI) and does not currently represent any party in this matter (CV03-00710 BMK), hereby withdraws as counsel for any party associated in this matter and requests to be removed from any future mailing and from the service list.

DATED: Honolulu, Hawaii, July 17, 2007.

/s/ *Renee M. Furuta*
Withdrawing Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing WITHDRAWAL OF COUNSEL was duly served upon the following persons, via U.S. Mail, on the date of filing:

| | |
|---|---|
| ERIC A. SEITZ, ESQ.<br>LAWRENCE I. KAWASAKI, ESQ.<br>820 Mililani St., Suite 714<br>Honolulu, Hawaii 96813 | Attorneys for Plaintiff |
| CARRIE K. S. OKINAGA, ESQ.<br>D. SCOTT DODD, ESQ.<br>530 S. King St., Room 110<br>Honolulu, Hawaii 96813 | Attorneys for Defendants<br>Lee D. Donohue and<br>City & County of Honolulu |
| JAY T. SUEMORI, ESQ.<br>JOHN KOA HOLIONA, ESQ.<br>841 Bishop St., Suite 801<br>Honolulu, Hawaii 96813 | Attorneys for Defendant<br>Letha De Caires |
| LYLE S. HOSODA, ESQ.<br>CHRISTOPHER T. CHUN, ESQ.<br>345 Queen St., Suite 804<br>Honolulu, Hawaii 96813 | Attorneys for Defendant<br>Mike Miranda |
| CARY TANAKA, ESQ.<br>745 Fort Street, Suite 510<br>Honolulu, Hawaii 96813 | Attorney for Defendant<br>Raymond Ancheta |

DATED: Honolulu, Hawaii, July 17, 2007.

/s/ *Renee M. Furuta*
Withdrawing Attorney

88888\1\61247