# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV03-00710BMK |
| CASE NAME: | Mansour Arekat, individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc. vs. Lee D. Donohue, Letha De Caires, City and County of Honolulu, and John Does 1-25 |
| ATTYS FOR PLA: | Eric Seitz |
| ATTYS FOR DEFT: | Matthew Pyun, Jr.<br>D. Scott Dodd<br>Lyle Hosoda<br>James Dandar<br>Jay Suemori<br>Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 1/24/2011 | TIME: | 10:45-12:00pm |

COURT ACTION:  EP: Settlement Conference.  Settlement Conference held.  Plaintiff Mansour Arekat present.  Assistant Chief Mark Nakagawa also present.

Mr. Pyun to confer with Chief of Police Kealoha regarding terms of possible settlement. Further Settlement Conference on call.

Submitted by: Shari Afuso, Courtroom Manager