# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV03-00710BMK |
| CASE NAME: | Mansour Arekat, individually and in his capacity as chief operating officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc. vs. Lee D. Donohue, Letha De Caires, City and County of Honolulu, and John Does 1-25 |
| ATTYS FOR PLA: | Eric Seitz |
| ATTYS FOR DEFT: | Matthew Pyun, Jr.<br>D. Scott Dodd<br>Lyle Hosoda<br>Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 1/28/2011 | TIME: | 8:46-8:51am |

COURT ACTION:  EP: Settlement on the Record.  Case settled.  Terms stated.

Based upon representations by counsel and **subject to City Council approval**, the court finds that the essential terms of a valid and enforceable settlement agreement have been stated.  The deadline for filing of the Dismissal is 3/28/11.  If the closing documents are not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

Submitted by: Shari Afuso, Courtroom Manager