ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                1412
LAWRENCE I. KAWASAKI  5820
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, Individually and in his capacity as chief executive officer and owner of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-23,<br><br>　　　　　Defendants. | CIVIL NO. 03-00710 BMK<br><br>STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANT CITY AND COUNTY OF HONOLULU; ORDER |

## STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANT CITY AND COUNTY OF HONOLULU

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties through their respective counsel that all of Plaintiff's claims in this lawsuit are hereby dismissed with prejudice as to Defendant City and County of Honolulu and there are no remaining claims or parties.

The parties shall bear their own attorneys' fees and costs unless otherwise provided in a settlement agreement.

DATED:   Honolulu, Hawaii, March 1, 2011.


/s/ D. Scott Dodd
D. SCOTT DODD
Deputy Corporation Counsel

Attorney for Defendant
City and County of Honolulu


DATED:   Honolulu, Hawaii, March 22, 2011.

MANSOUR AREKAT VS. LEE D. DONOHUE, ET AL., CIVIL NO. 03-00710 BMK; STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANT CITY AND COUNTY OF HONOLULU; ORDER

2

        /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiffs

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 24, 2011.



        /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

---

MANSOUR AREKAT VS. LEE D. DONOHUE, ET AL., CIVIL NO. 03-00710 BMK; STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANT CITY AND COUNTY OF HONOLULU; ORDER